**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re Opendoor Technologies, Inc. Stockholder Derivative Litigation | Lead Case No.: 2:23-CV-00367-GMS (Consolidated with 2:23-cv-00455-DMF) |
| This Document Relates To: ALL ACTIONS | |

**[PROPOSED] ORDER TO TRANSFER PURSUANT TO LRCiv 42.1**

Upon the unopposed motion of Plaintiffs Ryan Carlson and Seth Van Dorn, and for good cause shown:

**IT IS HEREBY ORDERED** that the above-captioned action is hereby transferred to the Hon. Michael T. Liburdi, before whom the related earlier-filed securities class action, captioned *In re Opendoor Technologies Inc. Securities Litigation*, No. CV-22-01717-PHX-MTL, is pending.