Mark D. Lammers
**Rusing Lopez & Lizardi, P.L.L.C.**
6363 N. Swan Road Suite 151
Tucson, AZ 85718
Telephone: 520.792.4800
Email: mdlammers@rllaz.com

*Liaison Counsel for Lead Plaintiff Movant Stuart Graham Hereford*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sam Alich, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Opendoor Technologies Inc., et al.,<br><br>Defendants. | Case No. 2:22-cv-01717-MTL<br><br>**DECLARATION OF MARK D. LAMMERS IN SUPPORT OF MOTION OF STUART GRAHAM HEREFORD FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| Oakland County Voluntary Employees' Beneficiary Association, and the Oakland County Employees' Retirement System, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Opendoor Technologies Inc., et al.,<br><br>Defendants. | Case No. 2:22-cv-01987-GMS |

I, Mark D. Lammers, declare as follows:

1.    I am an attorney with the law firm of Rusing Lopez & Lizardi, P.L.L.C., liaison counsel for lead plaintiff movant Stuart Graham Hereford ("Hereford") and proposed liaison counsel for the class in the above-captioned actions. I make this declaration in support of Movant's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Counsel (the "Motion"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Notice published in *Globe Newswire* on October 7, 2022, announcing the pendency of the securities class action against the defendants herein;

Exhibit B:    Signed PSLRA Certification of Hereford;

Exhibit C:    Analysis of Hereford's financial interest;

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit E:    Firm résumé Rusing Lopez & Lizardi, P.L.L.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of December 2022, at Tucson, Arizona.

*/s/ Mark D. Lammers*
Mark D. Lammers

58101923_1

1