# EXHIBIT C

# Financial Interest Analysis

**Company Name:** Opendoor Technologies Inc.
**Ticker:** OPEN
**Class Period:** December 21, 2020 to September 16, 2022
**Name:** Stuart Graham Hereford

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/28/2020 | 1,025 | $24.3500 | -$24,958.7500 | | $0.0000 | -$24,958.75 |
| 12/31/2020 | 658 | $22.8500 | -$15,035.3000 | | $0.0000 | -$15,035.30 |
| 2/16/2021 | 1,728 | $32.8900 | -$56,833.9200 | | $0.0000 | -$56,833.92 |
| 4/8/2021 | 1,268 | $20.1600 | -$25,562.8800 | | $0.0000 | -$25,562.88 |
| 11/29/2021 | 3,146 | $16.1400 | -$50,776.4400 | | $0.0000 | -$50,776.44 |
| 1/24/2022 | 2,130 | $8.2700 | -$17,615.1000 | | $0.0000 | -$17,615.10 |
| 6/16/2022 | 600 | $4.3400 | -$2,604.0000 | | $0.0000 | -$2,604.00 |
| 6/16/2022 | 1,100 | $4.3400 | -$4,774.0000 | | $0.0000 | -$4,774.00 |
| 9/13/2022 | 7,000 | $4.6200 | -$32,340.0000 | | $0.0000 | -$32,340.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **18,655** | | | | **Subtotal:** | **-$230,500.39** |
| | | | 90-Day Average Price | Shares Retained | **90-Day Average:** | $45,816.68 |
| | | | $2.4560 | 18,655 | **Total:** | **-$184,683.71** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between September 19, 2022 and December 5, 2022.