# EXHIBIT E



## Rusing Lopez & Lizardi, PLLC

6363 N. Swan Road, Suite 151, Tucson, AZ 85718
16427 N. Scottsdale Road, Suite 200 Scottsdale, AZ 85254
**520.792.4800**
**www.rllaz.com**

**Rusing Lopez & Lizardi, PLLC is a full-service law firm**.  Since its formation over 30 years ago, the firm has grown with the addition of well-respected litigators and transactional attorneys, exceptional paralegals and top-notch staff and office personnel.  Presently, the firm boasts 26 superior attorneys, and more than 20 others in supporting positions, and has been called the "most entrepreneurial" firm in the state of Arizona. It is the firm's goal to maintain an environment that attracts dynamic clients and talented lawyers. By responding to and satisfying clients' needs, the firm has been able to meet and exceed its goals and its clients' expectations. The firm's offices are equipped with the latest law office technology to best serve our clients.

**Rusing Lopez & Lizardi, PLLC is a certified Minority Business Enterprise and a proud member of the National Association of Minority and Women Owned Law Firms (NAMWOLF) since 2013.**

Rusing Lopez & Lizardi is ranked as a Tier I Law Firm by *Best Lawyers®*.  Our lawyers are featured in the *Best lawyers in America®* in 16 separate practice areas, and for the 14th consecutive year, RL&L attorneys have been recognized by the national rating organization, *Super Lawyers.* Our firm also holds an A-V rating from *Martindale-Hubbell.* RL&L's 21 attorneys are in offices in Tucson and Scottsdale Arizona. **The experience and qualifications of RL&L's attorneys are as extensively broad and diverse as our client base and the industries in which those clients operate.**

### Full-Service Practice

**Trial Work – RL&L's experienced litigators have successfully represented the full spectrum of business clients – including multinational Fortune 500 companies, small and midsized businesses, emerging companies, and individuals.** Business Litigation; Professional Malpractice; Insurance Claims & Insurance Coverage Litigation; Class Actions; Product Liability Defense; Toxic Torts; Appellate Representation; Estates & Trust Litigation; Personal Injury.

The firm's experience also includes litigation of intellectual property matters as well as all aspects of commercial and civil litigation, including mediations, court jury trials, pre-trial discovery, and motion practice. Our attorneys have tried cases in State and Federal Courts, the Ninth Circuit Court of Appeals and the Supreme Court of the United States. We have attorneys who are members of the AAA and FINRA panels of arbitrators and mediators. Most recent case examples include: (1) $6.6 million judgment in favor of minority owner in an arbitrated partnership dispute; (2) Obtained a $3.1 million judgment for a national bank while defeating a bad faith counterclaim in a three week trial; (3) Successful defense of a major forklift manufacturer in a products liability case involving a traumatic amputation.

**Lending & Finance – RL&L's sophisticated financing experience, responsiveness, practical approach, and breadth contribute to a long history of closing transactions, as well as long-lasting client relationships.** Bank & Credit Union Representation; Creditors' Rights & Bankruptcy; Bond Financing; Private Placements.

**Real Estate Transactions & Development – RL&L assists clients through their entire business investment cycle, wherever it takes them. Our understanding of the business of real estate is fundamental to our reputation as multidisciplinary deal facilitators.** Acquisition & Disposition; Finance; Construction; Commercial Property & Real Estate Development; Land Use, Zoning & Condemnation; Real Estate & Construction Litigation.

**Business & Corporate Transactions** – **RL&L's experience and qualifications are as varied and diverse as our client base and the industries in which those clients operate. We are recognized professionals in preparing, negotiating, and completing complex transactional agreements, while providing the critical strategic advice that goes with them.** Business Formation & Corporate Governance; Contracts; Equity Incentive Plans; Gaming & Native American Law; Mergers, Acquisitions & Divestitures; Government Contracts; Technology & Emerging Company Venture Financing; Agriculture.

**Labor & Employment Law** – **RL&L has extensive experience providing prompt, top-notch and cost-effective representation to clients ranging from emerging start-ups to large publicly traded companies.** Defense of Claims, Administrative Proceedings & Lawsuits; Restrictive Covenants, Confidentiality/Trade Secret & Intellectual Property Rights; Counseling, Compliance & Training; Employee Handbooks, Contracts & Termination/Severance Agreements; Internal Investigation; Immigration Law.

**Intellectual Property Transactions & Prosecution** – **RL&L has a markedly broad and sophisticated intellectual property practice. Our IP transactional team has represented clients in transactions that range from routine to highly complex international transactions. RL&L plays a major role in many high-stakes IP litigation matters and have successfully litigated on behalf of clients against Fortune 500 companies.** Intellectual Property Licenses; Technology Joint Ventures & Technology Development Agreements; Patent, Trademark, Copyright & Trade Secret Litigation & Prosecution; Trademarks & Copyright Registration.

The firm's experience also includes litigation of intellectual property matters as well as all aspects of commercial and civil litigation, including mediations, court jury trials, pre-trial discovery, and motion practice. Our attorneys have tried cases in State and Federal Courts, the Ninth Circuit Court of Appeals and the Supreme Court of the United States. We have attorneys who are members of the AAA and FINRA panels of arbitrators and mediators. Most recent case examples include: (1) $6.6 million judgment in favor of minority owner in an arbitrated partnership dispute; (2) Obtained a $3.1 million judgment for a national bank while defeating a bad faith counterclaim in a three week trial; (3) Successful defense of a major forklift manufacturer in a products liability case involving a traumatic amputation.