**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Sam Alich, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:22-cv-01717-MTL |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| Opendoor Technologies Inc., et al., | |
| Defendants. | |
| Oakland County Voluntary Employees' Beneficiary Association, and the Oakland County Employees' Retirement System, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:22-cv-01987-GMS |
| Plaintiff, | |
| v. | |
| Opendoor Technologies Inc., et al., | |
| Defendants. | |

Having considered the motion of Stuart Graham Hereford for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel (the "Motion"), and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED;

2. The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Opendoor Technologies Inc. Securities Litigation*, Master File No. 2:22-cv-01717-MTL;

3. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Stuart Graham Hereford as Lead Plaintiff; and

4. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Glancy Prongay & Murray LLP as Lead Counsel and Rusing Lopez & Lizardi, P.L.L.C. as Liaison Counsel for the class.

**SO ORDERED.**

Dated this _____ day of _____, 20_____.

_____
Honorable Michael T Liburdi
United States District Judge

1