# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Sam Alich,

    Plaintiff,

v.

Opendoor Technologies Incorporated, et al.,

    Defendants.

No. CV-22-01717-PHX-MTL

**ORDER**

The Court having considered the Joint Stipulation Regarding Filing of Amended Complaint and Motion to Dismiss Briefing Schedule (Doc. 21), and good cause appearing,

**IT IS ORDERED**:

1. Lead Plaintiffs shall file any amended complaint no later than April 3, 2023.

2. Defendants shall file any motion to dismiss no later than June 2, 2023.

3. Lead Plaintiffs shall file any opposition to Defendants' motion to dismiss no later than August 1, 2023.

4. Defendants shall file any reply in support of their motion to dismiss no later than September 15, 2023.

5. The Status Conference currently set for February 28, 2023 is vacated.

Dated this 27th day of February, 2023.

Michael T. Liburdi
United States District Judge