# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Sam Alich,

      Plaintiff,

v.

Opendoor Technologies Incorporated, et al.,

      Defendants.

No. CV-22-01717-PHX-MTL

**ORDER**

Before the Court is Lead Plaintiffs' Unopposed Motion for Extension of Time to File the Consolidated Amended Complaint (Doc. 37). Upon review of the record and good cause showing,

**IT IS ORDERED granting** Lead Plaintiffs' Unopposed Motion for Extension of Time to File the Consolidated Amended Complaint (Doc. 37) as follows:

1. Lead Plaintiffs' Amended Complaint shall be filed no later than April 17, 2023;
2. Defendants shall file any motion to dismiss no later than June 16, 2023;
3. Lead Plaintiffs shall file any opposition to Defendants' motion to dismiss no later than August 15, 2023; and
4. Defendants shall file any reply in support of their motion to dismiss no later than September 29, 2023.

. . .

. . .

. . .

Dated this 24th day of March, 2023.

_Michael T. Liburdi_
Michael T. Liburdi
United States District Judge

- 2 -