**WARD, KEENAN & BARRETT, P.C.**
Gerald Barrett, State Bar No. 5855
3838 North Central Ave., Suite 1720
Phoenix, Arizona 85012
Tel: (602) 279-1717
Fax: (602) 279-8908
gbarrett@wardkeenenbarrett.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re Opendoor Technologies, Inc. Stockholder Derivative Litigation | Lead Case No.: 2:23-CV-00367-GMS (Consolidated with 2:23-cv-00455-DMF) |
| This Document Relates To:<br><br>ALL ACTIONS | |

### <u>UNOPPOSED MOTION TO TRANSFER PURSUANT TO LRCiv 42.1</u>

Plaintiffs Ryan Carlson and Seth Van Dorn ("Plaintiffs"), by and through their undersigned counsel, respectfully make this unopposed motion to transfer the above-captioned action (the "Action"), pursuant to LRCiv 42.1, to the Hon. Michael T. Liburdi, who is presiding over the earlier-filed and factually related securities class action, captioned *In re Opendoor Technologies Inc. Securities Litigation*, No. CV-22-01717-PHX-MTL (the "Securities Class Action"). In support of this motion, Plaintiffs state as follows:

1.      On October 7, 2022, the Securities Class Action was filed in this Court. On March 27, 2022, the Securities Class Action was assigned to the Hon. Michael T. Liburdi. *See* Case No. CV-22-01717-PHX-MTL, ECF No. 7.

2. On March 1, 2023, the shareholder derivative action captioned *Carlson v. Rice, et al.*, CV-22-00367-PHX-GMS (the "*Carlson* Action") was filed in this Court and marked as related to the Securities Action. *See* Case No. CV-23-00367-GMS, ECF Nos, 1, 1-1. On that same date, the *Carlson* Action was assigned to the Hon. G. Murray Snow. *Id*., ECF No. 3.

3. On March 15, 2023, the shareholder derivative action captioned *Van Dorn v. Rice, et al.*, CV-23-cv-00455-PHX-GMS (the "*Van Dorn* Action") was filed in this Court and marked as related to the *Carlson* Action. *See* case No. CV-23-cv-00455-PHX-GMS, ECF No. 1, 1-1. On that same day, the *Van Dorn* Action was assigned to the Hon. Deborah M. Fine. *See* CV-23-cv-00455-PHX-GMS, ECF No. 3.

4. On March 17, 2023, a motion to consolidate the *Carlson* and *Van Dorn* Actions was filed in both actions. *See* case No. CV-23-00367-GMS, ECF No. 8; Case No. CV-23-cv-00455-PHX-GMS, ECF No. 5. The motion to consolidate was granted on March 21, 2023. *See* case No. CV-23-cv-00455-PHX-GMS, ECF No. 6.

5. Counsel for the parties subsequently met and conferred, and agreed that, subject to approval of the Court, this Action should be transferred to Judge Liburdi. The Securities Class Action and this Action arise from substantially the same transactions and events, and they involve overlapping parties. Moreover, the parties believe that the disposition of the Securities Class Action may affect the disposition of this Action.

6. In addition, the Securities Class Action, which has been pending since October 7, 2022, is at a more advanced procedural stage with an amended complaint having been filed on April 17, 2023. *See* Case No. CV-22-01717-PHX-MTL, ECF No. 39.

7. LRCiv 42.1 provides that "[w]hen two or more cases are pending before different Judges . . . a party in any of those cases may file a motion to transfer the case . . . on the ground

that the cases: (1) arise from substantially the same transaction or event; (2) involve substantially the same parties or property . . . ."

8.       Plaintiffs, therefore, respectfully submit that transfer of the Action to Judge Liburdi, before whom the earlier-filed and related Securities Class Action is pending, is appropriate to avoid potentially inconsistent factual findings and to prevent any waste of the Court's resources. Counsel for Defendants do not oppose this motion.

WHEREFORE, Plaintiffs respectfully request that this motion be granted, and the Court transfer this Action to the Hon. Michael T. Liburdi.

Dated: April 28, 2023.                          Respectfully submitted,

**WARD, KEENAN & BARRETT, P.C.**

By: */s/ Gerald Barrett*
    Gerald Barrett, State Bar No. 5855 3838
    N. Central Avenue, Suite 1720
    Phoenix, AZ 85012
    Tel.: (602) 279-1717
    Fax: (602) 279-8908
    gbarrett@wardkeenenbarrett.com

**RIGRODSKY LAW, P.A.**
Timothy J. MacFall (*admitted pro hac vice*)
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Tel.: (302) 295-5310
Fax: (302) 654-7530

3

**MARTIN BONNETT, PLLC**

By: */s/ Jennifer Kroll*
Jennifer Kroll
Susan Martin
4647 N. 32nd St., Suite 185
Phoenix, 85018
Tel.: (602) 240-6900
jkroll@martinbonnett.com
smartin@martinbonnett.com

*Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that on the 28th day of April, 2023, I electronically transmitted the foregoing to the Clerk of the U.S. District Court using the CM/ECF System for filing and transmittal.

s/Mary Farley

4