# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Opendoor Technologies, Inc. Securities Litigation | No. CV-22-01717-PHX-MTL<br><br>**ORDER TO TRANSFER**<br><br>(Related Cases: 2:23-CV-00367-GMS; 2:23-CV-455-DMF) |

The Court having reviewed Plaintiffs Ryan Carlson and Seth Van Dorn's Unopposed Motion to Transfer Pursuant to LRCiv 42.1 (Doc. 42), and good cause appearing,

**IT IS ORDERED** that case number 2:23-CV-00367-GMS, consolidated with 2:23-CV-455-DMF, is hereby transferred to the Hon. Michael T. Liburdi, before whom the above related earlier-filed securities class action is pending, for all purposes, including trial. All future pleadings in this consolidated action shall bear the following caption: In re Opendoor Technologies Inc. Securities Litigation, No. 2:22-CV 01717-MTL.

Dated this 2nd day of May, 2023.

Michael T. Liburdi
United States District Judge