# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Opendoor Technologies, Inc. Securities Litigation | No. CV-22-01717-PHX-MTL<br><br>**AMENDED ORDER TO TRANSFER**<br><br>(Related Cases: 2:23-CV-00367-GMS; 2:23-CV-455-DMF) |

The Court amends its previous Order to Transfer (Doc. 43) to read as follows:

**IT IS ORDERED** that case number 2:23-CV-00367-GMS, consolidated with 2:23-CV-455-DMF, is hereby transferred to the Hon. Michael T. Liburdi, before whom the above related earlier-filed securities class action is pending, for all purposes, including trial. All future pleadings in the transferred action shall bear the following caption:  In re Opendoor Technologies Inc. Stockholder Derivative Litigation, No. 2:23-CV-00367-MTL.

Dated this 3rd day of May, 2023.

_____
Michael T. Liburdi
United States District Judge