## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sam Alich, | No. CV-22-01717-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Opendoor Technologies Incorporated, et al., | |
| Defendants. | |

The Court having considered the parties' Joint Motion for Extension of Motion to Dismiss Briefing Deadlines and Leave to File Motion to Dismiss Briefing in Excess of Page Limits Pursuant to Local Rule 7.2(e) (Doc. 45), and good cause appearing,

**IT IS ORDERED** granting Joint Motion for Extension (Doc. 45).  The new deadlines for briefing on Defendants' anticipated motions to dismiss are set as follows:

- Defendants shall file any motion to dismiss no later than June 30, 2023;
- Plaintiffs shall file any opposition to a motion to dismiss no later than August 29, 2023; and
- Defendants shall file any reply in support of a motion to dismiss no later than October 13, 2023.

**IT IS FURTHER ORDERED** the page limits for the parties' briefs are as follows:

Opendoor Defendants' Motion to Dismiss:    30 pages

Plaintiffs' Response:                          30 pages

Opendoor Defendants' Reply:                    20 pages


Dated this 30th day of May, 2023.


_Michael T. Liburdi_
Michael T. Liburdi
United States District Judge