**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
John C. Gray (Bar No. 028454)
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Telephone: (602) 262-5311
Facsimile: (602) 262-5747
Email: jgray@lewisroca.com

**SHEARMAN & STERLING LLP**
Adam S. Hakki (*pro hac vice*)
599 Lexington Ave.
New York, NY 10022
Telephone: (212) 848-4000
Email: ahakki@shearman.com

Lyle Roberts (*pro hac vice*)
401 9th Street, NW, Suite 800
Washington, DC 20004
Telephone: (202) 508-8000
Email: lyle.roberts@shearman.com

*Counsel for Defendants Opendoor Technologies Inc.,*
*Eric Wu, Carrie Wheeler, Chamath Palihapitiya,*
*Steven Trieu, Ian Osborne, Adam Bain, David Spillane,*
*Cipora Herman, Pueo Keffer, Glenn Solomon, Jason Kilar,*
*and Jonathan Jaffe*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re Opendoor Technologies Inc. Securities Litigation | Case No. 2:22-CV-01717-MTL<br><br>**DECLARATION OF JOHN C. GRAY IN SUPPORT OF THE OPENDOOR DEFENDANTS' MOTION TO DISMISS** |

I, John C. Gray, declare:

1.     I am an active member of the Bar of the States of Arizona and California and am admitted to practice before this Court. I am Of Counsel with the law firm of Lewis Roca Rothgerber Christie LLP, counsel for Defendants Opendoor Technologies Inc. ("Opendoor" or the "Company"), Eric Wu, Carrie Wheeler, Adam Bain, Cipora Herman, Chamath Palihapitiya, Steven Trieu, Ian Osborne, David Spillane, Pueo Keffer, Glenn Solomon, Jason Kilar, and Jonathan Jaffe (collectively, the "Individual Defendants," and together with Opendoor, the "Opendoor Defendants").

2.     Attached hereto as Exhibit 1 is a true and correct copy of excerpts of Opendoor's Form S-4 Registration Statement, as amended, filed with the SEC on November 27, 2020 ("November 2020 Registration Statement").

3.     Attached hereto as Exhibit 2 is a true and correct copy of excerpts of Opendoor's Form 10-K, filed with the SEC on February 24, 2022 ("2021 Annual Report").

4.     Attached hereto as Exhibit 3 is a true and correct copy of the transcript from a Wedbush Real Estate Technology Conference on March 3, 2022 ("March 2022 Wedbush Transcript") prepared by S&P Global.

5.     Attached hereto as Exhibit 4 is a true and correct copy of excerpts of Opendoor's Form 10-Q, filed with the SEC on November 10, 2021 ("Q3 2021 Quarterly Report").

6.     Attached hereto as Exhibit 5 is a true and correct copy of the Agreement Containing Consent Order in the matter *In the Matter of Opendoor Labs Inc.*, Docket No. C-4777 before the Federal Trade Commission.

7.     Attached hereto as Exhibit 6 is a true and correct copy of excerpts of Opendoor's Form S-1, filed with the SEC on December 21, 2020 ("December 21, 2020 Registration Statement").

8. Attached hereto as Exhibit 7 is a true and correct copy of the Federal Trade Commission Complaint against Opendoor, made publicly available on August 1, 2022 ("FTC Complaint").

9. Attached hereto as Exhibit 8 is a true and correct copy of Exhibit 99.1 Opendoor's Form 8-K, filed with the SEC on March 4, 2021 ("Q4 2020 Press Release").

10. Attached hereto as Exhibit 9 is a true and correct copy of Exhibit 99.2 to Opendoor's Form 8-K, filed with the SEC on May 4, 2021 ("Q1 2021 Shareholder Letter").

11. Attached hereto as Exhibit 10 is a true and correct copy of Exhibit 99.1 to Opendoor's Form 8-K, filed with the SEC on August 11, 2021 ("Q2 2021 Press Release").

12. Attached hereto as Exhibit 11 is a true and correct copy of Exhibit 99.1 to Opendoor's Form 8-K, filed with the SEC on November 10, 2021 ("Q3 2021 Press Release").

13. Attached hereto as Exhibit 12 is a true and correct copy of Exhibit 99.1 to Opendoor's Form 8-K, filed with the SEC on February 24, 2022 ("Q4 2021 Press Release").

