# Exhibit 11

EX-99.1 2 q32021form8-kxexhibit991.htm EX-99.1

**Exhibit 99.1**

## Opendoor Announces Third Quarter 2021 Financial Results

**SAN FRANCISCO, California - November 10, 2021 -** Opendoor Technologies Inc. (Nasdaq: OPEN), a leading digital platform for residential real estate, today reported financial results for its quarter ended September 30, 2021. Opendoor's third quarter 2021 financial results and management commentary can be accessed through the Company's shareholder letter on the quarterly results page of Opendoor's investor relations website at https://investor.opendoor.com.

"Over the years, I am often asked whether our vision and strategy has changed. The short answer is no - we have always been focused on making it possible to buy, sell, and move at the tap of a button. In our view, the end state for the real estate marketplace will inevitably be a simple, certain, and fast transaction powered by technology. It is just a matter of when. So we have been consistently focused on investing in that future experience, piece by piece, with the consumer in mind at every step. We take great pride in doing the hard work to execute with excellence in our consumer experience, technology, business performance, and company culture. This is what sets us apart," said Eric Wu, Co-Founder and CEO of Opendoor. "Our third quarter results are the byproduct of our focus on the consumer experience and strong, consistent execution. We exceeded our expectations in generating $2.3 billion of revenue, acquiring 15,181 homes, and delivering over $170 million of Contribution Profit and $35 million of Adjusted EBITDA."

### Third Quarter 2021 Key Highlights

Unless otherwise stated, all comparisons are on a quarter-over-quarter basis. We believe that sequential comparisons better reflect our underlying growth trends given our decision to pause home acquisitions and actively sell through our inventory last year due to COVID-19.

- Revenue of $2.3 billion, up 91% versus 2Q21, with 5,988 total homes sold, up 72% versus 2Q21

- Gross profit of $202 million, versus $159 million in 2Q21; gross margin of 8.9%, versus 13.4% in 2Q21

- Net income of $(57) million, versus $(144) million in 2Q21

- Adjusted Net Income of $(17) million, versus $2 million in 2Q21

- Contribution Profit of $170 million, versus $128 million in 2Q21; Contribution Margin of 7.5%, versus 10.8% in 2Q21

- Adjusted EBITDA of $35 million versus $26 million in 2Q21; Adjusted EBITDA Margin of 1.5% versus 2.2% in 2Q21

- Expanded to 44 markets at the end of 3Q21 with 5 new market launches

- Purchased 15,181 homes, up 79% versus 2Q21

- Grew inventory balance to 17,164 homes, representing $6.3 billion in value, up 130% versus 2Q21

### Outlook
- 4Q21 revenue guidance of $3.1 billion - $3.2 billion

- 4Q21 Adjusted EBITDA[1] guidance of ($5) million - $5 million

## Conference Call and Webcast Details

Opendoor will host a conference call to discuss its financial results on November 10, 2021 at 2:00 p.m. Pacific Time. A live webcast of the call can be accessed from Opendoor's Investor Relations website at https://investor.opendoor.com. An archived version of the webcast will be available from the same website after the call.

