# Exhibit 17

# 'We have more work to do': The complete story behind the Fed's historic shift in 2022

**news.yahoo.com**/we-have-more-work-to-do-the-complete-story-behind-the-feds-historic-shift-in-2022-114004343.html

Jennifer Schonberger
Jennifer Schonberger
·Senior Reporter

December 22, 2022·

The year 2022 will be remembered as one of the most consequential in Federal Reserve history.

The central bank raised interest rates by a cumulative 4.25% this year, the most since 1980.

Between June and November, the central bank raised its benchmark interest rate by 0.75% at four consecutive meetings. Not since 1994 had the Fed raised rates by 0.75% at even a single meeting.

"Over the course of the year, we have taken forceful actions to tighten the stance of monetary policy," Federal Reserve Chair Jerome Powell said in a December news conference.

"We have covered a lot of ground, and the full effects of our rapid tightening so far are yet to be felt," Powell added. "Even so, we have more work to do."

That work is expected to include further rate hikes next year, with the federal funds rate now forecast to top 5% in 2023. Meanwhile, unemployment is set to rise and growth will remain sluggish, a scenario Powell insisted earlier this month would not constitute a recession.

Wall Street, meanwhile, has penciled in a downturn in the U.S. economy for early next year.

When the year started, interest rates stood in a range of 0%-0.25% as the Fed hadn't yet begun pulling back pandemic-era policies aimed to help the economy through an unprecedented challenge. As the year ends, the Fed is making its strongest effort in four decades to slow down the economy.

How the central bank's actions, words, and forecasts changed is a story investors aren't likely to forget anytime soon.

1



Federal Reserve Board Chairman Jerome Powell holds a news conference following the announcement that the Federal Reserve raised interest rates by half a percentage point, at the Federal Reserve Building in Washington, U.S., December 14, 2022. REUTERS/Evelyn Hockstein

## 'Soon be appropriate'

Powell started off the year setting the stage to raise rates, telegraphing that it would "soon be appropriate" to increase rates following the central bank's first meeting of 2022. At that meeting, the central bank elected to keep interest rates unchanged in a range of 0%-0.25%.

The scale of the changes to come would rock markets all year.

By January, inflation was running well above the Fed's 2% target and price pressures had broadened.