# Exhibit 19

Company Name: Opendoor Technologies Inc
Company Ticker: OPEN US Equity
Date: 2022-08-04

# Q2 2022 Earnings Call

## Company Participants

- Andrew Low, President
- Carrie Wheeler, Chief Financial Officer
- Elise Wang, Head of Investor Relations
- Eric Wu, Co Founder and Chief Executive Officer

## Other Participants

- Dae K Lee, Analyst
- Jason Helfstein, Analyst
- Jason Weaver, Analyst
- Justin Ages, Analyst
- Nick Jones, Analyst
- Robert Zeller, Analyst
- Ryan Tomasello, Analyst

## Presentation

### Operator

Good day, thank you for standing by and welcome to the Opendoor Second Quarter 2022 Earnings Conference Call. At this time, all participants are in a listen-only mode. After the speakers' presentation, there will be a question-and-answer session. (Operator Instructions) Please be advised that today's conference is being recorded.

I would now like to hand the conference over to your speaker today, Elise Wang, Head of Investor Relations. Please go ahead.

### Elise Wang  {BIO 19970795 <GO>}

Thank you and good afternoon. Full details of our results and additional management commentary are available in our earnings release and shareholder letter, which can be found on the Investor Relations section of our website at investor.opendoor.com. Please note that this call will be simultaneously webcast on the Investor Relations section of the company's corporate website.

Before we start, I would like to remind you that the following discussion contains forward-looking statements within the meaning of the Federal Securities Laws, including but not limited to statements regarding Opendoor's financial condition, anticipated financial performance, business strategy and plans, market opportunity and expansion and

FINAL

Bloomberg Transcript

Company Name: Opendoor Technologies Inc
Company Ticker: OPEN US Equity
Date: 2022-08-04

management objectives for future operations. These statements are neither promises nor guarantees and involve risks and uncertainties that may cause actual results to differ materially from those discussed here. Additional information that could cause the actual results to differ from forward-looking statements can be found in the Risk Factors section of Opendoor's most recent Annual Report on Form 10-K for the year ended December 31, 2021.

Any forward-looking statements made in this conference call including responses to your questions are based on management's current expectations and assumptions as of today and Opendoor assumes no obligation to update or revise them whether as a result of new developments or otherwise, except as required by law.

The following discussion contains references to certain non-GAAP financial measures. The company believes these non-GAAP financial measures are useful to investors as supplemental operational measurements to evaluate the company's financial performance. For a reconciliation of each of these non-GAAP financial measures to the most directly comparable GAAP metric please see our website at investor.opendoor.com.

I will now turn the call over to Eric Wu, Co-Founder, Chairman and Chief Executive Officer of Opendoor.

## Eric Wu  {BIO 20802320 <GO>}

Good afternoon. On the call with me is Carrie Wheeler, our Chief Financial Officer and Andrew Low Ah Kee, our President. At Opendoor we strive to empower our customers to make life changing moves. To that end, I'd like to start our call with the story of Julie Damavandi, a recent customer of ours.

(Video Presentation).

Against the backdrop of the macro and housing market uncertainty our product that delivers simplicity, certainty and speed is needed for our customers like Julie now more than ever. As such in the second quarter we helped over 14,000 homeowners move with peace of mind and delivered a revenue of $4.2 billion, growing over 250% year-on-year with a record contribution profit of $422 million, adjusted EBITDA of $218 million and adjusted net income of $122 million.

In addition to our financial performance, we took important steps towards our goal of servicing home sellers nationwide and building a better home buying experience. We entered six new markets, bringing our total footprint to 51 markets and expanding our underwriting capabilities to cover nearly 30% of US home transactions. We have also just announced our multiyear partnership with Zillow to give their hundreds of millions of monthly visitors, the ability to instantly request an Opendoor offer and sell their home online.

It's rare that two market leaders coming together and align on a vision and we believe this partnership will fundamentally change how people buy and sell a home. For homebuyers,

FINAL

Bloomberg Transcript

Company Name: Opendoor Technologies Inc
Company Ticker: OPEN US Equity
Date: 2022-08-04

we went live with our new Opendoor financing app in California enabling our customers to get pre-qualified in less than 60 seconds.

We see adoption that suggests we will achieve our highest attach of financing within just a few months of going live. And finally we've officially launched Opendoor Exclusives a first of its kind marketplace that let's homebuyers purchase an Opendoor Home pre-market via an e-commerce like experience. In the words of a recent exclusive customer "I felt like I was shopping for a home on Amazon. The process was seamless and uncomplicated." So it's no surprise that we've already seen tremendous momentum and positive feedback of Opendoor Exclusives. While we are pleased with these results, the current market volatility is requiring us to be highly dynamic and rigorous and managing risk and overall inventory health.

