# Exhibit 24

Company Name: Opendoor Technologies Inc
Company Ticker: OPEN US Equity
Date: 2021-11-10

# Q3 2021 Earnings Call

## Company Participants

- Andrew Low Ah Kee, President
- Carrie Wheeler, Chief Financial Officer
- Elise Wang, Vice President and Head-Investor Relations
- Eric Wu, Co-Founder and Chief Executive Officer
- Unidentified Speaker

## Other Participants

- Adam Hotchkiss
- Analyst
- Jason Helfstein
- Nicholas Jones
- Ryan McKeveny
- Stephen Ju
- Ygal Arounian

## Presentation

## Operator

Good day and thank you for standing by, and welcome to the Opendoor Third Quarter 2021 Earnings Conference Call. At this time, all participants are in a listen-only mode. After the speakers' presentation, there will be a question-and-answer session. (Operator Instructions) Please be advised that today's conference is being recorded. (Operator Instructions)

I would now like to hand the conference over to your host today, Elise Wang. Please go ahead.

## Elise Wang {BIO 19970795 <GO>}

Thank you and good afternoon. Full details of our results and additional management commentary are available in our earnings release and shareholder letter, which can be found on the Investor Relations section of our website at investor.opendoor.com. Please note that this call will be simultaneously webcast on the Investor Relations section of the company's corporate website.

Before we start, I would like to remind you that the following discussion contains forward-looking statements within the meaning of the Federal Securities Laws, including but not

FINAL

Bloomberg Transcript

Company Name: Opendoor Technologies Inc
Company Ticker: OPEN US Equity
Date: 2021-11-10

limited to statements regarding Opendoor's future financial results and management's expectations and plans for the business. These statements are neither promises, nor guarantees and involve risks and uncertainties that may cause actual results to differ materially from those discussed here. Additional information that could cause actual results to differ from forward-looking statements, can be found in the Risk Factors section of Opendoor's Annual Report on Form 10-K for the year ended, December 31st, 2020, and Opendoor's other periodic SEC filings, including the Quarterly Report on Form 10-Q for the period ended September 30th, 2021, to be filed with the SEC.

Any forward-looking statements made in this conference call including responses to your questions, are based on current expectations as of today, and Opendoor assumes no obligation to update or revise them. Whether as a result of new developments or otherwise, except as required, by law. The following discussion may contain non-GAAP financial measures. For a reconciliation of each of these non-GAAP financial measures to the most directly comparable GAAP metric. Please see our website at investor.opendoor.com.

I will now turn the call over to Eric Wu, Co-Founder and Chief Executive Officer.

## Eric Wu {BIO 20802320 <GO>}

Good afternoon, and thank you for joining us today. I'm excited to share our third quarter results alongside Carrie Wheeler, our Chief Financial Officer and Andrew Low Ah Kee, our President. Aligning with our first core value, which is to start and end with the customer, I want to ground us at our work with a recent customer story. You will hear from Tyler Botma, who sold his home and bought a home completely with Opendoor while fulfilling a childhood dream.

## Unidentified Speaker

Hi. I'm Tyler Botma. I live in Litchfield Park; Arizona and I bought and sold my house through Opendoor. The big reason why we wanted to move was; one, we wanted to find the dream home and probably most importantly, was getting to a location that had really high marks for education for some. When we first started the process, a lot of the apprehension we had was trying to locate a very ideal or specific home that we wanted, also selling the home we've sold conventionally and bought I mentioned prior, and going through that process, and then going through Opendoor's process, I don't -- I really couldn't put a value to how much easier that process was. What they made possible for us was essentially, getting us a life that we didn't think was possible being able to sell a home that we weren't quite sure we would get what we want or even if the sale would go through and to be able to buy a home move into our dream neighborhood and dream house. The Opendoor experience, I'd say, probably just one word, is easy.

