# Exhibit 28

| Opendoor Technologies Inc. Class Period 12/21/2020 - 11/03/2022 | | | | | | |
|---|---|---|---|---|---|---|
| Date | Open | High | Low | Close | Adj Close | Volume |
| 12/21/2020 | 31.47 | 32 | 26.3 | 31.25 | 31.25 | 8946000 |
| 12/22/2020 | 32.08 | 32.39 | 28.51 | 29.65 | 29.65 | 5712600 |
| 12/23/2020 | 29.15 | 29.5 | 26.81 | 27.25 | 27.25 | 6663100 |
| 12/24/2020 | 27.52 | 29.45 | 26.9 | 27.35 | 27.35 | 3701500 |
| 12/28/2020 | 27.15 | 27.4 | 24 | 24.51 | 24.51 | 6693600 |
| 12/29/2020 | 24.51 | 25.3 | 22.03 | 25.01 | 25.01 | 6320700 |
| 12/30/2020 | 25.195 | 25.2 | 23.75 | 24.27 | 24.27 | 3223100 |
| 12/31/2020 | 24.11 | 24.11 | 22.59 | 22.73 | 22.73 | 3811300 |
| 1/4/2021 | 22.808 | 24.17 | 21.41 | 24.01 | 24.01 | 4538200 |
| 1/5/2021 | 24 | 26.21 | 23.74 | 25.6 | 25.6 | 4814200 |
| 1/6/2021 | 26.004 | 28.49 | 26.004 | 27 | 27 | 7036100 |
| 1/7/2021 | 28.477 | 29.219 | 27.54 | 28.13 | 28.13 | 5397600 |
| 1/8/2021 | 28.04 | 28.35 | 26.1 | 26.79 | 26.79 | 5795300 |
| 1/11/2021 | 26.402 | 26.94 | 25.81 | 26.23 | 26.23 | 3350700 |
| 1/12/2021 | 26.07 | 28.7 | 25.89 | 27.7 | 27.7 | 4733300 |
| 1/13/2021 | 28 | 28.06 | 26.71 | 26.84 | 26.84 | 4257500 |
| 1/14/2021 | 27.05 | 27.25 | 26.2 | 26.53 | 26.53 | 3745500 |
| 1/15/2021 | 26.7 | 26.75 | 25 | 26.03 | 26.03 | 4837100 |
| 1/19/2021 | 26 | 28.24 | 25.695 | 28.16 | 28.16 | 5758700 |
| 1/20/2021 | 29.05 | 31.27 | 28.2 | 30 | 30 | 9142300 |
| 1/21/2021 | 30.95 | 31.5 | 29.35 | 29.74 | 29.74 | 6453300 |
| 1/22/2021 | 29.07 | 30.39 | 28.58 | 29.14 | 29.14 | 4702300 |
| 1/25/2021 | 28.74 | 28.9 | 26.58 | 27.33 | 27.33 | 1.1E+07 |
| 1/26/2021 | 28.04 | 29.97 | 27.01 | 27.7 | 27.7 | 8139200 |
| 1/27/2021 | 26.55 | 26.83 | 24.53 | 25.18 | 25.18 | 9800000 |
| 1/28/2021 | 25.97 | 26.18 | 24.97 | 25.02 | 25.02 | 4512500 |
| 1/29/2021 | 25.17 | 26.36 | 24.68 | 26.12 | 26.12 | 5603700 |
| 2/1/2021 | 26.2 | 27.39 | 25.52 | 26.25 | 26.25 | 4273200 |
| 2/2/2021 | 27.1 | 28.8 | 26.6 | 28.47 | 28.47 | 6243800 |
| 2/3/2021 | 27.41 | 29.911 | 27.04 | 28.61 | 28.61 | 8438000 |
| 2/4/2021 | 28.58 | 29.624 | 27.69 | 28.48 | 28.48 | 5552400 |
| 2/5/2021 | 26.88 | 27.1 | 26.31 | 26.6 | 26.6 | 2.4E+07 |
| 2/8/2021 | 27.75 | 28.01 | 27.25 | 27.3 | 27.3 | 1.4E+07 |
| 2/9/2021 | 28.02 | 31.93 | 27.72 | 31.1 | 31.1 | 1.9E+07 |
| 2/10/2021 | 33.08 | 35.38 | 31.282 | 34 | 34 | 2.5E+07 |
| 2/11/2021 | 35.239 | 39.24 | 34.43 | 35.88 | 35.88 | 1.8E+07 |
| 2/12/2021 | 34.3 | 37.17 | 33.73 | 34.59 | 34.59 | 9018900 |
| 2/16/2021 | 35.707 | 35.74 | 31.81 | 32.75 | 32.75 | 1.1E+07 |
| 2/17/2021 | 32.5 | 32.56 | 30.28 | 31.52 | 31.52 | 9758200 |
| 2/18/2021 | 30.99 | 31.79 | 29.07 | 31.18 | 31.18 | 1.1E+07 |
| 2/19/2021 | 32.46 | 33.48 | 31.24 | 31.58 | 31.58 | 8289700 |
| 2/22/2021 | 30.775 | 30.87 | 29.47 | 29.63 | 29.63 | 7108600 |
| 2/23/2021 | 27.7 | 28.86 | 25.1 | 28.04 | 28.04 | 1.3E+07 |
| 2/24/2021 | 28.5 | 30.82 | 28.2 | 30.82 | 30.82 | 9311000 |
| 2/25/2021 | 30.21 | 31.65 | 28.08 | 28.7 | 28.7 | 1.1E+07 |
| 2/26/2021 | 29.118 | 29.3 | 26.65 | 28.02 | 28.02 | 9631000 |
| 3/1/2021 | 29.43 | 30.78 | 29.41 | 30.22 | 30.22 | 6673200 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 3/2/2021 | 30.5 | 32.25 | 30.2 | 31.33 | 31.33 | 7770400 |
| 3/3/2021 | 31.07 | 31.935 | 28.43 | 28.85 | 28.85 | 9921000 |
| 3/4/2021 | 28.024 | 28.73 | 23.28 | 24.385 | 24.385 | 1.7E+07 |
| 3/5/2021 | 23.64 | 24 | 17.01 | 21.99 | 21.99 | 3.8E+07 |
| 3/8/2021 | 21.39 | 22.66 | 19.889 | 20.06 | 20.06 | 1.3E+07 |
| 3/9/2021 | 20.9 | 22.29 | 20.65 | 21.64 | 21.64 | 1E+07 |
| 3/10/2021 | 22.52 | 24.14 | 22.29 | 23.69 | 23.69 | 8091100 |
| 3/11/2021 | 24.36 | 27.21 | 24.36 | 26.32 | 26.32 | 9513900 |
| 3/12/2021 | 24.97 | 27.14 | 24.6 | 27.05 | 27.05 | 7782200 |
