# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sam Alich,<br><br>              Plaintiff,<br><br>v.<br><br>Opendoor Technologies Incorporated, et al.,<br><br>              Defendants. | No. CV-22-01717-PHX-MTL<br><br>**ORDER** |

**IT IS ORDERED** denying without prejudice the Application to Withdraw as Local Counsel (Doc. 53) because approval by the client's lead counsel does not satisfy Local Rule of Civil Procedure 83.3(b)(1).

Dated this 14th day of August, 2023.

Michael T. Liburdi
United States District Judge