**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
John C. Gray (Bar No. 028454)
201 East Washington Street, Suite 1200
Phoenix, AZ  85004
Telephone:    (602) 262-5311
Facsimile:    (602) 262-5747
Email:        jgray@lewisroca.com

**SHEARMAN & STERLING LLP**
Adam S. Hakki (*pro hac vice*)
599 Lexington Ave
New York, NY 10022
Telephone: (212) 848-4000
ahakki@shearman.com

Lyle Roberts (*pro hac vice*)
401 9th Street, NW, Suite 800
Washington, DC 20004
Telephone: (202) 508-8000
lyle.roberts@shearman.com

*Counsel for Defendants Opendoor*
*Technologies Inc., Eric Wu, Carrie Wheeler,*
*Chamath Palihapitiya, Steven Trieu, Ian*
*Osborne, Adam Bain, David Spillane,*
*Cipora Herman, Pueo Keffer, Glenn*
*Solomon, Jason Kilar, and Jonathan Jaffe*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| In re Opendoor Technologies Inc. Securities Litigation | Case No. 2:22-cv-01717-MTL |
|---|---|
| | **DECLARATION OF GABRIELLE LEEMAN IN SUPPORT OF THE OPENDOOR DEFENDANTS' MOTION FOR AN ORDER DIRECTING THE SUBMISSION OF COUNSEL AND CONFIDENTIAL WITNESS AFFIDAVITS** |

Pursuant to 28 U.S.C. § 1746, Gabrielle Leeman declares as follows:

1. My name is Gabrielle Leeman, and I am an Associate with the law firm of Shearman & Sterling LLP, which represents Opendoor Technologies Inc. ("Opendoor" or the "Company"), Eric Wu, Carrie Wheeler, Adam Bain, Cipora Herman, Chamath Palihapitiya, Steven Trieu, Ian Osborne, David Spillane, Pueo Keffer, Glenn Solomon, Jason Kilar, and Jonathan Jaffe (collectively, the "Opendoor Defendants") in the above-captioned action. I work in the firm's Washington, DC office.

2. I am a member in good standing of the Bar of the District of Columbia.

3. I submit this Declaration in connection with the Opendoor Defendants' motion for an order directing the submission of counsel and confidential witness affidavits.

4. I have read George Anhang's October 13, 2023, declaration.

5. I confirm that I was on the phone calls mentioned in Mr. Anhang's declaration and that what Mr. Anhang says about those phone calls in his Declaration is accurate.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed:    October 13, 2023

Washington, D.C.

_____
Gabrielle Leeman

-1-