**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re Opendoor Technologies Inc. Securities Litigation | Case No. 2:22-cv-01717-MTL<br><br>**[PROPOSED] ORDER GRANTING OPENDOOR DEFENDANTS' MOTION FOR AN ORDER DIRECTING THE SUBMISSION OF COUNSEL AND CONFIDENTIAL WITNESS AFFIDAVITS**<br><br>(Assigned to the Hon. Michael T. Liburdi) |

Before the Court is the Opendoor Defendants' Motion for an Order Directing the Submission of Counsel and Confidential Witness Affidavits, and Memorandum of Points and Authorities in Support Thereof (the "CW Motion").[1]  The Court having considered the CW Motion, and good cause appearing,

---

[1] The "Opendoor Defendants" consist of Defendants Opendoor Technologies Inc., Eric Wu, Carrie Wheeler, Adam Bain, Cipora Herman, Chamath Palihapitiya, Steven Trieu, Ian Osborne, David Spillane, Pueo Keffer, Glenn Solomon, Jason Kilar, and Jonathan Jaffe.

122603086.2

IT IS HEREBY ORDERED THAT the CW Motion is granted.

IT IS FURTHER ORDERED THAT, within seven days of this order, Lead Plaintiffs shall file:

(1)    a sworn affidavit from a personally knowledgeable attorney among Plaintiffs' counsel

(a)    explaining the circumstances under which references to each confidential witness came to be in the Consolidated Amended Complaint ("CAC");

(b)    how the confidential witnesses came to be identified as a "confidential witness" (i.e., as opposed to being referred to by name);

(c)    whether the confidential witnesses were informed in advance that they would be quoted in the CAC, and that a reference in the CAC to a "confidential witness" created a risk that their identities would be ordered disclosed and whether they consented to being so quoted in the CAC; and

(d)    whether the confidential witnesses, having reviewed the CAC, confirm that the statements attributed to them are accurately attributed and properly characterized; and

(2)    sworn affidavits from the confidential witnesses recounting, with specificity, their version of these events, and asserting whether each of the alleged statements attributed to them are accurately attributed and properly characterized.

IT IS SO ORDERED.

122603086.2          [PROPOSED] ORDER