IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sam Alich, | No. CV-22-01717-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Opendoor Technologies Incorporated, et al., | |
| Defendants. | |

**IT IS ORDERED** that Defendants shall file a response to Plaintiff's Motion for Leave to File Sur-Reply (Doc. 65) no later than November 20, 2023.

Dated this 13th day of November, 2023.

Michael T. Liburdi
Michael T. Liburdi
United States District Judge