**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Sam Alich,

      Plaintiff,

v.

Opendoor Technologies Incorporated, et al.,

      Defendants.

No. CV-22-01717-PHX-MTL

**ORDER**

Pending before the Court is Plaintiffs' Motion for Leave to File Sur-Reply to Defendants' Reply in Further Support of Defendants' Motion for an Order Directing the Submission of Counsel and Confidential Witness Affidavits (Doc. 65).

"Neither Fed. R. Civ. P. 7 nor the local rules of practice for this District provide for the filing of a sur-reply, and sur-replies are not authorized by any other rules of procedure absent express prior leave of the Court." *Briggs v. Montgomery*, No. CV-18-02684-PHX-EJM, 2019 WL 13039282, at \*2 (D. Ariz. Mar. 19, 2019). Instead, they are permissible "when a party raises new issues or new evidence in a reply brief." *Id.* (quoting *ML Liquidating Trust v. Mayer Hoffman McCann P.C.*, No. 2:10-CV-02019-RRB, 2011 WL 10451619, at \*1 (D. Ariz. Mar. 11, 2011)). But they are "generally discouraged" and are permitted only "in the most extraordinary circumstances." *ML Liquidating Trust*, 2011 WL 10451619, at \*1.

Plaintiffs have not demonstrated the requisite "extraordinary circumstances" necessary to justify a sur-reply. The Court finds that Opendoor Defendants' Reply

Memorandum in Further Support of their Motion for an Order Directing the Submission of Counsel and Confidential Witness Affidavits (Doc. 64) does not present new issues or evidence.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion for Leave to File Sur-Reply to Defendants' Reply in Further Support of Defendants' Motion for an Order Directing the Submission of Counsel and Confidential Witness Affidavits (Doc. 65) is **denied**.

Dated this 4th day of December, 2023.

Michael T. Liburdi
United States District Judge