# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sam Alich, | No. CV-22-01717-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Opendoor Technologies Incorporated, et al., | |
| Defendants. | |

For the reasons stated on the record at the January 17, 2024 oral argument,

**IT IS ORDERED** that Opendoor Defendants' Motion for an Order Directing the Submission of Counsel and Confidential Witness Affidavits, and Memorandum of Points and Authorities in Support Thereof (Doc. 57; unredacted version at Doc. 70), joined by Underwriter Defendants (Doc. 61), is **denied**.

Dated this 17th day of January, 2024.

Michael T. Liburdi
United States District Judge