**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE OPENDOOR TECHNOLOGIES INC. SECURITIES LITIGATION | Case No. 2:22-CV-01717-MTL<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR RECONSIDERATION**<br><br><u>CLASS ACTION</u> |

The Court having considered Plaintiffs' Motion for Reconsideration of the Court's Order dismissing the Amended Complaint (the "Motion"), and for good cause appearing:

**IT IS HEREBY ORDERED THAT**:

1.  Plaintiffs' Motion is granted.

2.  The Court's February 28, 2024 Order (ECF No. 86) dismissing Plaintiff's Amended Complaint is vacated and amended as follows:

    a.  Plaintiffs have adequately alleged a claim under Section 11 of the Securities Act of 1933 (the "Securities Act") against all Defendants; and

    b.  Plaintiffs have adequately alleged a claim under Section 15 of the Securities Act against all Defendants.

3.  Within two weeks of this Order, Plaintiffs shall file a letter informing the Court of its intention to file a Second Amended Complaint.

IT IS SO ORDERED.