**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE OPENDOOR TECHNOLOGIES INC. SECURITIES LITIGATION | Case No. 2:22-CV-01717-MTL<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STAY THE DEADLINE TO FILE A SECOND AMENDED COMPLAINT**<br><br><u>CLASS ACTION</u> |

The Court having considered Plaintiffs' Motion for a Stay of the Deadline to File a Second Amended Complaint (the "Motion for a Stay"), and for good cause appearing:

**IT IS HEREBY ORDERED THAT**:

1.    Plaintiffs' Motion for a Stay is granted.

2.    Plaintiffs' deadline to file a Second Amended Complaint is stayed until after the Court rules on Plaintiffs' Motion for Reconsideration.

IT IS SO ORDERED.