# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sam Alich, | No. CV-22-01717-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Opendoor Technologies Incorporated, et al., | |
| Defendants. | |

The Court finds that a reply brief will be useful for considering Plaintiffs' Motion for Reconsideration. **IT IS THEREFORE ORDERED** that Plaintiffs shall reply in support of the Motion for Reconsideration (Doc. 87) no later than **April 5, 2024.**

Dated this 29th day of March, 2024.

Michael T. Liburdi
United States District Judge