# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

In re Opendoor Technologies, Inc.
Securities Litigation

Case No. 2:22-CV-01717-MTL

**[PROPOSED] ORDER GRANTING OPENDOOR DEFENDANTS' MOTION FOR LEAVE TO FILE A SUR-REPLY TO PLAINTIFFS' REPLY IN FURTHER SUPPORT OF MOTION FOR RECONSIDERATION**

Having considered the Opendoor Defendants' Motion for Leave to File a Sur-Reply to Plaintiffs' Reply in Further Support of Motion for Reconsideration and Memorandum of Law in Support, and good cause being shown, IT IS HEREBY ORDERED THAT:

The Motion is GRANTED.

The Opendoor Defendants shall file a Sur-Reply to Plaintiffs' Reply in Further Support of Motion for Reconsideration by no later than April 12, 2024.

**SO ORDERED.**

[PROPOSED] ORDER GRANTING OPENDOOR DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS' REPLY IN FURTHER SUPPORT OF MOTION FOR RECONSIDERATION CASE NO. 2:22-CV-01717-MTL                                                                 2