**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sam Alich, | No. CV-22-01717-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Opendoor Technologies Incorporated, et al., | |
| Defendants. | |

Pending before the Court is Opendoor Defendants' Motion for Leave to File a Sur-Reply to Plaintiffs' Reply in Further Support of Motion for Reconsideration and Memorandum of Law in Support (Doc. 94).

"Neither Fed. R. Civ. P. 7 nor the local rules of practice for this District provide for the filing of a sur-reply, and sur-replies are not authorized by any other rules of procedure absent express prior leave of the Court." *Briggs v. Montgomery*, No. CV-18-02684-PHX-EJM, 2019 WL 13039282, at *2 (D. Ariz. Mar. 19, 2019). Instead, they are permissible "when a party raises new issues or new evidence in a reply brief." *Id.* (quoting *ML Liquidating Trust v. Mayer Hoffman McCann P.C.*, No. 2:10-CV-02019-RRB, 2011 WL 10451619, at *1 (D. Ariz. Mar. 11, 2011)). But they are "generally discouraged" and are permitted only "in the most extraordinary circumstances." *ML Liquidating Trust*, 2011 WL 10451619, at *1.

Defendants have not demonstrated the requisite "extraordinary circumstances" necessary to justify a sur-reply.

Accordingly,

**IT IS ORDERED** that Opendoor Defendants' Motion for Leave to File a Sur-Reply to Plaintiffs' Reply in Further Support of Motion for Reconsideration and Memorandum of Law in Support (Doc. 94) is **denied**.

Dated this 15th day of April, 2024.

Michael T. Liburdi
United States District Judge