# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sam Alich, | No. CV-22-01717-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Opendoor Technologies Incorporated, et al., | |
| Defendants. | |

Before the Court is Defendants' Unopposed Motion to Adjourn Any Existing Responsive Pleading Deadline to the Consolidated Amended Complaint and Memorandum of Law in Support (Doc. 98). Defendants appear concerned that Fed. R. Civ. P. 12(a)(4)(A) may require them to respond to parts of Plaintiffs' Consolidated Amended Complaint no later than today, May 28, 2024. (Doc. 98 at 3.) But the Court has granted Plaintiffs leave to file a second amended complaint no later than Friday, May 31, 2024. Defendants' deadline to answer or otherwise respond shall therefore run from the date upon which Plaintiffs file their second amended complaint, or from Friday, May 31, 2024, in the event that Plaintiffs do not file a second amended complaint.

**IT IS THEREFORE ORDERED** that the Unopposed Motion (Doc. 98) is **granted** in a manner that is consistent with this Order.

Dated this 28th day of May, 2024.

Michael T. Liburdi
United States District Judge