# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sam Alich, | No. CV-22-01717-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Opendoor Technologies Incorporated, et al., | |
| Defendants. | |

The Court having received and reviewed Defendants' Unopposed Motion to Extend Defendants' Responsive Pleading Deadline (Doc. 102), and good cause appearing,

**IT IS ORDERED** granting Defendants' Unopposed Motion to Extend (Doc. 102).

**IT IS FURTHER ORDERED** Defendants shall file an answer or otherwise respond to the Consolidated Amended Complaint on or before July 12, 2024.

Dated this 13th day of June, 2024.

Michael T. Liburdi
United States District Judge