**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re Opendoor Technologies, Inc. Securities Litigation | Case No. 2:22-CV-01717-MTL |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CERTIFY MAY 14 ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(B)** |

Before the Court is Defendants' Motion to Certify the Court's May 14 Order for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) ("Motion"). Having considered the Motion, and good cause appearing, the Court GRANTS the Motion and finds as follows:

1.      This Court's Order of May 14, 2024 (Dkt. 97) involves a controlling question of law as to which there is substantial ground for difference of opinion.

2.      An immediate appeal from the May 14 order may materially advance the ultimate termination of this litigation.

Accordingly, IT IS ORDERED THAT:

1. The Court certifies the Order dated May 14, 2024 (Dkt. 97) and the following question for interlocutory appeal under 28 U.S.C. § 1292(b): Whether and under what circumstances a defendant can establish negative causation based on the plaintiff's failure to adequately plead loss causation?

**SO ORDERED.**