14. Attached hereto as Exhibit 13 is a true and correct copy of Exhibit 99.1 to Opendoor's Form 8-K, filed with the SEC on May 5, 2022 ("Q1 2022 Press Release").

15. Attached hereto as Exhibit 14 is a true and correct copy of Exhibit 99.1 to Opendoor's Form 8-K, filed with the SEC on August 4, 2022 ("Q2 2022 Press Release").

16. Attached hereto as Exhibit 15 is a true and correct copy of the World Economic Forum article titled, "The pace of US interest rate hikes is faster than at any time in recent history.  Is this creating a risk of recession?" dated October 12, 2022 ("World Economic Forum").

17. Attached hereto as Exhibit 16 is a true and correct copy of the Chartr article titled, "A love for hiking: The Fed is raising rates at an unprecedented pace," dated September 23, 2022 ("Chartr Article").

18.    Attached hereto as Exhibit 17 is a true and correct copy of the Yahoo! Finance article titled, "'We have more work to do': The complete story behind the Fed's historic shift in 2022," dated December 22, 2022 ("Yahoo! Finance Article").

19.    Attached hereto as Exhibit 18 is a true and correct copy of the Opendoor earnings call transcript for the first quarter of 2022, dated May 5, 2022 ("May 2022 Earnings Call") prepared by Bloomberg.

20.    Attached hereto as Exhibit 19 is a true and correct copy of the Opendoor earnings call transcript for the second quarter of 2022, dated August 4, 2022 ("August 2022 Earnings Call") prepared by Bloomberg.

21.    Attached hereto as Exhibit 20 is a true and correct copy of the Bloomberg article titled, "Home-Flipper Opendoor Hit With Losses in Echo of Zillow Collapse," dated September 19, 2022 ("September 2022 Bloomberg Article").

22.    Attached hereto as Exhibit 21 is a true and correct copy of Exhibit 99.2 to Opendoor's Form 8-K, filed with the SEC on November 3, 2022 ("Q3 2022 Shareholder Letter").

23.    Attached hereto as Exhibit 22 is a true and correct copy of Exhibit 99.2 to Opendoor's Form 8-K, filed with the SEC on February 22, 2023 ("Q4 2022 Shareholder Letter").

24.    Attached hereto as Exhibit 23 is a true and correct copy of excerpts of Opendoor's Form 10-K, filed with the SEC on March 4, 2021 ("2020 Annual Report").

25.    Attached hereto as Exhibit 24 is a true and correct copy of the Opendoor earnings call transcript for the third quarter of 2021, dated November 10, 2021 ("November 2021 Earnings Call") prepared by Bloomberg.

26.    Attached hereto as Exhibit 25 is a true and correct copy of excerpts of Opendoor's Form S-1, filed with the SEC on February 2, 2021 ("February 2021 Registration Statement").

27.     Attached hereto as Exhibit 26 is a true and correct copy of Form 4s filed with the SEC between December 31, 2021 and October 19, 2022 in connection with stock trades of Eric Wu ("Form 4s").

28.     Attached hereto as Exhibit 27 is a true and correct copy of Opendoor's Form S-4 Registration Statement, filed with the SEC on October 5, 2020 ("October 2020 Registration Statement").

29.     Attached hereto as Exhibit 28 is a true and correct copy of a table of stock prices, as published by Yahoo! ("Stock Chart").

30.     Attached hereto as Exhibit 29 is a true and correct copy of Exhibit 99.1 to Opendoor's Form 8-K, filed with the SEC on August 1, 2022 ("August 2022 Press Release").

31.     Attached hereto as Exhibit 30 is a true and correct copy of the transcript from a Morgan Stanley Technology, Media and Telecom Conference on March 8, 2022 ("March 2022 Morgan Stanley Transcript") prepared by Seeking Alpha.

32.     Attached hereto as Exhibit 31 is a true and correct copy of excerpts from Opendoor's Form S-1, as amended, filed with the SEC on December 31, 2020 ("December 31, 2020 Registration Statement").

33.     Pursuant to LRCiv 12.1(c), the parties conferred in good faith but were unable to agree that the Consolidated Amended Complaint is curable by a permissible amendment.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed this 30th day of June 2023, in Chandler, Arizona.

*/s/ John C. Gray*
John C. Gray