## Forward Looking Statements

This press release contains certain forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, as amended. All statements contained in this press release that do not relate to matters of historical fact should be considered forward-looking, including statements regarding our financial condition, anticipated financial performance, business strategy and plans, market opportunity and expansion and objectives of management for future operations. These forward-looking statements generally are identified by the words "anticipate", "believe", "contemplate", "continue", "could", "estimate", "expect", "forecast", "future", "intend", "may", "might", "opportunity", "plan", "possible", "potential", "predict", "project," "should", "strategy", "strive", "target", "will", or "would", the negative of these words or other similar terms or expressions. The absence of these words does not mean that a statement is not forward-looking. Forward-looking statements are predictions, projections and other statements about future events that are based on current expectations and assumptions and, as a result, are subject to risks and uncertainties. Many important factors could cause actual future events to differ materially from the forward-looking statements in this press release, including but not limited to our public securities' potential liquidity and trading; our ability to raise financing in the future; our success in retaining or recruiting, or changes required in, our officers, key employees or directors; the impact of the regulatory environment and complexities with compliance related to such environment; our ability to remediate our material weaknesses; various factors relating to our business, operations and financial performance, including, but not limited to, the impact of the COVID-19 pandemic on our ability to grow market share; our ability to respond to general economic conditions and the health of the U.S. residential real estate industry. The foregoing list of factors is not exhaustive. You should carefully consider the foregoing factors and the other risks and uncertainties described under the caption "Risk Factors" in our annual report on Form 10-K filed with the Securities and Exchange Commission (the "SEC") on March 4, 2021, as updated by our Quarterly Reports on Form 10-Q for the quarterly periods ended March 31, 2021, June 30, 2021, and September 30, 2021, and our other filings with the SEC. These filings identify and address other important risks and uncertainties that could cause actual events and results to differ materially from those contained in the forward-looking statements. Forward-looking statements speak only as of the date they are made. Readers are cautioned not to put undue reliance on forward-looking statements, and we assume no obligation and do not intend to update or revise these forward-looking statements, whether as a result of new information, future events, or otherwise. We do not give any assurance that we will achieve our expectations.

---

[1] Opendoor has not provided a quantitative reconciliation of forecasted Adjusted EBITDA to forecasted GAAP net income (loss) within this press release because the Company is unable, without making unreasonable efforts, to calculate certain reconciling items with confidence. These items include, but are not limited to, inventory impairment and stock-based compensation with respect to future grants and forfeitures. These items, which could materially affect the computation of forward-looking GAAP net income (loss), are inherently uncertain and depend on various factors, some of which are outside of the Company's control. For more information regarding the non-GAAP financial measures discussed in this press release, please see "Use of Non-GAAP Financial Measures" below.

**About Opendoor**

Opendoor's mission is to empower everyone with the freedom to move. Since 2014, Opendoor has provided people across the U.S. with a radically simple way to buy, sell or trade-in a home online. Opendoor currently operates in a growing number of markets across the U.S.

**Contact Information**

Investors:
Elise Wang
Opendoor
investors@opendoor.com

Media:
Sheila Tran / Charles Stewart
Opendoor
press@opendoor.com

**OPENDOOR TECHNOLOGIES INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
(In thousands, except per share data)
(Unaudited)

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | **2021** | **2020** | **2021** | **2020** |
| REVENUE | $ 2,266,354 | $ 338,613 | $ 4,199,014 | $ 2,334,235 |
| COST OF REVENUE | 2,063,865 | 302,802 | 3,740,622 | 2,152,803 |
| GROSS PROFIT | 202,489 | 35,811 | 458,392 | 181,432 |
| OPERATING EXPENSES: | | | | |
| Sales, marketing and operations | 153,496 | 27,336 | 319,087 | 156,290 |
| General and administrative | 90,105 | 40,168 | 502,800 | 99,074 |
| Technology and development | 27,295 | 13,184 | 102,360 | 45,809 |
| Total operating expenses | 270,896 | 80,688 | 924,247 | 301,173 |
| LOSS FROM OPERATIONS | (68,407) | (44,877) | (465,855) | (119,741) |
| DERIVATIVE AND WARRANT FAIR VALUE ADJUSTMENT | 3,499 | (24,329) | 12,179 | (25,219) |
| INTEREST EXPENSE | (43,550) | (12,376) | (70,375) | (57,393) |
| OTHER INCOME – Net | 51,965 | 764 | 53,601 | 3,619 |
| LOSS BEFORE INCOME TAXES | (56,493) | (80,818) | (470,450) | (198,734) |
| INCOME TAX EXPENSE | (326) | (35) | (610) | (234) |
| NET LOSS | $ (56,819) | $ (80,853) | $ (471,060) | $ (198,968) |
| Net loss per share attributable to common shareholders: | | | | |
| Basic | $ (0.09) | $ (0.91) | $ (0.80) | $ (2.32) |
| Diluted | $ (0.09) | $ (0.91) | $ (0.80) | $ (2.32) |
| Weighted-average shares outstanding: | | | | |
| Basic | 603,389 | 89,070 | 585,854 | 85,907 |
| Diluted | 603,389 | 89,070 | 585,854 | 85,907 |