As most of you are aware, the housing market has to moved rapidly over the second quarter. We saw a steep slowdown in home transaction velocity and home price appreciation from all time highs caused by a spike in interest rates and subsequently a change in mortgage rate at a speed, we have not experienced in 40 years. As a result, these macro shifts had led to a faster slowdown in housing than we had forecasted.

To navigate this market movement, we have substantially increased our spreads since May which positioned our acquisition cohorts to meet or exceed our margin expectations. Second, we are prioritizing inventory health and selling down our existing inventory with price reductions that are in line with the speed at which the market is moving. While this will lead to sequentially lower contribution margin in the second half of the year these are disciplined actions that will enable strong financial performance beyond this transition period. We will balance short-term risk management with long-term transformational investments such as Opendoor Exclusive and our Zillow partnership and continue to build experience that addresses the consumer needs, better than anyone else out there. Importantly, we know this is our opportunity to improve our systems, strengthen our position and emerge as the best marketplace to buy and sell a home.

I will now turn the call over to Carrie to discuss our financial performance in more detail.

## Carrie Wheeler {BIO 4137462 <GO>}

Thanks, Eric. Q2 was another outstanding quarter. We delivered $4.2 billion in revenue, double digit contribution margin and $122 million of adjusted net income. Our best proxy for operating free cash flow. We also ended the quarter with a fortress balance sheet with $2.5 billion in cash, another $700 million in equity invested in homes and over $11 billion of financing capacity.

These results completed a record first half of 2022 as we leaned into an exceptionally strong housing market and capture additional earnings in anticipation of greater macro volatility in the second half of the year.

Moving from the second quarter and looking ahead, as Eric mentioned, we've seen the macro environment evolve rapidly over the course of Q2. With the Fed aggressive response to curb inflation resulting in the largest quarter-on-quarter increase in mortgage

Company Name: Opendoor Technologies Inc
Company Ticker: OPEN US Equity
Date: 2022-08-04

rates in 40 years. This led to a market change in housing market momentum and a faster typical seasonal shift as waning affordability sidelined many homebuyers.

We had long anticipated a slowdown in transaction volumes and in HPA from record levels, however the pace with which this occurred was faster than anticipated. While the absolute level of transactions has been slower, it remains in line with 2018 and 2019 and above the 2014, 2017 levels. In other words (Inaudible), with a slower pace than the record high sell through rates seen in Q1 and early Q2.

In terms of HPA there is usually a consistent seasonal month-over-month pattern home price changes throughout the course of the year. HPA sharply accelerates in mid-February, peaks at the end of the first quarter and then gradually moves to ground zero during the third quarter, resulting in low to no HPA. In the second half of the year.

In contrast, the speed with which HPA move from peak levels early in Q2 was faster than our expectation and sharper than typical seasonal home price declines. We saw one month rolling HPA moved from approximately 300 basis points in early May to negative 100 basis points as of mid-July.

We are beginning to observe a flattening out of the month-over-month change in HPA and may continue to see HPA trend in line with normal seasonal patterns for the remainder of the year. Our performance for the second half of the year will reflect this transition in the housing markets to lower transaction velocity, lower HPA and longer holding times be on normal seasonal trends.

As discussed in our shareholder letter, we've taken and are continuing to take swift and decisive actions to one adjust pricing to sell homes expeditiously and to adjust new acquisition home pricing to reflect market conditions and enable those cohorts to perform in line with our target expectations. Our focus on inventory health and risk management inform three key pricing decisions we made in the quarter.

First, we substantially increased spreads embedding our acquisition offers beginning in May however, given how quickly your spreads increased and the time lag. We have between making offer and when an acquisition closes. We saw a gap between spreads it offer versus close time for specific cohorts of homes during the quarter.

We made the decision to close on those phones and not to reprice or cancel contracts. We believe that this is a critical brand investment that will pay dividends for years to come. Second, we have adjusted down listed prices on our inventory to stay in line with the market to drive sell through.

While these price reductions will impact our contribution margin in the second half beyond the impact of seasonality. Our decision to prioritize earnings in the first half, gives us flexibility to take such actions. Finally, we are continuing to operate with sustained hires for levels for the new acquisitions we're making.