## Eric Wu {BIO 20802320 <GO>}

We often cite externally that two thirds of sellers are also buyers. But we rarely detail the complexity and timing of managing two transactions while balancing the realities of life. And these realities include the forming of a new family, the pressures of work, the

Company Name: Opendoor Technologies Inc
Company Ticker: OPEN US Equity
Date: 2021-11-10

hardship of a pandemic, the death of a family member or the drive for a better school district. This is why our work matters.

Our vision, which has remained the same since starting Opendoor, is to make it possible to buy, sell and move at the tap of a button. We know the end state for the real estate marketplace will be a simple, certain and fast transaction powered by technology, it's not a matter of if, but when. So, we've been heads down building this future experience piece-by-piece with the consumer in mind at every step. Our third quarter results are a byproduct of this focus, exceeding our expectations on the top line and bottom line. We generated $2.3 billion of revenue acquired over 15,000 homes, delivered over 170 million of contribution profit and generated 35 million of adjusted EBITDA.

While we were clear on our vision and strategy, the foundation of our performance has been, and will continue to be our team and execution. In terms of our team, we've added substantial talent this past quarter. In addition to expanding our pull of executives across pricing, engineering, product, operations and people teams, we've made three acquisitions. We acquired Pro.com, and Skylight, two seasons, really special teams that are spent years combining logistics and technology to build digital consumer experiences to upgrade a home. This will in turn strengthen our ability to continue to scale our home operations. We also acquired RedDoor.com, a digital home financing product, which makes it possible to get pre-qualified for a mortgage and less than 50 seconds with an elegant mobile experience. We are excited to welcome our new teammates to Opendoor as we build out the next evolution of our products.

In terms of our execution, we are continuing on our journey of driving existing market growth, expanding nationwide and building an end-to-end digital experience. With an existing market growth in Q3, we saw material gains in the adoption of Opendoor growing acquisitions by 79% and resales by 72% quarter-on-quarter. This was driven by rising consumer awareness and expanded buybox coverage, which again, resulted in record offer growth and record real seller conversion. As a tangible example of the impact of our pricing and cost advantages, nearly half of our acquisitions are coming from our expanded buybox.

With an expanding nationwide, we launched five new markets in Q3, bringing our total footprint to 44 markets, more than doubling our market count year-to-date and ahead of our 2021 forecast. With our growing footprint, we are already seeing the benefits of increasing scale in driving awareness and operational efficiency, which further reduces the cost and effort to launch more markets.

Upcoming, we were laying the groundwork for a continued expansion next year and well on our way to our long-term goal of servicing customers in every market nationwide. Most importantly, we continued our investments in building the digital one-stop-shop for movers. There's a generational shift happening from offline to online and we intend to capture this opportunity. Last week, we launched Opendoor Complete, which brings together, all the disparate steps to buy and sell a home into a single streamlined experience. The Opendoor Complete provides homeowners certainty and instant access to the equity in their home, the power and guarantee of our cash to strengthen and

Company Name: Opendoor Technologies Inc
Company Ticker: OPEN US Equity
Date: 2021-11-10

buyers offer, and the ability to line up closing dates to avoid double moves and double mortgages.

This is the integrated experience buyers and sellers are demanding. Last, we are not standing still. We are pushing forward with the same speed, focus and grit that has defined us over the past seven years.

I'll now turn it over to Carrie, to discuss our financial performance.

## Carrie Wheeler {BIO 4137462 <GO>}

Thanks, Eric. As Eric said, Q3 was another strong quarter for Opendoor. We purchased 15,181 homes, up 79% versus Q2. This growth was driven by our superior value proposition and robust operational capabilities, which led to record levels of offers and record real seller conversion. Buybox expansion provided a strong tailwind with more than 45% of the homes acquired in Q3 coming from our extended buybox since the end of 2019. In addition, our brand building efforts and lifecycle marketing delivered stronger than anticipated growth.