| 3/15/2021 | 26.98 | 29.17 | 26.91 | 28.81 | 28.81 | 9930800 |
| 3/16/2021 | 28.65 | 30.04 | 26.44 | 27.38 | 27.38 | 1.2E+07 |
| 3/17/2021 | 25.5 | 28.36 | 25.25 | 28.3 | 28.3 | 1.5E+07 |
| 3/18/2021 | 27.78 | 28.3 | 26.15 | 26.81 | 26.81 | 1.4E+07 |
| 3/19/2021 | 26.378 | 28.5 | 26.378 | 27.53 | 27.53 | 3.3E+07 |
| 3/22/2021 | 27.69 | 28.093 | 27.01 | 27.9 | 27.9 | 9986600 |
| 3/23/2021 | 27.3 | 27.501 | 25.1 | 25.62 | 25.62 | 1.4E+07 |
| 3/24/2021 | 25.78 | 25.85 | 22.358 | 22.51 | 22.51 | 9244000 |
| 3/25/2021 | 21.37 | 23.22 | 20.6 | 23.04 | 23.04 | 1.4E+07 |
| 3/26/2021 | 23.32 | 23.39 | 20.9 | 22.08 | 22.08 | 8259100 |
| 3/29/2021 | 21.89 | 22.47 | 20.35 | 20.45 | 20.45 | 9581000 |
| 3/30/2021 | 20.24 | 20.54 | 19.25 | 20.52 | 20.52 | 1E+07 |
| 3/31/2021 | 21.23 | 21.57 | 20.5 | 21.19 | 21.19 | 7994200 |
| 4/1/2021 | 22.02 | 22.792 | 21.425 | 21.75 | 21.75 | 6652600 |
| 4/5/2021 | 22.24 | 22.33 | 20.51 | 20.92 | 20.92 | 7959500 |
| 4/6/2021 | 20.6 | 22.25 | 20.3 | 21.84 | 21.84 | 8055700 |
| 4/7/2021 | 22.03 | 22.28 | 20.46 | 20.65 | 20.65 | 6865600 |
| 4/8/2021 | 20.86 | 20.88 | 19.95 | 20.2 | 20.2 | 7906000 |
| 4/9/2021 | 20.27 | 20.82 | 20.03 | 20.51 | 20.51 | 4791800 |
| 4/12/2021 | 20.25 | 20.265 | 19.05 | 19.41 | 19.41 | 9654200 |
| 4/13/2021 | 19.66 | 20.61 | 19.6 | 20.6 | 20.6 | 7027000 |
| 4/14/2021 | 20.81 | 21.075 | 19.93 | 20 | 20 | 9026400 |
| 4/15/2021 | 20.243 | 20.7 | 19.282 | 19.75 | 19.75 | 8364900 |
| 4/16/2021 | 19.45 | 19.5 | 18.22 | 18.39 | 18.39 | 1.6E+07 |
| 4/19/2021 | 18.275 | 18.42 | 17.11 | 17.4 | 17.4 | 3.1E+07 |
| 4/20/2021 | 17.23 | 17.305 | 15.89 | 16.44 | 16.44 | 2.5E+07 |
| 4/21/2021 | 16.25 | 18.55 | 15.99 | 18.31 | 18.31 | 2.1E+07 |
| 4/22/2021 | 18.85 | 19.2 | 18.01 | 18.685 | 18.685 | 1.5E+07 |
| 4/23/2021 | 18.73 | 19.685 | 18.3 | 19.54 | 19.54 | 8684300 |
| 4/26/2021 | 19.58 | 21.62 | 19.23 | 21.6 | 21.6 | 1.5E+07 |
| 4/27/2021 | 21.46 | 22.654 | 20.48 | 21.53 | 21.53 | 1.2E+07 |
| 4/28/2021 | 21.12 | 22.15 | 20.9 | 21.96 | 21.96 | 5240400 |
| 4/29/2021 | 22.05 | 22.2 | 20.355 | 20.83 | 20.83 | 9083800 |
| 4/30/2021 | 20.21 | 21.06 | 20.03 | 20.27 | 20.27 | 5221800 |
| 5/3/2021 | 20.31 | 20.55 | 19.23 | 19.59 | 19.59 | 7106900 |
| 5/4/2021 | 19.03 | 19.418 | 18.015 | 19.315 | 19.315 | 8282500 |
| 5/5/2021 | 19.54 | 20.19 | 18.71 | 18.92 | 18.92 | 6434200 |
| 5/6/2021 | 18.55 | 18.71 | 17.495 | 17.81 | 17.81 | 1E+07 |
| 5/7/2021 | 18.12 | 19.23 | 18.07 | 18.7 | 18.7 | 7268600 |
| 5/10/2021 | 18.7 | 18.7 | 16.5 | 16.77 | 16.77 | 1.3E+07 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 5/11/2021 | 15.1 | 17.48 | 15.1 | 17.45 | 17.45 | 1.4E+07 |
| 5/12/2021 | 17.19 | 17.27 | 14.91 | 15.18 | 15.18 | 2.8E+07 |
| 5/13/2021 | 15.79 | 15.86 | 13.44 | 14.15 | 14.15 | 2.1E+07 |
| 5/14/2021 | 14.53 | 15.19 | 14.33 | 15.12 | 15.12 | 9694900 |
| 5/17/2021 | 14.808 | 15.43 | 14.46 | 15.36 | 15.36 | 8320600 |
| 5/18/2021 | 15.03 | 15.983 | 14.47 | 15.47 | 15.47 | 1.3E+07 |
| 5/19/2021 | 14.752 | 15.24 | 14.48 | 14.59 | 14.59 | 1.2E+07 |
| 5/20/2021 | 14.76 | 15.22 | 14.48 | 15.12 | 15.12 | 1.5E+07 |
| 5/21/2021 | 15.41 | 15.58 | 14.98 | 15.12 | 15.12 | 8707100 |
| 5/24/2021 | 15.12 | 15.55 | 14.83 | 15.17 | 15.17 | 1.1E+07 |
| 5/25/2021 | 15.2 | 15.57 | 14.7 | 14.75 | 14.75 | 1.2E+07 |
| 5/26/2021 | 14.81 | 16.05 | 14.738 | 15.7 | 15.7 | 1.2E+07 |
| 5/27/2021 | 16.08 | 16.08 | 15.16 | 15.87 | 15.87 | 1.5E+07 |
| 5/28/2021 | 15.98 | 16.359 | 15.56 | 15.66 | 15.66 | 7498500 |
| 6/1/2021 | 15.73 | 15.975 | 14.97 | 15.23 | 15.23 | 9459900 |
| 6/2/2021 | 15.32 | 16.595 | 14.93 | 16.35 | 16.35 | 1.3E+07 |
| 6/3/2021 | 16 | 16.89 | 15.591 | 16.3 | 16.3 | 1.2E+07 |
| 6/4/2021 | 16.3 | 16.7 | 16.12 | 16.37 | 16.37 | 6849800 |