**OPENDOOR TECHNOLOGIES INC.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
(In thousands, except share data)
(Unaudited)

| | September 30, 2021 | December 31, 2020 |
|---|---|---|
| **ASSETS** | | |
| CURRENT ASSETS: | | |
| Cash and cash equivalents | $ 1,358,775 | $ 1,412,665 |
| Restricted cash | 484,476 | 92,863 |
| Marketable securities | 481,051 | 47,637 |
| Mortgage loans held for sale pledged under agreements to repurchase | 22,858 | 7,529 |
| Escrow receivable | 121,394 | 1,494 |
| Real estate inventory, net | 6,268,081 | 465,936 |
| Other current assets ($616 and $373 carried at fair value) | 84,365 | 24,987 |
| Total current assets | 8,821,000 | 2,053,111 |
| PROPERTY AND EQUIPMENT – Net | 38,321 | 29,228 |
| RIGHT OF USE ASSETS | 43,800 | 49,517 |
| GOODWILL | 47,158 | 30,945 |
| INTANGIBLES – Net | 11,494 | 8,684 |
| OTHER ASSETS ($5,100 and $0 carried at fair value) | 6,842 | 4,097 |
| TOTAL ASSETS | $ 8,968,615 | $ 2,175,582 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| CURRENT LIABILITIES: | | |
| Accounts payable and other accrued liabilities | $ 156,030 | $ 25,270 |
| Non-recourse asset-backed debt - current portion | 4,049,812 | 339,173 |
| Other secured borrowings | 19,728 | 7,149 |
| Interest payable | 9,746 | 1,081 |
| Lease liabilities - current portion | 4,637 | 20,716 |
| Total current liabilities | 4,239,953 | 393,389 |
| NON-RECOURSE ASSET-BACKED DEBT – Net of current portion | 1,367,989 | 135,467 |
| CONVERTIBLE SENIOR NOTES | 952,415 | — |
| WARRANT LIABILITIES | — | 47,349 |
| LEASE LIABILITIES – Net of current portion | 43,073 | 46,625 |
| OTHER LIABILITIES | 2,324 | 94 |
| Total liabilities | 6,605,754 | 622,924 |
| SHAREHOLDERS' EQUITY: | | |
| Common stock, $0.0001 par value; 3,000,000,000 shares authorized; 607,215,233 and 540,714,692 shares issued and outstanding, respectively | 60 | 54 |
| Additional paid-in capital | 3,877,418 | 2,596,012 |
| Accumulated deficit | (1,514,509) | (1,043,449) |
| Accumulated other comprehensive (loss) income | (108) | 41 |
| Total shareholders' equity | 2,362,861 | 1,552,658 |
| TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY | $ 8,968,615 | $ 2,175,582 |

**OPENDOOR TECHNOLOGIES INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
(In thousands)
(Unaudited)

| | Nine Months Ended September 30, | |
| --- | --- | --- |
| | **2021** | **2020** |
| CASH FLOWS FROM OPERATING ACTIVITIES: | | |
| Net loss | $ (471,060) | $ (198,968) |
| Adjustments to reconcile net loss to cash, cash equivalents, and restricted cash (used in) provided by operating activities: | | |
| Depreciation and amortization – net of accretion | 26,551 | 31,114 |
| Amortization of right of use asset | 6,055 | 22,008 |
| Impairment of software development costs | 3,227 | — |
| Stock-based compensation | 465,059 | 9,162 |
| Derivative and warrant fair value adjustment | (12,179) | 1,901 |
| Gain | | |