Company Name: Opendoor Technologies Inc
Company Ticker: OPEN US Equity
Date: 2022-08-04

FINAL

Bloomberg Transcript

The combination of these higher spreads and lower marketing spend will reduce our acquisition pace. This in turn will shift our resale mix in the coming quarter to longer-dated homes that are usually at lower margin. Our plan is using the higher acquisition pace as the housing market stabilizes.

Our Q3 guidance contemplates the impact of these actions, as well as a broader range of outcomes that could arise given uncertain market conditions. Therefore guidance has a wider range than what we've provided in past quarters. Our revenue outlook is for $2.2 billion to $2.6 billion, which reflects expectations for fewer homes sold in the quarter given the slower resale pace as well as the impact of a lower acquisition pace that subsequently impacts resell volumes.

EBITDA guidance for negative $175 million to negative $125 million, we thought this revenue range, the impact of our decision not to cancel offers in Q2, price reductions, we're taking on inventory to clear and anticipated resale mix.

We are managing, adjusted operating expenses down versus Q2 at approximately $190 million for Q3. Expense reductions will be driven primarily by ramping down third-party capacity built into our operations and focusing marketing spend on our most efficient channel.

Finally, our guide implies a contribution margin of approximately 1.7% at the midpoint of our range. In summary, we recognize that market conditions will continue to be fluid in the second half of the year. We will continue to be nimble and responsive leveraging our dynamic pricing, operational expertise and low cost structure.

We have a very strong balance sheet by design, with cash and marketable securities totaling $2.5 billion and a $11 billion of financing capacity. Clearly, we have the resources and are well positioned to successfully navigate this transition in the housing markets and we remain steadfast in our pursuit of our long-term mission and goal of building a profitable generational company.

I will now open up the call for questions. Thank you.

## Questions And Answers

### Operator

(Operator Instructions). Your first question comes from Jason Helfstein with Oppenheimer. Your line is open. Please go ahead.

### Q - Jason Helfstein {BIO 2527987 <GO>}

Thanks. So I guess, I got thoughts. So, one, it seems that this is out a hard business to forecast on a quarterly basis just given the near-term volatility, but as you play this out over a bigger number it is more predictable. So I guess one, would you think about potentially maybe shifting to annual guidance? And then two, obviously there is a fixed

Company Name: Opendoor Technologies Inc
Company Ticker: OPEN US Equity
Date: 2022-08-04

cost base you need to cover and when you don't -- when you slowed down as regarding during the second quarter, you don't cover that, that being said this partnership with Zillow is obviously pretty significant what it could save you on marketing. So maybe if you can opine as to how fast that can get up and running and maybe like a magnitude of what you think that mean for savings on the sales and marketing side? Thank you.

## A - Carrie Wheeler  {BIO 4137462 <GO>}

Hey Jason its Carrie. I'll take the first part of that, I mean I think it's hard to forecast is a 40 year move in mortgage rates over a single quarter. It's ultimately what we've been navigating here and that is really been the challenge as opposed to inability to forecast quarter-to-quarter. I mean what we're navigating with a very different macro forecast and what we have been embedding in our expectations. We have been building spreads and increases in those for a long time, as you know, in anticipation of a housing slowdown that would be in line with other past slowdowns. But what we saw with this very large and very fast-moving rates in a single quarter, again this one in a 40 year type scenario. And so we've been navigating a much deeper slow. Outside of that, I think our systems are doing exactly what they're designed to do, which is responding very, very quickly, adjusting prices to market within recent spreads and new acquisitions.

## A - Andrew Low  {BIO 20057132 <GO>}

And then Jason, it's Andrew. With respect to the Zillow partnership, we're excited about what's ahead there. We do think it has the potential to help us serve meaningfully more customers over the mid term. The teams -- given that we just announced the deal today are hard at work putting that together and we expect it to be live in the coming months. For us, it's a major milestone on our journey to have every home owner in the country start that move with an Opendoor Offer. We're combining spillovers category-leading audience over 200 million monthly unique with our leading platform and solution and we're excited about the potential with that offers.

## Q - Jason Helfstein  {BIO 2527987 <GO>}

Thank you.

## Operator

Thank you. And our next question comes from the line of Robert Zellner with Truist. Your line is open. Please go ahead.