On the resale front, we sold 5,988 homes, up 72% versus Q2 and generated revenue of nearly $2.3 billion, up 91% quarter-over-quarter. We exceeded the high-end of our guidance, primarily due to the unit volumes, driven by strong home acquisition growth and the overall strength of demand for homes, which led to a faster sell-through rate than we had anticipated. Home price appreciation and price related buybox gains were also tailwind the revenue, driving a sequential increase in revenue per home sold of 11%.

Our adjusted gross profit margin was 10.3% and our contribution margin was 7.5% in Q3. These compared to 13.5% and 10.8% respectively in Q2. This sequential moderation is in line with our expectation and our prior guidance. As a reminder, we believe we can sustainably deliver mid-single digit contribution margins of approximately 46% on an annual basis, given our cost structure and the strength of our pricing and operational capabilities. In Q1 and Q2, our margins outperformed these levels for two primary reasons; one, as we exited 2020 with very low inventory levels, our resale mix was heavily over-indexed to recently acquired homes. And two, we are deliberately a bit conservative on how much HPA we embedded into our pricing in the early part of the year, particularly as HPA accelerated throughout Q1. We saw both of these temporary factors begin to unwind Q3, in line with our internal expectations and the guidance we provided last quarter. We expect to be back to operating within our 4% to 6% target margin range in Q4.

Over the long term, we believe this moves to 7% to 9% as we continue to grow our services revenue and margin streams. One additional note on unit margins given the news of the last few weeks. We understand the importance of one, forecasting and two, managing seasonal and macro market changes. We have prioritized our investments and our pricing capabilities across acquisition valuation, forecasting and resell systems since our inception. These investments pair with a strong risk management DNA that's embedded in our pricing or operations, and our finance teams.

Company Name: Opendoor Technologies Inc
Company Ticker: OPEN US Equity
Date: 2021-11-10

Our philosophy for growth has always been and will continue to be anchored in disciplined unit economics. I'd note that Q4 of 2021 will mark our 20th consecutive quarter of positive contribution margins. Adjusted EBITDA in the quarter was $35 million, compared to $26 million in Q2. Adjusted EBITDA was well ahead of our expectations due to revenue outperformance and strong unit economics, both of which provide incremental leverage against our operating expense base.

Adjusted operating expenses defined as a delta between adjusted EBITDA and contribution profit were $135 million, up $33 million quarter-over-quarter. We expect Q4 OpEx to increase sequentially by approximately $20 million from Q3 levels as we continue to invest in our platform and growth. We ended the quarter with adjusted net income of negative $17 million, compared to positive $2 million in Q2. We view adjusted net income as the best proxy for free cash flow, as it distinguishes true free cash flow on an operating basis from how we fund our inventory purchases.

Turning to the balance sheet. We ended Q3 with $1.8 billion in cash and cash equivalents, and marketable securities, as well as $484 million in restricted cash that represents working capital related to our inventory financing. As of today, we've more than doubled our maximum borrowing capacity from last quarter, up now to $9 billion across our non-recourse asset-backed facilities. We are well capitalized to fuel the tremendous growth we're seeing across our business.

Turning now to our guidance. We are reiterating the expectations we laid out last quarter, which puts us at a run rate that pulls for our original three-year financial plan by two years. Overall, housing fundamentals remain strong with inventory levels at multi-decade lows for this time of year alongside continued heightened demand for single family housing. HPA has softened relative to all-time highs, largely due to seasonality that remains positive and well above the typical levels expected for this time of year. But most importantly, the dominating driver for our business is that customers' value, the simplicity and certainty of our products and product adoption continues to accelerate. This is evident in our acquisition volume growth of almost 80% quarter-on-quarter, which puts us on an annualized GMV run rate north of $20 billion.