| 6/7/2021 | 16.48 | 17 | 15.88 | 16.82 | 16.82 | 8002700 |
| 6/8/2021 | 16.81 | 18.33 | 16.399 | 17.87 | 17.87 | 1.9E+07 |
| 6/9/2021 | 18.26 | 18.68 | 17.53 | 17.58 | 17.58 | 1.3E+07 |
| 6/10/2021 | 17.53 | 17.77 | 16.73 | 17.29 | 17.29 | 9150600 |
| 6/11/2021 | 17.41 | 17.55 | 16.971 | 17.2 | 17.2 | 5727800 |
| 6/14/2021 | 17.51 | 17.82 | 17.035 | 17.23 | 17.23 | 7394800 |
| 6/15/2021 | 17.44 | 17.57 | 16.26 | 16.4 | 16.4 | 8961800 |
| 6/16/2021 | 16.41 | 17.02 | 16.16 | 16.65 | 16.65 | 9888000 |
| 6/17/2021 | 16.2 | 17.14 | 16 | 16.83 | 16.83 | 2.1E+07 |
| 6/18/2021 | 16.615 | 16.96 | 16.299 | 16.71 | 16.71 | 2E+07 |
| 6/21/2021 | 16.72 | 16.8 | 16.235 | 16.45 | 16.45 | 1.2E+07 |
| 6/22/2021 | 16.4 | 16.82 | 16.245 | 16.64 | 16.64 | 1.2E+07 |
| 6/23/2021 | 16.63 | 17.37 | 16.593 | 17.21 | 17.21 | 1.4E+07 |
| 6/24/2021 | 17.22 | 17.535 | 17 | 17.1 | 17.1 | 1.1E+07 |
| 6/25/2021 | 17.17 | 17.56 | 16.6 | 17.11 | 17.11 | 3.3E+07 |
| 6/28/2021 | 17.18 | 17.96 | 16.93 | 17.86 | 17.86 | 1.1E+07 |
| 6/29/2021 | 17.98 | 18.01 | 17.3 | 17.35 | 17.35 | 8874000 |
| 6/30/2021 | 17.365 | 17.9 | 17.23 | 17.73 | 17.73 | 8389900 |
| 7/1/2021 | 17.91 | 17.95 | 17.055 | 17.09 | 17.09 | 1.1E+07 |
| 7/2/2021 | 17.192 | 17.38 | 16.785 | 16.85 | 16.85 | 7047600 |
| 7/6/2021 | 17 | 17.34 | 16.86 | 17.08 | 17.08 | 8341800 |
| 7/7/2021 | 17.15 | 17.24 | 15.925 | 16.03 | 16.03 | 1.2E+07 |
| 7/8/2021 | 15.62 | 16.02 | 15.12 | 15.81 | 15.81 | 8114500 |
| 7/9/2021 | 15.99 | 16.385 | 15.52 | 16.02 | 16.02 | 6183800 |
| 7/12/2021 | 16.072 | 16.68 | 16.072 | 16.48 | 16.48 | 5639200 |
| 7/13/2021 | 16.25 | 16.46 | 15.665 | 15.7 | 15.7 | 6415500 |
| 7/14/2021 | 15.76 | 15.83 | 14.93 | 15.16 | 15.16 | 7034800 |
| 7/15/2021 | 15.37 | 15.48 | 14.58 | 14.96 | 14.96 | 7954400 |
| 7/16/2021 | 15 | 15.01 | 14.25 | 14.42 | 14.42 | 8377800 |
| 7/19/2021 | 14.02 | 14.43 | 13.72 | 14.19 | 14.19 | 8510700 |
| 7/20/2021 | 14.3 | 14.84 | 13.86 | 14.6 | 14.6 | 8704100 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 7/21/2021 | 14.55 | 15.167 | 14.45 | 14.92 | 14.92 | 7695900 |
| 7/22/2021 | 14.9 | 14.99 | 14.301 | 14.52 | 14.52 | 7733000 |
| 7/23/2021 | 14.42 | 14.45 | 13.898 | 14.4 | 14.4 | 5845700 |
| 7/26/2021 | 14.18 | 14.59 | 13.94 | 14.17 | 14.17 | 5717500 |
| 7/27/2021 | 14.12 | 14.425 | 13.635 | 14.3 | 14.3 | 7917400 |
| 7/28/2021 | 14.34 | 15.33 | 14.28 | 15.25 | 15.25 | 8865700 |
| 7/29/2021 | 15.46 | 15.46 | 14.91 | 14.97 | 14.97 | 7417400 |
| 7/30/2021 | 14.8 | 15.04 | 14.62 | 14.82 | 14.82 | 6417400 |
| 8/2/2021 | 15.07 | 15.09 | 14.65 | 14.96 | 14.96 | 4479400 |
| 8/3/2021 | 14.98 | 15 | 14.11 | 14.17 | 14.17 | 5219500 |
| 8/4/2021 | 14.17 | 14.61 | 14.13 | 14.51 | 14.51 | 5290800 |
| 8/5/2021 | 14.43 | 14.61 | 14.02 | 14.4 | 14.4 | 5500600 |
| 8/6/2021 | 14.56 | 14.775 | 14.28 | 14.43 | 14.43 | 3657300 |
| 8/9/2021 | 14.43 | 15.35 | 14.14 | 15 | 15 | 5840800 |
| 8/10/2021 | 15.07 | 15.14 | 14.61 | 14.85 | 14.85 | 5368500 |
| 8/11/2021 | 15 | 15.105 | 14.28 | 14.5 | 14.5 | 1.7E+07 |
| 8/12/2021 | 16.99 | 18.47 | 15.88 | 17.98 | 17.98 | 6.1E+07 |
| 8/13/2021 | 17.56 | 18.47 | 17.26 | 17.55 | 17.55 | 1.9E+07 |
| 8/16/2021 | 17.06 | 17.32 | 16.18 | 16.31 | 16.31 | 1.1E+07 |
| 8/17/2021 | 15.525 | 15.675 | 14.672 | 14.795 | 14.795 | 2.4E+07 |
| 8/18/2021 | 14.54 | 14.81 | 14.425 | 14.47 | 14.47 | 2.4E+07 |
| 8/19/2021 | 14.2 | 15.1 | 13.81 | 14.92 | 14.92 | 2.5E+07 |
| 8/20/2021 | 14.775 | 15.44 | 14.73 | 15.41 | 15.41 | 1.5E+07 |
| 8/23/2021 | 15.5 | 16.4 | 15.33 | 16.33 | 16.33 | 1.4E+07 |
| 8/24/2021 | 16.52 | 17.315 | 16.491 | 17.27 | 17.27 | 1.3E+07 |
| 8/25/2021 | 17 | 17.34 | 16.71 | 17.28 | 17.28 | 1E+07 |
| 8/26/2021 | 17.15 | 17.795 | 16.665 | 16.71 | 16.71 | 7954300 |