## Q - Robert Zeller  {BIO 21163184 <GO>}

Hi, thanks for taking the question. This is Robert Zeller on for Naved Khan from Truist. So if we're just comparing the environment and volatility today versus 3Q of 2021. I think when you guys first started widening your spreads, I think you mentioned in the letter you're starting to see flattening out of the month-over-month changes in HPA. So would you say the highest volatility period is likely now behind us and you think it might be easier to forecast rate changes HPA inventory levels. Heading into the back half of the year or into 2023? And then sticking with mortgage rates are, I mean, we've seen them starting to come down recently. So do you think that could provide a catalyst or tailwind to that

Company Name: Opendoor Technologies Inc
Company Ticker: OPEN US Equity
Date: 2022-08-04

homebuyer demand starting to come back in the back half of the year or early 2023?
Thanks.

## A - Carrie Wheeler  {BIO 4137462 <GO>}

Hey Robert, I'll take that as well. I mean, with respect to the spread increases, again, as you mentioned we have been increasing spreads going all the way back to last fall. But we moved them up to what -- there's been record levels really starting in May. On the heels of all the changes we saw and mortgage rates moving up quickly, we moved them up materially, and we continue to operate today if sustained higher levels of spreads, in part because of the housing market continues to be quite fluid and we want to make sure that we are building substantial conservatism and we're appropriately managing the risk over the back half of the year.

The second part of your question about the mortgage rates would be coming down, again I unload the forecast that I think we want to do right now, how it's focused on clearance, risk management and build into fresher inventory. And as we acquire new homes, we're doing that with substantially higher spreads and feel very good about our ability to create new cohorts that will be performed in line with our expectations. And I would say the spreads we're operating with now. We embed, frankly, a more negative macro outlook then what we're seeing in this very moment. But again, that's a risk management decision.

## Q - Robert Zeller  {BIO 21163184 <GO>}

Thank you.

## Operator

And our next question comes from the line of Dae Lee with JP Morgan. Your line is open. Please go ahead.

## Q - Dae K Lee  {BIO 18649159 <GO>}

Great, thanks for taking my questions, are two. So the first one, kind of following up on the prior question of demand. So this pullback in demand, are you seeing this across all of your markets? And do you think this is a temporary pullback? And if it is like what do you think you've got the demand flowing again? And then secondly, could you talk a little bit more about Opendoor Exclusives, what's your long-term vision for this product and how large, do you think this could be as a (inaudible) lay still?

## A - Andrew Low  {BIO 20057132 <GO>}

Yeah. This is Andrew, I can take the first part of that and then Eric can speak to Exclusives. In terms of what we're seeing across markets, we are absolutely seeing different performance and trajectory across our market footprint. On the east coast, our markets are tending to perform well, particularly in the Southeast and Florida. Our central markets are a bit more mixed and our Western markets, notably Phoenix, Vegas, Sacramento, Tucson are a bit more challenge. Broadly, I think it highlights the importance of having a 50 plus market footprint in the geographic diversification that, that offers.

FINAL

Bloomberg Transcript

Company Name: Opendoor Technologies Inc
Company Ticker: OPEN US Equity
Date: 2022-08-04

Eric, do you want to talk to Exclusives.

### A - Eric Wu  {BIO 20802320 <GO>}

Yeah. With regards to the long-term vision around Exclusives, what I can say is that we know how it broke in the processes to buy home and it feels more like craigslist in Amazon. And we're going to change that we're going to get a simple seamless experience and we really believe this is a win for customers and a win for Opendoor. A few features that we launched our one there a buying out price and this really removes multiple counterparties and the need for negotiations and you probably about a home, it's a lot of back and forth, a lot of uncertainty. We provided appraisal price match guarantee which removes the issue around price and gives our customers peace of mind that pay a fair price. And then lastly, we built an e-commerce like experience and it's really magical. Opendoor, we actually found that by providing these homes exclusively on Opendoor it drives us audience. So said another way, we're using our unique supply to aggregate direct buyer demand and this can have significant positive impact on unit economics obviously because with a direct demand funnel, we can lower the transaction cost to disclose times and increased services attached.

So we think the impact can be substantial over time. I would say that, to the point it wasn't how big in this gap I do view this as an important start of a fundamental shift in how direct buyers work with Opendoor and it does unlock a tremendous amount of opportunity in the medium term for us.

### Q - Dae K Lee  {BIO 18649159 <GO>}

Eric, thanks for the color there.

### Operator

Thank you. And our next question comes from the line of Nick Jones with JMP Securities. Your line is open. Please go ahead.

### Q - Nick Jones  {BIO 20569261 <GO>}

Hi, thanks for taking the questions. I guess just revisiting the Zillow partnership. It sounds like that's going to attract a significant amount of volume. I mean how do you think about managing the amount of, I mean, I guess people request includes versus what you can fill? And then I guess the second question of that with kind of Zillow's upper funnel, does that change the pace at which will enter new markets from here? Thanks.