We expect Q4 acquisition volumes to be lower than third quarter due to proactive volume management initiated in the middle Q3, as well as a typical seasonal slowdown associated with Q4. As our growth significantly exceeded our expectations, we made the decision to meet our acquisition growth and ensure we continue to deliver a seamless customer experience. We have been and continue to invest aggressively in our internal operations, vendor network and tooling and automation to lay the foundation for another strong year of growth in 2022. We're continuing to meet our overall customer, operating and financial objectives. We expect fourth quarter revenue to be between $3.1 billion and $3.2 billion, which represents 39% sequential growth over Q3 at the midpoint of the expected range and we expect adjusted EBITDA in the range of negative $5 million to positive $5 million, which represents breakeven at the midpoint.

This outlook is consistent with the expectations we outlined last quarter. We are proud of Q3, kudos to our team for these results for their agility and navigating market conditions,

Company Name: Opendoor Technologies Inc
Company Ticker: OPEN US Equity
Date: 2021-11-10

and a period of hyper growth, and for their unwavering focus on delivering a simple, certain and trusted experience to our customers.

And with that, we'll now open up the call for questions. Thank you.

## Questions And Answers

### Operator

(Question And Answer)

(Operator Instructions) And our first question comes from Nick Jones from Citi. Your line is now open.

### Q - Nicholas Jones {BIO 20569261 <GO>}

Great. Thanks for taking the questions. I guess, maybe two. One, can you touch on housing pricing volatility and how you feel your model is kind of positioned to withstand that, and kind of detected given some of the turnover. And then if let's say, prices you could press a little bit, how much contribution margin compression can we expect and how much can the kind of model withstand given some of the other kind of headlines and outline over the last two weeks? Thanks.

### A - Eric Wu {BIO 20802320 <GO>}

Great, Nick. Let me -- before I pass to Carrie, I'll talk about the price -- housing price volatility question and the compression of contribution margin question. I just want to re-emphasize that we're in a generational shift in housing from offline to online and we understand empirically that consumers love our product, and we have very strong stable unit economics. So, let me pass to Carrie to talk about the two questions you have.

### A - Carrie Wheeler {BIO 4137462 <GO>}

Thanks, Eric. Hey, Nick. Embedding your question is how do we price for homes and how do we think about forecasting. A couple of comments; one, we're very good at this. This is core to what we do. We have built over the last seven years, very robust pricing systems. We have seven years of investment in the data, in the modeling and in our team that allows us continuously improve how we model and approach home price valuations. We operate our business with a tight discipline.

As Eric said, we are rigorously backtesting our models every day. They're highly responsive. They have fast feedback loops and we can react to changing market conditions. Our forecasting accuracy was what allows us to manage the business within a reasonable range of outcomes and deliver margins within that 4% to 6% contribution margin range that we've guided to. Ultimately, the proof of our ability to do that is in our results. I just want to mention again, Q4 will mark our 20th consecutive quarter of positive CM.

Company Name: Opendoor Technologies Inc
Company Ticker: OPEN US Equity
Date: 2021-11-10

FINAL

Bloomberg Transcript

So that's housing and -- so the housing and forecasting question in total. And the part two of your question was around contribution margins, and how they may fluctuate with changes in HPA. Important is that our model really works in upmarkets, it's going to work in flat markets, it's going to work in downmarkets. We've talked about this before. But we are a market maker. Like define that, that means we provided putting in the customers, we're pricing a certainty and we're taking a spread. We're getting paid for that. And we're managing that our business to that 46% range I just indicated if HPA were to go down, we would look to fluctuate increase our spreads to manage to that target margin range. So, I would not marry HPA trend and contribution margin trends together. We're driving for consistency within that range of outcomes.

## Q - Nicholas Jones {BIO 20569261 <GO>}

Great. I guess, I could follow up just around pricing models. I think there's a lot of available data to a lot of people to try to kind of real estate agents do this. This has a lot of ton of, I guess, data. Is there an angle to kind of how the data is structured and deployed that we need to think more about in terms of kind of a competitive mode? Thanks.