| 8/27/2021 | 16.84 | 17.41 | 16.73 | 17.33 | 17.33 | 5999700 |
| 8/30/2021 | 17.39 | 17.68 | 16.95 | 17.56 | 17.56 | 7028500 |
| 8/31/2021 | 17.6 | 18.01 | 17.32 | 17.73 | 17.73 | 8086300 |
| 9/1/2021 | 17.78 | 18.49 | 17.73 | 18.42 | 18.42 | 1E+07 |
| 9/2/2021 | 18.551 | 18.905 | 18.17 | 18.57 | 18.57 | 8606300 |
| 9/3/2021 | 18.665 | 19.26 | 18.44 | 19.18 | 19.18 | 8852900 |
| 9/7/2021 | 19.35 | 19.94 | 19.26 | 19.7 | 19.7 | 1.2E+07 |
| 9/8/2021 | 19.242 | 19.49 | 18.43 | 18.74 | 18.74 | 1.3E+07 |
| 9/9/2021 | 18.7 | 19.255 | 18.65 | 18.94 | 18.94 | 6579700 |
| 9/10/2021 | 19.01 | 19.34 | 18.72 | 18.75 | 18.75 | 5079300 |
| 9/13/2021 | 18.89 | 18.89 | 17.57 | 17.76 | 17.76 | 1.2E+07 |
| 9/14/2021 | 16.82 | 17.375 | 16.76 | 16.9 | 16.9 | 3.1E+07 |
| 9/15/2021 | 16.88 | 17.14 | 16.67 | 17 | 17 | 9546400 |
| 9/16/2021 | 17.21 | 17.935 | 17.04 | 17.88 | 17.88 | 1E+07 |
| 9/17/2021 | 17.92 | 18.38 | 17.7 | 18.33 | 18.33 | 1.6E+07 |
| 9/20/2021 | 17.43 | 18.63 | 17.4 | 18.45 | 18.45 | 1.7E+07 |
| 9/21/2021 | 18.52 | 19.4 | 18.52 | 19.33 | 19.33 | 1.7E+07 |
| 9/22/2021 | 19.28 | 19.79 | 18.72 | 19.46 | 19.46 | 1.8E+07 |
| 9/23/2021 | 19.748 | 20.015 | 19.2 | 19.99 | 19.99 | 1.5E+07 |
| 9/24/2021 | 19.91 | 20.47 | 19.55 | 20.35 | 20.35 | 9228200 |
| 9/27/2021 | 19.95 | 21 | 19.77 | 21 | 21 | 8817600 |
| 9/28/2021 | 20.67 | 20.78 | 19.93 | 20.05 | 20.05 | 1.6E+07 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 9/29/2021 | 20.25 | 20.45 | 19.81 | 19.96 | 19.96 | 9296400 |
| 9/30/2021 | 20.138 | 20.61 | 19.72 | 20.53 | 20.53 | 7977500 |
| 10/1/2021 | 20.65 | 20.87 | 19.85 | 20.54 | 20.54 | 7713300 |
| 10/4/2021 | 20.22 | 20.57 | 18.78 | 18.99 | 18.99 | 1.4E+07 |
| 10/5/2021 | 19.03 | 19.81 | 18.81 | 19.22 | 19.22 | 8709500 |
| 10/6/2021 | 19.06 | 19.885 | 18.85 | 19.72 | 19.72 | 7495400 |
| 10/7/2021 | 20.09 | 20.47 | 19.89 | 20.23 | 20.23 | 1.5E+07 |
| 10/8/2021 | 20.33 | 22.175 | 20.18 | 21.66 | 21.66 | 2E+07 |
| 10/11/2021 | 21.82 | 22.495 | 21.6 | 21.97 | 21.97 | 9633000 |
| 10/12/2021 | 22.03 | 23.5 | 21.93 | 23.25 | 23.25 | 1.5E+07 |
| 10/13/2021 | 23.23 | 23.56 | 22.36 | 23.49 | 23.49 | 1.1E+07 |
| 10/14/2021 | 23.88 | 24.03 | 23.38 | 23.74 | 23.74 | 8986900 |
| 10/15/2021 | 23.98 | 24.01 | 23.32 | 23.43 | 23.43 | 7475000 |
| 10/18/2021 | 22.9 | 25.27 | 22.65 | 24.16 | 24.16 | 2.7E+07 |
| 10/19/2021 | 24.16 | 24.26 | 23.47 | 24.02 | 24.02 | 1.2E+07 |
| 10/20/2021 | 24.085 | 24.23 | 23.235 | 23.53 | 23.53 | 9635500 |
| 10/21/2021 | 23.422 | 24.195 | 23.31 | 23.76 | 23.76 | 5486900 |
| 10/22/2021 | 23.654 | 23.654 | 22.98 | 23.39 | 23.39 | 4877700 |
| 10/25/2021 | 23.823 | 24.09 | 23.405 | 24.04 | 24.04 | 5616900 |
| 10/26/2021 | 24.25 | 24.4 | 23.44 | 23.75 | 23.75 | 5698100 |
| 10/27/2021 | 23.9 | 24.17 | 23.63 | 23.87 | 23.87 | 7858600 |
| 10/28/2021 | 23.9 | 24.32 | 23.58 | 24.25 | 24.25 | 6692100 |
| 10/29/2021 | 24.05 | 24.13 | 23.34 | 23.71 | 23.71 | 1E+07 |
| 11/1/2021 | 23.8 | 25.325 | 23.68 | 24.75 | 24.75 | 9923800 |
| 11/2/2021 | 24.934 | 24.95 | 20.57 | 21.12 | 21.12 | 2.9E+07 |
| 11/3/2021 | 21.6 | 22.31 | 19.73 | 20.86 | 20.86 | 3.4E+07 |
| 11/4/2021 | 21.464 | 24.78 | 21.3 | 23.94 | 23.94 | 3E+07 |
| 11/5/2021 | 23.79 | 24.16 | 21.68 | 22.32 | 22.32 | 1.7E+07 |
| 11/8/2021 | 22.5 | 22.65 | 21.765 | 21.97 | 21.97 | 1.7E+07 |
| 11/9/2021 | 22.315 | 22.33 | 20.6 | 21 | 21 | 1.6E+07 |
| 11/10/2021 | 20.89 | 20.97 | 19.07 | 19.52 | 19.52 | 3E+07 |
| 11/11/2021 | 23.545 | 24.4 | 22.08 | 22.56 | 22.56 | 4.5E+07 |
| 11/12/2021 | 22.5 | 23.76 | 22.26 | 23.14 | 23.14 | 1.5E+07 |
| 11/15/2021 | 23.06 | 23.85 | 22.53 | 22.56 | 22.56 | 1.3E+07 |
| 11/16/2021 | 21.98 | 22.29 | 20.94 | 21.52 | 21.52 | 1.9E+07 |