### A - Andrew Low  {BIO 20057132 <GO>}

Sure. So we are excited about the potential volume. I think one of the things that is unique about the Opendoor platform and that we built is the flexibility we've embedded. We've obviously been able to scale up significantly over the last 24 months and equally as well as we're looking at the third quarter and lower volumes, we're able to take some of that flexible capacity out of the system. And so our ability to support a meaningful partner like Zillow is absolutely there and it's one of the things that differentiates our platform. In terms of the pace of market launch we're in 50 markets -- 50 plus markets across the country, covering 30% of all transactions. So we feel very good about that footprint, we

FINAL

Bloomberg Transcript

Company Name: Opendoor Technologies Inc
Company Ticker: OPEN US Equity
Date: 2022-08-04

are still opening markets, but our focus, given the dynamic market environment right now is really on managing the existing footprint that we have.

## Q - Nick Jones  {BIO 20569261 <GO>}

All right, thank you.

## Operator

Thank you. And our next question comes from the line of Justin Ages with Berenberg. Your line is open. Please go ahead.

## Q - Justin Ages  {BIO 19417983 <GO>}

Hi, thanks for taking the question. Just looking ahead and given the volatility, I understand that it might be difficult to answer, but as the kind of market transitioned to more of a buyer's market, is there an opportunity for you guys to see this through and increase the inventory because you have the ability to buy what are good houses, just not at the right time to sell them.

## A - Eric Wu  {BIO 20802320 <GO>}

Yeah, Justin. Hey, it's Eric. I mean the short of answer is yes. We fundamentally believe that we're providing a tremendous amount of value for sellers and we've built that experience system over the course of eight years and we're best in class of that and we're also becoming very good at servicing buyers and understanding how to resale homes efficiently improving that experience for agents and buyers and launching exclusive on top of that. And so if you take a step back, it's the marketplace for managing, where we want to make sure that we have sellers coming to the platform and delighting them. And we have buyers coming to the platform and delighting them and Andrew touched around Opendoor homes and so to your question, do we view this as opportunity to grow inventory. The answer is yes, we're managing that growth with proper spreads to ensure that we hit our contribution margin targets. While also managing risk. So those are the dynamics at play and we're continue to invest our platform so that we can grow.

## Q - Justin Ages  {BIO 19417983 <GO>}

Great, thanks for that. And then one follow-up if I could? Can you give us any insight into the early returns in the Northeast markets, you know, there has been a few questions bouncing around this, how translatable the model is to markets where the homes and maybe aren't as similar?

## A - Eric Wu  {BIO 20802320 <GO>}

We're still in early days in the Northeast markets, all of those markets (Inaudible) relatively recently over the course of the first half of this year. And so it's early days and our playbook for market launch is very focused early on making sure we feel really good about the quality of our underwriting and as we're proactively managing against the the dynamic macro that we've been talking about. We're looking at each and every market,

Company Name: Opendoor Technologies Inc
Company Ticker: OPEN US Equity
Date: 2022-08-04

but as you'd expect in our more complex markets were slowing our pace as we, as we manage that book of inventory.

### Q - Justin Ages {BIO 19417983 <GO>}

All right, that's helpful, thank you for taking the questions.

### Operator

And our next question comes from the line of Ryan Tomasello with KBW. Your line is open. Please go ahead.

### Q - Ryan Tomasello {BIO 19117159 <GO>}

Hi, everyone. Thanks for taking the questions. Can you provide some color around the impairment, how many homes that related to that was concentrated in specific markets? And then a follow-up question on your spreads, can you say what you're service fee stands on average today, if you feel like in a stronger expected conversion that you mentioned could actually compel you to take those service fees, higher as you look to take your foot off the gas (Inaudible) in terms of the acquisition piece?

### A - Carrie Wheeler {BIO 4137462 <GO>}

Sure, I'll take that. (Inaudible) you're right. So on the impairment, we don't break out by geography or by month of cohort. But I would say it's meant to reflect as of June 30, our expectations for HPA and resale policies at the time. Certainly, something we continue to respond to what is a rapidly changing macro environment, and we have and will continue to adjust our pricing to reflect that.