## A - Eric Wu {BIO 20802320 <GO>}

It's a good question, Nick. And it's something that we treat is proprietary and a large competitive mode that compounds as we get to scale overtime. And so I would just say that since we started Opendoor, this has been core and foundational to the business. And we've invested time and energy in the team the data pipelines. How we think about feedback loops across multiple vectors of pricing to be in the business position, we are in today. And so I'm not going to speak to the specifics, but it is a very big investment area for the company.

## Q - Nicholas Jones {BIO 20569261 <GO>}

Great. Thanks for taking the questions.

## A - Eric Wu {BIO 20802320 <GO>}

Thank you.

## Operator

And thank you. And our next question comes from Jason Helfstein from Oppenheimer. Your line is now open.

## Q - Jason Helfstein {BIO 2527987 <GO>}

Thanks. I'm going to ask to -- how much of the 11% quarter-on-quarter increase in revenue per home was a byproduct of the buybox expansion versus home price appreciation?

And then second with Zillow exiting, how do you think this impacts marketing efficiency -- your marketing efficiency or no impact or just general thoughts there?

## A - Carrie Wheeler {BIO 4137462 <GO>}

Company Name: Opendoor Technologies Inc
Company Ticker: OPEN US Equity
Date: 2021-11-10

Hey, Jason. Yes. The 11% increase in revenue per home really, a mix of -- I'd say price related buybox expansion in some just market appreciation. We don't break those two things out specifically, but I would say that it's a good mix of both, more related to the buybox side.

## A - Eric Wu  {BIO 20802320 <GO>}

Yes. To the second part of the question, I would just say that the value proposition is resonating and it's resonated before Zillow within the category, and it will continue to resonate as we expand nationwide and drive deepening market share within our existing cities. In fact, we see the opposite happening as we get to scale within cities, our marketing becomes quite efficient.

## Q - Jason Helfstein  {BIO 2527987 <GO>}

Thank you.

## Operator

And thank you. And our next question comes from you Ygal Arounian from Wedbush Securities. Your line is now open.

## Q - Ygal Arounian  {BIO 22214205 <GO>}

Hey. Good afternoon, guys. So, one of the things that came up over the past couple of weeks with what's happened in iBuyer space has been on the pricing side. The other thing that's come up is on the operational side. You touched on it in your comments and in investor letter. Can you maybe, expand on Scout a little bit how it drives benefits and helps you scale more efficiently. You mentioned I think when you guys first were going public 10,000 contractors on the app. Can you update that number? And then maybe, talk a little bit about how the acquisitions can integrate with Scout and kind of help you improve your scalability on the operational side.

## A - Andrew Low Ah Kee

Hey, Ygal. It's Andrew here. Happy to speak to that. We did see acquisition demand significantly, outpace our own expectation beginning early in Q3 and we took steps to proactively manage the overall system balance. It's really a good reflection of the integrated system we run here at Opendoor. You mentioned Scout and our ability to absorb that 80% quarter-over-quarter increase in our acquisition volume really highlights seven years of investment, not just in Scout, but in our technology and operations platform more broadly. Capabilities like centralization, the ability to take calls from across our 44-market footprint in one location or virtualization, the ability to do things for customers or employees or vendors to do things by video instead of in-person or self-serve, which lets our customers do things and take actions on their own timeline when it's most convenient for them without ever involving a person. Those are capabilities that don't happen overnight. It's those investments actually that let us flex up so rapidly and so quickly even while maintaining the customer experience to an incredibly high standard.

## Q - Ygal Arounian  {BIO 22214205 <GO>}

Company Name: Opendoor Technologies Inc
Company Ticker: OPEN US Equity
Date: 2021-11-10

That's really helpful. And then I guess, that's happening a little bit lost in the shuffle is something that usually gets a little bit more attention is just on the ancillary services and any update on that in general Opendoor Backed Offers. And then how Opendoor Complete can -- how you expect Opendoor Complete to kind of tile that together and potentially drive better attached in coming quarters? Thank you.