| 11/17/2021 | 21.17 | 22.22 | 20.875 | 21 | 21 | 1.1E+07 |
| 11/18/2021 | 20.87 | 21.045 | 20.4 | 20.64 | 20.64 | 1.1E+07 |
| 11/19/2021 | 20.628 | 20.7 | 19.605 | 19.73 | 19.73 | 1.1E+07 |
| 11/22/2021 | 19.865 | 20.04 | 18.33 | 18.35 | 18.35 | 1.4E+07 |
| 11/23/2021 | 18.2 | 18.32 | 16.28 | 16.71 | 16.71 | 2.5E+07 |
| 11/24/2021 | 16.88 | 17.47 | 16.7 | 17.01 | 17.01 | 1.2E+07 |
| 11/26/2021 | 16.18 | 16.703 | 16.03 | 16.37 | 16.37 | 6185200 |
| 11/29/2021 | 16.61 | 16.68 | 15.869 | 16.14 | 16.14 | 9805400 |
| 11/30/2021 | 16 | 16.46 | 15.31 | 15.84 | 15.84 | 1.3E+07 |
| 12/1/2021 | 16 | 16.14 | 14.43 | 14.47 | 14.47 | 1.3E+07 |
| 12/2/2021 | 14.63 | 14.95 | 14.17 | 14.55 | 14.55 | 1.6E+07 |
| 12/3/2021 | 14.69 | 14.95 | 13.65 | 14.02 | 14.02 | 1.6E+07 |
| 12/6/2021 | 13.98 | 15.16 | 13.8 | 14.94 | 14.94 | 1.7E+07 |
| 12/7/2021 | 15.42 | 15.915 | 15.19 | 15.38 | 15.38 | 9756100 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 12/8/2021 | 15.39 | 15.76 | 15.042 | 15.69 | 15.69 | 1.1E+07 |
| 12/9/2021 | 15.49 | 15.82 | 14.96 | 15.09 | 15.09 | 1.1E+07 |
| 12/10/2021 | 15.18 | 15.64 | 14.705 | 14.98 | 14.98 | 8786200 |
| 12/13/2021 | 15.21 | 15.3 | 14.425 | 14.62 | 14.62 | 1.1E+07 |
| 12/14/2021 | 14.21 | 14.47 | 13.8 | 13.95 | 13.95 | 1.3E+07 |
| 12/15/2021 | 13.88 | 14.05 | 13.12 | 13.9 | 13.9 | 1.2E+07 |
| 12/16/2021 | 14.05 | 14.35 | 13.25 | 13.3 | 13.3 | 1.3E+07 |
| 12/17/2021 | 13.18 | 14.43 | 12.646 | 14.3 | 14.3 | 1.8E+07 |
| 12/20/2021 | 13.7 | 14.56 | 13.47 | 14.04 | 14.04 | 9004200 |
| 12/21/2021 | 14.265 | 14.89 | 14.05 | 14.8 | 14.8 | 8357100 |
| 12/22/2021 | 14.69 | 14.99 | 14.5 | 14.79 | 14.79 | 5378700 |
| 12/23/2021 | 14.85 | 14.99 | 14.21 | 14.89 | 14.89 | 5133000 |
| 12/27/2021 | 14.67 | 14.93 | 14.36 | 14.69 | 14.69 | 4654400 |
| 12/28/2021 | 14.565 | 15.185 | 14.37 | 14.54 | 14.54 | 5983600 |
| 12/29/2021 | 14.5 | 14.5 | 13.605 | 14.11 | 14.11 | 6287800 |
| 12/30/2021 | 14 | 15.12 | 14 | 14.72 | 14.72 | 6749900 |
| 12/31/2021 | 14.559 | 14.9 | 14.42 | 14.61 | 14.61 | 4558000 |
| 1/3/2022 | 14.85 | 15.24 | 14.404 | 15.07 | 15.07 | 9232500 |
| 1/4/2022 | 15.07 | 15.09 | 13.745 | 14.06 | 14.06 | 1.1E+07 |
| 1/5/2022 | 13.772 | 14.06 | 12.43 | 12.51 | 12.51 | 1.4E+07 |
| 1/6/2022 | 12.33 | 12.64 | 11.315 | 11.8 | 11.8 | 1.7E+07 |
| 1/7/2022 | 11.8 | 12.01 | 10.987 | 11.36 | 11.36 | 2.4E+07 |
| 1/10/2022 | 11.146 | 11.455 | 10.565 | 11.42 | 11.42 | 1.7E+07 |
| 1/11/2022 | 11.49 | 12 | 11.363 | 11.89 | 11.89 | 1.1E+07 |
| 1/12/2022 | 12.25 | 13.32 | 12.08 | 12.64 | 12.64 | 2.1E+07 |
| 1/13/2022 | 12.6 | 12.68 | 12.03 | 12.08 | 12.08 | 9708100 |
| 1/14/2022 | 12 | 12.09 | 11.08 | 11.56 | 11.56 | 1.2E+07 |
| 1/18/2022 | 11.16 | 11.5 | 10.62 | 10.65 | 10.65 | 1.5E+07 |
| 1/19/2022 | 10.337 | 10.495 | 9.81 | 9.99 | 9.99 | 2.4E+07 |
| 1/20/2022 | 10.2 | 10.76 | 9.7 | 9.75 | 9.75 | 1.3E+07 |
| 1/21/2022 | 9.78 | 10.04 | 9.3 | 9.47 | 9.47 | 1.9E+07 |
| 1/24/2022 | 8.9 | 9.43 | 8.14 | 9.36 | 9.36 | 2.5E+07 |
| 1/25/2022 | 9.048 | 9.325 | 8.65 | 8.99 | 8.99 | 1.1E+07 |
| 1/26/2022 | 9.22 | 9.58 | 8.495 | 8.65 | 8.65 | 1.5E+07 |
| 1/27/2022 | 8.87 | 8.91 | 8.28 | 8.5 | 8.5 | 1.7E+07 |
| 1/28/2022 | 8.53 | 8.85 | 8.22 | 8.81 | 8.81 | 1.4E+07 |
| 1/31/2022 | 8.93 | 10.01 | 8.88 | 9.93 | 9.93 | 1.3E+07 |
| 2/1/2022 | 10.17 | 10.875 | 10.06 | 10.71 | 10.71 | 1.7E+07 |
| 2/2/2022 | 10.8 | 10.81 | 10.11 | 10.35 | 10.35 | 1.2E+07 |
| 2/3/2022 | 9.89 | 10.28 | 9.525 | 9.56 | 9.56 | 1.2E+07 |
| 2/4/2022 | 9.57 | 9.92 | 9.229 | 9.81 | 9.81 | 1.3E+07 |
| 2/7/2022 | 9.9 | 10.361 | 9.635 | 9.67 | 9.67 | 8350800 |
| 2/8/2022 | 9.55 | 10.065 | 9.35 | 9.8 | 9.8 | 2.2E+07 |
| 2/9/2022 | 9.94 | 10.52 | 9.9 | 10.5 | 10.5 | 1.4E+07 |