With respect to your second question around conversion and fee I think one of things you were talking about for a while has become frankly more significant as of late, is that notwithstanding higher spreads. We have seen conversion outperformed our expectation on a spread adjusted basis. So just to impact your comment, we have a service fee, the static in all our markets, it's 5%. We manage spread via value we provide to the customer and that is what, how we have increased measurably, particularly in May. On the heels of the mortgage rate move. So notwithstanding the fact that spreads have increased. I'd say we still see conversion performing quite nicely on a spread adjusted basis. And importantly, as we see the housing market start to stabilize our expectation is that we can start to adjust spreads over time, and we have to (inaudible) for us we'll be able to grow back into acquisition volumes.

### Q - Ryan Tomasello {BIO 19117159 <GO>}

Thanks. And if I can just squeeze one more in on the expense levers you're pulling in relation to that, I think the $190 million you're guiding to for 3Q. How much more room is there for efficiency, to the extent the market does continue to deteriorate and if we should expect an additional sequential moderation into the fourth quarter in expenses? Thanks.

### A - Eric Wu {BIO 20802320 <GO>}

Company Name: Opendoor Technologies Inc
Company Ticker: OPEN US Equity
Date: 2022-08-04

We're more aggressively managing down our costs. The $190 million that you referenced is called a high single-digit quarter over quarter decrease and we expect to exit the quarter on a run rate at an even lower than level than that, there's really three main levers we're pulling to do that. The first is we're flexing down our third-party capacity pretty aggressively as we scaled up. We're very deliberate about leveraging third party labor versus hiring. So for example, in the first half nearly 40% of our own operations past were carried out by third-party labor where we're in process of dialing that capacity back. Second, we're focusing our marketing spend on our most efficient highest return channels given the high spread environments. And then finally, the team has really scrubbing every aspect of our spending and we expect that to continue to come down over the course of the year.

## Q - Ryan Tomasello  {BIO 19117159 <GO>}

Great, thanks for taking the questions.

## Operator

Thank you. And our next question comes from the line of Jason Weaver with Compass Point. Your line is open. Please go ahead.

## Q - Jason Weaver  {BIO 15323682 <GO>}

Hi, good evening. Thanks for taking the question, as it pertains to just broad consumer adoption trends. I wonder what you are seeing regarding offer requests rate as a percentage of your average site visitors? Is that why you have been giving the uncertain environment?

## A - Eric Wu  {BIO 20802320 <GO>}

In Q2. I think we talked about seeing record offers, which was obviously good to see. We've made meaningful investments in our brand. And what we know is that as we grow awareness of our solution, we grow the business ultimately over time and so certainly we're seeing those investments move the needle.

## Q - Jason Weaver  {BIO 15323682 <GO>}

Okay. If I could follow up with just one more. Bridging off one of the prior questions, the $82 million mark. I'm curious about that against the language that you stated that you may look to reduce prices to be able to clear out some of the inventory going forward. So should we expect to see valuation marks similar like magnitude in third and fourth quarter?

## A - Carrie Wheeler  {BIO 4137462 <GO>}

Yeah, I can't sit here today and give you a forecast for 9:30 in terms of impairment. But we will go for that same methodology again. My comment was just we don't -- we impair homes we revalue them based on what we know at the time, based on afford expectation of where home prices are going and the retail policies we have in place. But given how dynamic the market is right now, we're going to continue to adjust pricing in resale policy as we work to drive clearance across each our portfolio and that will be the

FINAL

Bloomberg Transcript

Company Name: Opendoor Technologies Inc
Company Ticker: OPEN US Equity
Date: 2022-08-04

basis for where we mark homes as of 9:30. So I can't sit here today and, give you a number or direction.

## Q - Jason Weaver  {BIO 15323682 <GO>}

Fair enough. Thank, thanks you. That works.

## Operator

Thank you. And I'm showing no further questions. And I would like to turn the conference back over to Eric Wu for any further remarks.

## A - Eric Wu  {BIO 20802320 <GO>}

Thank you. To close this out, I want to say that we're focused on a long-term and do want to remind us of a few things. We put the past eight years improving and making efficient how we buy homes. And this has made us best in class of that. (technical difficulty) We spent the past eight years improving and making efficient how we buy homes. And this has made us best in class of that. We have shifted a tremendous amount of resources and focus and now becoming the best seller in the world of homes. We are the only company vertically integrated as a principle with incentive alignment to improve and optimize that system. This means we will become the best buyer, and the best seller of homes and this capability will underpin our platform. Thank you for attending.

## Operator

This concludes today's conference call. Thank you for participating. You may now disconnect. Everyone have a great day.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2023, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

FINAL

Bloomberg Transcript