## A - Eric Wu {BIO 20802320 <GO>}

Sure. Thanks. Last quarter, we shared that we hit that $1 billion GMV milestone on Opendoor Backed Offers and that really was about product market that are Opendoor Backed Offers were helping customers being more successful in winning their next out. Right now, we're focused on scalability, making sure our taken off platforms for our services are ready to scale.

Further comments on our core business, we know that those upfront investments are critical to delivering great experiences overtime, and we're focused on investing there. We continue to make progress as you called out. We launched Opendoor Complete last week, which helps the nearly two thirds of sellers, who are also buying, have certainty on their sale and the equity in their home, have the power of an Opendoor Backed Offers to win their next home, and the convenience of lining up all the dates, all the power of Opendoor's innovation in one seamless offering. We also announced the acquisition of RedDoor, a fully digital mortgage brokerage, that delivers a truly delightful customer experience. Eric mentioned in the prepared remarks, a buyer can go from app installed to pre-qual in less than 60 seconds. We're focused on getting the integration and licensing done, and look forward to rolling that out in the early part of next year. Overall, we're seeing strong signs that the end-to-end digital experience is what our customers credit. And we're confident that our strategy and execution will deliver for years to come.

## Q - Ygal Arounian {BIO 22214205 <GO>}

Appreciate the answers. Thanks, guys.

## Operator

Thank you. And our next question comes from Stephen Ju from Credit Suisse. Your line is now open.

## Q - Stephen Ju {BIO 6658298 <GO>}

All right. Thank you so much. I'm sorry, if this was covered a little bit earlier. But can you talk about your level of inventory build-up this quarter? Should we be thinking that the traditional holding period of around 90 days to 100 days maybe elongating a bit here. So, you can give yourself a little bit more time to refurbish given the labor constraints, or is there another operational factor that's going into a decision here? And I guess there's probably nuances for each market, but are you finding that the timeline to launch each subsequent city or market is coming down as you get more practiced. And at this point, how much prep work or timeline does it really take to go into each new market? Okay. Thanks.

## A - Carrie Wheeler {BIO 4137462 <GO>}

Company Name: Opendoor Technologies Inc
Company Ticker: OPEN US Equity
Date: 2021-11-10

Hey, Steven. This is Carrie. I'll touch a little bit on inventory and I'll let Andrew speak to the last part of your question. Yes. Inventory grew a lot in the last quarter. That's a function of us growing. It's a good thing and we feel good about what we own right now in the pace of our resale. Our recent pace is going to be slower or faster depending on the market and buyer in, and certainly, time of year is one consideration there and people don't love moving during the holidays. So, Q4 may be slower. Q1, a little bit faster, et cetera. We factor our resale expectations into how we price and how we manage our inventory? And I'd say, the Q4 reflects that resale pace and where we're at right now against what continues to be a very healthy housing market, nothing fundamentally has changed really about a holding period. But I'll ask Andrew to comment on the latter part of your question.

## Q - Stephen Ju {BIO 6658298 <GO>}

Sure. And I think two parts in there. The first around holding periods. Overall, we did, as I mentioned, take steps to proactively manage the overall system period -- system balance, because that holding period is elongated. We're confident that the supply will be balanced with our demand outlook across the vast majority of our 44-market footprint by the end of the year. Now certainly, we see some of the labor constraints that are so prevalent across the country right now, but it's really important to call out that the homes we buy are generally in good condition.

We typically do small jobs like repairs. They're getting a home resale ready, doesn't require specialty labor. So, we feel good about our ability to have that system completely imbalanced by the end of this year. And then I think you also had a question in there around the time to launch additional cities. Look, we've more than doubled our market footprint. We started the year with 21 markets. We're now in 44, that 23 market increase is really a testament to our team's execution and the refinement of the playbook that we've made. You saw it's actually not only launched 23 markets year-to-date, but you saw it's launched six markets in a single day and that's a function of the time and investment in centralizing team. So that we could launch and scale more quickly and the team continues to be hard at work to expand our footprint nationwide. So, we feel good about our playbooks there.

Thank you.