| 2/10/2022 | 10.08 | 11.215 | 10.02 | 10.29 | 10.29 | 1.7E+07 |
| 2/11/2022 | 10.49 | 10.945 | 10.051 | 10.23 | 10.23 | 1E+07 |
| 2/14/2022 | 10.233 | 10.495 | 9.99 | 10.14 | 10.14 | 9847400 |
| 2/15/2022 | 10.42 | 11.39 | 10.41 | 11.29 | 11.29 | 1.3E+07 |
| 2/16/2022 | 11.14 | 11.285 | 10.755 | 11.23 | 11.23 | 9470300 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|-----|-------|-----------|--------|
| 2/17/2022 | 11.04 | 11.3 | 10.44 | 10.61 | 10.61 | 9031800 |
| 2/18/2022 | 10.82 | 11.14 | 10.29 | 10.71 | 10.71 | 2.2E+07 |
| 2/22/2022 | 10.55 | 11.05 | 10 | 10.07 | 10.07 | 1.4E+07 |
| 2/23/2022 | 10.31 | 10.34 | 9.19 | 9.22 | 9.22 | 1.7E+07 |
| 2/24/2022 | 8.7 | 11.01 | 8.47 | 10.98 | 10.98 | 3.4E+07 |
| 2/25/2022 | 9.7 | 9.83 | 7.77 | 8.44 | 8.44 | 5.6E+07 |
| 2/28/2022 | 8.48 | 8.92 | 8.205 | 8.35 | 8.35 | 3.1E+07 |
| 3/1/2022 | 8.38 | 8.47 | 7.98 | 8.23 | 8.23 | 2.1E+07 |
| 3/2/2022 | 8.51 | 8.69 | 8.18 | 8.59 | 8.59 | 1.7E+07 |
| 3/3/2022 | 8.71 | 8.74 | 7.72 | 7.81 | 7.81 | 1.8E+07 |
| 3/4/2022 | 7.88 | 7.99 | 6.72 | 6.76 | 6.76 | 3E+07 |
| 3/7/2022 | 6.99 | 7.07 | 6.39 | 6.53 | 6.53 | 2.1E+07 |
| 3/8/2022 | 6.45 | 7.075 | 6.155 | 6.79 | 6.79 | 1.7E+07 |
| 3/9/2022 | 6.88 | 7.68 | 6.88 | 7.48 | 7.48 | 2E+07 |
| 3/10/2022 | 7.43 | 7.47 | 7.02 | 7.41 | 7.41 | 1.8E+07 |
| 3/11/2022 | 7.52 | 7.6 | 6.83 | 6.86 | 6.86 | 1.2E+07 |
| 3/14/2022 | 6.72 | 7.005 | 6.41 | 6.47 | 6.47 | 1.7E+07 |
| 3/15/2022 | 6.51 | 7.08 | 6.4 | 7.06 | 7.06 | 1.5E+07 |
| 3/16/2022 | 7.25 | 7.749 | 7.205 | 7.73 | 7.73 | 1.8E+07 |
| 3/17/2022 | 7.55 | 8.275 | 7.43 | 8.25 | 8.25 | 1.4E+07 |
| 3/18/2022 | 8.15 | 8.63 | 8.1 | 8.29 | 8.29 | 2.6E+07 |
| 3/21/2022 | 8.19 | 8.52 | 8 | 8.16 | 8.16 | 1.7E+07 |
| 3/22/2022 | 8.19 | 9.41 | 8.115 | 9.29 | 9.29 | 2.5E+07 |
| 3/23/2022 | 9.11 | 9.765 | 8.96 | 9.18 | 9.18 | 1.2E+07 |
| 3/24/2022 | 9.31 | 9.36 | 8.75 | 9.03 | 9.03 | 1.5E+07 |
| 3/25/2022 | 9.05 | 9.07 | 8.355 | 8.65 | 8.65 | 1.6E+07 |
| 3/28/2022 | 8.69 | 9 | 8.381 | 8.95 | 8.95 | 1.3E+07 |
| 3/29/2022 | 9.06 | 10.05 | 9.06 | 9.85 | 9.85 | 1.8E+07 |
| 3/30/2022 | 9.63 | 9.75 | 9.105 | 9.14 | 9.14 | 9048200 |
| 3/31/2022 | 9.25 | 9.25 | 8.62 | 8.65 | 8.65 | 1E+07 |
| 4/1/2022 | 8.76 | 8.83 | 8.37 | 8.48 | 8.48 | 1.1E+07 |
| 4/4/2022 | 8.52 | 9.205 | 8.51 | 9.06 | 9.06 | 1.3E+07 |
| 4/5/2022 | 8.97 | 9 | 8.285 | 8.35 | 8.35 | 1.1E+07 |
| 4/6/2022 | 8.1 | 8.1 | 7.3 | 7.58 | 7.58 | 1.8E+07 |
| 4/7/2022 | 7.6 | 7.6 | 7.1 | 7.39 | 7.39 | 1.3E+07 |
| 4/8/2022 | 7.31 | 7.67 | 7.06 | 7.28 | 7.28 | 1.4E+07 |
| 4/11/2022 | 7.16 | 7.925 | 7.02 | 7.79 | 7.79 | 2E+07 |
| 4/12/2022 | 7.8 | 8.475 | 7.74 | 8.03 | 8.03 | 1.8E+07 |
| 4/13/2022 | 8.07 | 8.82 | 8.06 | 8.76 | 8.76 | 1.6E+07 |
| 4/14/2022 | 8.71 | 9.01 | 8.59 | 8.83 | 8.83 | 1.6E+07 |
| 4/18/2022 | 8.72 | 8.72 | 7.96 | 8.24 | 8.24 | 1.3E+07 |
| 4/19/2022 | 8.26 | 8.63 | 8.03 | 8.58 | 8.58 | 8846200 |
| 4/20/2022 | 8.66 | 8.73 | 8.035 | 8.17 | 8.17 | 9713900 |
| 4/21/2022 | 8.37 | 8.37 | 7.32 | 7.5 | 7.5 | 1.5E+07 |
| 4/22/2022 | 7.53 | 7.58 | 7 | 7.09 | 7.09 | 1.4E+07 |
| 4/25/2022 | 6.99 | 7.53 | 6.86 | 7.46 | 7.46 | 1.6E+07 |
| 4/26/2022 | 7.27 | 7.43 | 6.8 | 7.03 | 7.03 | 1.3E+07 |
| 4/27/2022 | 7.04 | 7.41 | 6.71 | 6.74 | 6.74 | 1.1E+07 |
| 4/28/2022 | 6.84 | 7.27 | 6.52 | 7.18 | 7.18 | 1.2E+07 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 4/29/2022 | 7.06 | 7.51 | 6.96 | 6.99 | 6.99 | 1.2E+07 |
| 5/2/2022 | 6.9 | 7.54 | 6.58 | 7.52 | 7.52 | 1.6E+07 |
| 5/3/2022 | 7.43 | 7.9 | 7.17 | 7.72 | 7.72 | 1.8E+07 |
| 5/4/2022 | 7.74 | 8.205 | 7.365 | 8.02 | 8.02 | 2.4E+07 |
| 5/5/2022 | 7.91 | 7.96 | 7.025 | 7.15 | 7.15 | 2.5E+07 |
| 5/6/2022 | 7.96 | 7.96 | 6.25 | 6.71 | 6.71 | 4.6E+07 |
| 5/9/2022 | 6.55 | 6.88 | 5.97 | 6 | 6 | 2.5E+07 |