## Operator

And thank you. And our next question comes from Michael Ng from Goldman Sachs. Your line is now open.

## Q - Adam Hotchkiss {BIO 17613893 <GO>}

Hey. Good afternoon. This is Adam Hotchkiss on for Mike. Thanks for taking the questions. I have two. First, you mentioned the record real seller conversion, which I think given the bidding wars in the market and high velocity of homes going through the traditional process seems to be quite impressive. Could you give us a sense for what dynamics you think are driving this in the quarter? And then second, with the 45% of acquisitions you mentioned coming from the expanded buybox since 2019. Could you give us a sense of how much of that is new markets versus the expansion of the buybox and some of your other core markets? I guess, it would just be good to get a sense of how quickly you

Company Name: Opendoor Technologies Inc
Company Ticker: OPEN US Equity
Date: 2021-11-10

ramped the buybox in more heterogeneous markets as you launch them and what gives you the confidence there? Thanks so much.

### A - Eric Wu  {BIO 20802320 <GO>}

Yes. I appreciate the question, Adam. So, we're -- like you mentioned, we're seeing record highs in two vectors, which is offer requests and then real seller conversion. And what I can highlight is that, we have been in a continued focus on three vectors to drive conversion, which is simplicity sort of team speed. The last factor that we started to focus on is really trust and we see that as we get done in these markets. Word of Mouth takes over at an MPS is north of 80% and that helps to drive additional conversion and offer awareness. To the second part of the question, I'll pass it to Carrie to talk about the market, the buybox expansion.

### A - Carrie Wheeler  {BIO 4137462 <GO>}

Yes. I'm happy to. So, the 45% increase in buybox, we've seen can since the 2019 time period in the vast majority of that is driven by what's in our existing markets. It's just expanding the surface area, we can cover within a given market, whether that's home type or price, or age what have you? It's really mostly driven by the existing market side.

### Operator

And thank you. And our next question comes from Edward Yruma from KeyBanc Capital Markets. Your line is now open.

### Q - Analyst

Hi. This is (inaudible) on for Ed. So, I know that penetration of iBuying is still low, but do you believe that sellers were cross-shopping different iBuyers? And then if so, have you seen any localized pricing changes due to the exit of Zillow?

And then a second part to the question, it seems like the buybox has extended to higher value homes, but are you also open to older housing stock or homes required for repair remodel?

### A - Eric Wu  {BIO 20802320 <GO>}

I appreciate the question. So, the first part of the question was, have we observed cross-shopping and iBuying and what is the impact of less competition? I think when we've seen that if we can meet customer expectations and deliver again on a simple stern and fast transaction, that people will say yes to Opendoor. And while there are cases where people are cross-shopping, we're investing heavily in the experience, our operational capabilities to lower the cost and our pricing accuracy to win the trust of our customers. Again, the conversion is north of 35%. So, car shopping hasn't at all impaired our ability to grow and in fact, there's in our perspective too much demand for our product.

And on your question around buybox changes; as Carrie mentioned, that's really expanding our coverage of homes that we can offer on. We want to delight more customers with the experiences we offer. And that could be any number of dimensions

Company Name: Opendoor Technologies Inc
Company Ticker: OPEN US Equity
Date: 2021-11-10

FINAL

that drive that expansion, it could be an older home, it could be the home price, it could be a little bit around home condition, it could be take your pick of a long list of different attributes that drive that expansion. Our team has been really good about finding those opportunities, where we were not making offers to customers and expanding our offering through them, while making sure that we felt really good about the pricing accuracy and our ability to forecast.

## Q - Analyst

Okay. Thank you.

## Operator

And thank you. (Operator Instructions) And our next question comes from Ryan McKeveny from Zelman & Associates. Your line is now open.