| 5/10/2022 | 6.21 | 6.37 | 5.215 | 5.86 | 5.86 | 3.7E+07 |
| 5/11/2022 | 5.8 | 6.04 | 5.232 | 5.38 | 5.38 | 1.8E+07 |
| 5/12/2022 | 5.39 | 6.26 | 5.15 | 6.26 | 6.26 | 3.9E+07 |
| 5/13/2022 | 6.39 | 7.415 | 6.39 | 7.27 | 7.27 | 2.9E+07 |
| 5/16/2022 | 7.23 | 7.605 | 6.95 | 7.16 | 7.16 | 1.8E+07 |
| 5/17/2022 | 7.29 | 7.612 | 6.99 | 7.52 | 7.52 | 1.8E+07 |
| 5/18/2022 | 7.33 | 7.36 | 6.77 | 6.85 | 6.85 | 1.7E+07 |
| 5/19/2022 | 6.642 | 7.2 | 6.62 | 6.9 | 6.9 | 1.5E+07 |
| 5/20/2022 | 7.02 | 7.12 | 6.45 | 6.85 | 6.85 | 1.5E+07 |
| 5/23/2022 | 6.865 | 6.91 | 6.52 | 6.77 | 6.77 | 9731900 |
| 5/24/2022 | 6.59 | 6.63 | 6.05 | 6.16 | 6.16 | 1.5E+07 |
| 5/25/2022 | 6.08 | 6.495 | 6.05 | 6.42 | 6.42 | 1.5E+07 |
| 5/26/2022 | 6.38 | 6.695 | 6.3 | 6.52 | 6.52 | 1.6E+07 |
| 5/27/2022 | 6.7 | 7.605 | 6.66 | 7.49 | 7.49 | 2.3E+07 |
| 5/31/2022 | 7.49 | 7.585 | 7.03 | 7.23 | 7.23 | 3.6E+07 |
| 6/1/2022 | 7.23 | 7.72 | 6.91 | 6.97 | 6.97 | 1.4E+07 |
| 6/2/2022 | 6.97 | 8.08 | 6.88 | 8.01 | 8.01 | 2E+07 |
| 6/3/2022 | 7.71 | 7.92 | 7.49 | 7.52 | 7.52 | 1.2E+07 |
| 6/6/2022 | 7.74 | 7.89 | 7.105 | 7.18 | 7.18 | 1.5E+07 |
| 6/7/2022 | 7.16 | 7.43 | 7.03 | 7.39 | 7.39 | 1.2E+07 |
| 6/8/2022 | 7.32 | 7.69 | 7.29 | 7.35 | 7.35 | 1.3E+07 |
| 6/9/2022 | 7.42 | 7.43 | 6.66 | 6.69 | 6.69 | 1.3E+07 |
| 6/10/2022 | 6.47 | 6.52 | 5.68 | 5.7 | 5.7 | 2.5E+07 |
| 6/13/2022 | 5.395 | 5.47 | 4.92 | 5.02 | 5.02 | 2.2E+07 |
| 6/14/2022 | 5.13 | 5.33 | 4.81 | 5.04 | 5.04 | 2.1E+07 |
| 6/15/2022 | 5.08 | 5.295 | 4.87 | 5.13 | 5.13 | 2.9E+07 |
| 6/16/2022 | 4.8 | 4.83 | 4.3 | 4.32 | 4.32 | 2.7E+07 |
| 6/17/2022 | 4.52 | 4.99 | 4.5 | 4.83 | 4.83 | 2.6E+07 |
| 6/21/2022 | 5.005 | 5.245 | 4.74 | 4.76 | 4.76 | 2E+07 |
| 6/22/2022 | 4.64 | 5.11 | 4.582 | 4.82 | 4.82 | 1.5E+07 |
| 6/23/2022 | 4.88 | 5.445 | 4.775 | 5.38 | 5.38 | 2.3E+07 |
| 6/24/2022 | 5.29 | 5.67 | 5.29 | 5.66 | 5.66 | 1.6E+07 |
| 6/27/2022 | 5.65 | 5.78 | 5.21 | 5.43 | 5.43 | 1.2E+07 |
| 6/28/2022 | 5.475 | 5.58 | 5.09 | 5.13 | 5.13 | 9380200 |
| 6/29/2022 | 5.13 | 5.17 | 4.735 | 4.78 | 4.78 | 1.3E+07 |
| 6/30/2022 | 4.72 | 4.8 | 4.46 | 4.71 | 4.71 | 1.1E+07 |
| 7/1/2022 | 4.71 | 5.11 | 4.7 | 5.11 | 5.11 | 1.4E+07 |
| 7/5/2022 | 5.04 | 5.49 | 4.83 | 5.47 | 5.47 | 1.3E+07 |
| 7/6/2022 | 5.51 | 5.705 | 5.345 | 5.36 | 5.36 | 1.7E+07 |
| 7/7/2022 | 5.34 | 5.7 | 5.27 | 5.65 | 5.65 | 1.4E+07 |
| 7/8/2022 | 5.51 | 5.64 | 5.15 | 5.56 | 5.56 | 1.4E+07 |
| 7/11/2022 | 5.5 | 5.5 | 4.86 | 5.12 | 5.12 | 1.9E+07 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|------|-------|-----------|--------|
| 7/12/2022 | 5.17 | 5.32 | 4.93 | 5.27 | 5.27 | 1.5E+07 |
| 7/13/2022 | 5.1 | 5.31 | 4.981 | 5.23 | 5.23 | 1.1E+07 |
| 7/14/2022 | 5.09 | 5.19 | 4.9 | 4.96 | 4.96 | 9990200 |
| 7/15/2022 | 5.05 | 5.185 | 4.885 | 5.12 | 5.12 | 9652200 |
| 7/18/2022 | 5.14 | 5.345 | 4.992 | 5.03 | 5.03 | 1.2E+07 |
| 7/19/2022 | 5.17 | 5.68 | 5.12 | 5.53 | 5.53 | 1.6E+07 |
| 7/20/2022 | 5.51 | 5.85 | 5.49 | 5.66 | 5.66 | 1.4E+07 |
| 7/21/2022 | 5.6 | 5.61 | 5.35 | 5.61 | 5.61 | 7405200 |
| 7/22/2022 | 5.56 | 5.65 | 5.12 | 5.17 | 5.17 | 9988600 |
| 7/25/2022 | 5.19 | 5.19 | 4.851 | 4.94 | 4.94 | 1.2E+07 |
| 7/26/2022 | 4.86 | 4.88 | 4.61 | 4.65 | 4.65 | 1.1E+07 |
| 7/27/2022 | 4.78 | 4.86 | 4.44 | 4.75 | 4.75 | 2E+07 |
| 7/28/2022 | 4.88 | 5.3 | 4.62 | 5.04 | 5.04 | 2.2E+07 |
| 7/29/2022 | 5.03 | 5.06 | 4.75 | 4.91 | 4.91 | 1.8E+07 |
| 8/1/2022 | 4.94 | 5.06 | 4.68 | 4.79 | 4.79 | 2.6E+07 |
| 8/2/2022 | 4.714 | 4.93 | 4.62 | 4.85 | 4.85 | 2.3E+07 |
| 8/3/2022 | 4.88 | 5.22 | 4.745 | 5.21 | 5.21 | 1.8E+07 |
| 8/4/2022 | 5.08 | 5.09 | 4.62 | 4.7 | 4.7 | 4.2E+07 |
| 8/5/2022 | 4.75 | 5.87 | 4.71 | 5.72 | 5.72 | 5.6E+07 |
| 8/8/2022 | 5.8 | 6.277 | 5.66 | 5.89 | 5.89 | 2.5E+07 |