## Q - Ryan McKeveny

Hey, Eric and Carrie. Congrats on the results and thanks for taking the question. So obviously, inventory risk management is clearly, top of mind here. And Carrie, you mentioned, risk management in the DNA of the company. So, at the end of the day, obviously, we can see the results in terms of the unit margins, obviously remaining good. The inventory valuation impairment staying very modest relative to the size of the inventory. So, to ask what several of my colleagues on the call have asked. But a bit different way, a part of it clearly relates to the pricing accuracy at the start, but then there's also managing things once to inventory managing that risk resale pace. Can you talk about your philosophy around whether its managing cohorts based on geography or time and inventory? And ultimately, just thinking about that tail risk of the portfolio and kind of how you think about managing that to avoid the situation, where you get caught with some inventory that's maybe, not selling for where you thought it would. Just general thoughts on the risk management side would be helpful.

## A - Carrie Wheeler {BIO 4137462 <GO>}

Sure. I'm happy to give you some more color on that. I mean, as you said and we highlighted in our remarks, it really is a part of our DNA. We spend as much time on the risk management side as we do, thinking about the acquisition side. Obviously, those two things are paired together. We're constantly looking at cohort performance and making sure that they are performing in line with where we expected. We hold our own feet to the fire on that every day. We're not just looking at geographies around, but we're looking at home segment -- home price segments. You name it to understand relative to the expectations we had. How are they performing over time and that feeds into our ability to forecast and manage to that the margin ranges we had. We have a big team, very smart people, who spend all their time in this topic of pricing and investment led by Chief Investment Officer. But the ownership of risk and the risk management systems really extend beyond that, it's core to not just the pricing team, are our teams held accountable for managing homes and risk. Our finance team thinks about certainly capital markets. We meet regularly on a topic of risk management at the very senior levels of the Opendoor Management Team and then down from there. So, it's really quarter what we do and it's just part of our daily operating cadence it has to be.

Bloomberg Transcript

Company Name: Opendoor Technologies Inc
Company Ticker: OPEN US Equity
Date: 2021-11-10

FINAL

## Q - Ryan McKeveny

That's helpful, Carrie. Thank you. Second question, so -- on the labor material side of things for renovation. So obviously, whether it's home builders, whether it's renovators. There are constraints and make sense to call out the Opendoor Scout platform. I guess to take it a step further and think of a big picture as opposed to the near-term, the acquisitions of product come on Skylight. Should we think of those as platforms that can get you guys over the long-term into things like customizations, upgrades, options that a customer could actually come in, kind of digitally and start customizing them some things and become in theory, and added income stream over time. Maybe, just some commentary on Pro.com, Skylight, and how that ties in. Thank you.

## A - Eric Wu  {BIO 20802320 <GO>}

Yes. It's a good question and a good idea. So, we -- I've known the founders of the Pro and Skylight for years. And from my perspective, it's rare to find teams that understand the complexity and have the expertise to combine logistics and technology. And that's why we acquire these companies. These teams are passionate about solving customers problems in housing. Technology capabilities that can pull forward our roadmap, and they're going to be working on helping our scale at Opendoor. Steve, the second part of the question is, do we want to apply these capabilities in the future to help consumers, personalized homes and ad revenue streams. And something that we dream about and something that we will put into motion, once we feel comfortable with our operational scale. And lastly, more importantly that we can deliver on a fantastic consumer experience in that category. I think it's something that we can do in the future.

## Q - Ryan McKeveny

Thanks, Eric.

## Operator

Thank you. And I'm showing no further questions. I would now like to turn the call back over to Eric Wu for closing remarks.

## A - Eric Wu  {BIO 20802320 <GO>}

I just want to spend a second to thank our teammates here at Opendoor that put in the hard work when no one is looking to delight our customers. These results are a byproduct of that hard work, and the teammates around the table that spend their nights and weekends helping our customers. Thank you.

## Operator

Thank you. This concludes today's conference call. Thank you for participating. You may now disconnect.

Bloomberg Transcript

Company Name: Opendoor Technologies Inc
Company Ticker: OPEN US Equity
Date: 2021-11-10

FINAL

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2023, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

Bloomberg Transcript