| 8/9/2022 | 5.68 | 5.73 | 5.3 | 5.43 | 5.43 | 2.4E+07 |
| 8/10/2022 | 5.74 | 6.14 | 5.74 | 5.94 | 5.94 | 1.7E+07 |
| 8/11/2022 | 6.14 | 6.17 | 5.84 | 5.99 | 5.99 | 2.6E+07 |
| 8/12/2022 | 6.08 | 6.385 | 5.9 | 6.3 | 6.3 | 1.5E+07 |
| 8/15/2022 | 6.28 | 6.36 | 5.95 | 6.01 | 6.01 | 2.7E+07 |
| 8/16/2022 | 5.95 | 5.97 | 5.5 | 5.68 | 5.68 | 1.6E+07 |
| 8/17/2022 | 5.51 | 5.53 | 5.08 | 5.085 | 5.085 | 1.8E+07 |
| 8/18/2022 | 5.1 | 5.15 | 4.9 | 5.06 | 5.06 | 1.7E+07 |
| 8/19/2022 | 4.85 | 4.91 | 4.65 | 4.75 | 4.75 | 2.3E+07 |
| 8/22/2022 | 4.65 | 4.78 | 4.61 | 4.75 | 4.75 | 1.6E+07 |
| 8/23/2022 | 4.74 | 4.93 | 4.58 | 4.65 | 4.65 | 1.2E+07 |
| 8/24/2022 | 4.66 | 4.81 | 4.6 | 4.62 | 4.62 | 1E+07 |
| 8/25/2022 | 4.68 | 4.95 | 4.595 | 4.81 | 4.81 | 9984400 |
| 8/26/2022 | 4.82 | 4.82 | 4.56 | 4.61 | 4.61 | 1.3E+07 |
| 8/29/2022 | 4.5 | 4.735 | 4.48 | 4.49 | 4.49 | 9168400 |
| 8/30/2022 | 4.53 | 4.61 | 4.36 | 4.46 | 4.46 | 2.8E+07 |
| 8/31/2022 | 4.58 | 4.64 | 4.33 | 4.33 | 4.33 | 1.1E+07 |
| 9/1/2022 | 4.28 | 4.31 | 4.11 | 4.28 | 4.28 | 1.3E+07 |
| 9/2/2022 | 4.26 | 4.35 | 4.045 | 4.1 | 4.1 | 1.8E+07 |
| 9/6/2022 | 4.14 | 4.27 | 4.035 | 4.21 | 4.21 | 9954700 |
| 9/7/2022 | 4.17 | 4.41 | 4.13 | 4.41 | 4.41 | 9215200 |
| 9/8/2022 | 4.348 | 4.56 | 4.295 | 4.55 | 4.55 | 1.1E+07 |
| 9/9/2022 | 4.62 | 4.895 | 4.62 | 4.88 | 4.88 | 1.3E+07 |
| 9/12/2022 | 4.92 | 5.07 | 4.86 | 4.96 | 4.96 | 9850200 |
| 9/13/2022 | 4.62 | 4.82 | 4.53 | 4.57 | 4.57 | 1.4E+07 |
| 9/14/2022 | 4.51 | 4.57 | 4.18 | 4.3 | 4.3 | 1.8E+07 |
| 9/15/2022 | 4.22 | 4.48 | 4.09 | 4.19 | 4.19 | 2.6E+07 |
| 9/16/2022 | 4.07 | 4.159 | 3.945 | 4.06 | 4.06 | 2.7E+07 |
| 9/19/2022 | 3.99 | 4.06 | 3.79 | 3.88 | 3.88 | 1.9E+07 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 9/20/2022 | 3.78 | 3.8 | 3.51 | 3.56 | 3.56 | 2.4E+07 |
| 9/21/2022 | 3.57 | 3.62 | 3.23 | 3.25 | 3.25 | 3.5E+07 |
| 9/22/2022 | 3.23 | 3.26 | 3.01 | 3.04 | 3.04 | 2.9E+07 |
| 9/23/2022 | 2.93 | 3.21 | 2.85 | 3.19 | 3.19 | 3.1E+07 |
| 9/26/2022 | 3.17 | 3.355 | 3.05 | 3.06 | 3.06 | 2.7E+07 |
| 9/27/2022 | 3.16 | 3.34 | 3.12 | 3.16 | 3.16 | 1.8E+07 |
| 9/28/2022 | 3.15 | 3.44 | 3.12 | 3.4 | 3.4 | 1.5E+07 |
| 9/29/2022 | 3.31 | 3.32 | 3.05 | 3.14 | 3.14 | 1.6E+07 |
| 9/30/2022 | 3.14 | 3.19 | 3.05 | 3.11 | 3.11 | 1.1E+07 |
| 10/3/2022 | 3.15 | 3.18 | 2.971 | 3.14 | 3.14 | 1.4E+07 |
| 10/4/2022 | 3.3 | 3.495 | 3.296 | 3.38 | 3.38 | 1.9E+07 |
| 10/5/2022 | 3.26 | 3.3 | 3.1 | 3.22 | 3.22 | 9493300 |
| 10/6/2022 | 3.18 | 3.27 | 2.93 | 2.99 | 2.99 | 1.6E+07 |
| 10/7/2022 | 2.89 | 2.9 | 2.74 | 2.81 | 2.81 | 2E+07 |
| 10/10/2022 | 2.84 | 2.98 | 2.74 | 2.94 | 2.94 | 1.9E+07 |
| 10/11/2022 | 2.93 | 3 | 2.66 | 2.7 | 2.7 | 1.7E+07 |
| 10/12/2022 | 2.7 | 2.83 | 2.631 | 2.81 | 2.81 | 1.4E+07 |
| 10/13/2022 | 2.64 | 2.9 | 2.5 | 2.71 | 2.71 | 2.7E+07 |
| 10/14/2022 | 2.77 | 2.85 | 2.44 | 2.445 | 2.445 | 1.9E+07 |
| 10/17/2022 | 2.41 | 2.66 | 2.31 | 2.48 | 2.48 | 2.4E+07 |
| 10/18/2022 | 2.61 | 2.69 | 2.47 | 2.5 | 2.5 | 1.8E+07 |
| 10/19/2022 | 2.45 | 2.458 | 2.28 | 2.31 | 2.31 | 1.8E+07 |
| 10/20/2022 | 2.3 | 2.53 | 2.3 | 2.44 | 2.44 | 2.2E+07 |
| 10/21/2022 | 2.4 | 2.485 | 2.26 | 2.48 | 2.48 | 1.7E+07 |
| 10/24/2022 | 2.5 | 2.5 | 2.27 | 2.36 | 2.36 | 1.9E+07 |
| 10/25/2022 | 2.38 | 2.73 | 2.35 | 2.72 | 2.72 | 2.1E+07 |
| 10/26/2022 | 2.65 | 2.887 | 2.645 | 2.67 | 2.67 | 1.6E+07 |
| 10/27/2022 | 2.695 | 2.91 | 2.63 | 2.65 | 2.65 | 1.5E+07 |
| 10/28/2022 | 2.608 | 2.729 | 2.53 | 2.69 | 2.69 | 1.5E+07 |
| 10/31/2022 | 2.62 | 2.75 | 2.55 | 2.59 | 2.59 | 1.8E+07 |
| 11/1/2022 | 2.69 | 2.78 | 2.37 | 2.44 | 2.44 | 2.1E+07 |
| 11/2/2022 | 2.42 | 2.515 | 2.28 | 2.29 | 2.29 | 2.5E+07 |
| 11/3/2022 | 2.27 | 2.53 | 2.25 | 2.34 | 2.34 | 2.9E+07 |