**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
Robert M. Kort (Bar No. 016602)
John C. Gray (Bar No. 028454)
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Telephone: (602) 262-5311
Facsimile: (602) 262-5747
Email: rkort@lewisroca.com
         jgray@lewisroca.com

*Counsel for Defendants Opendoor Technologies Inc.,*
*Eric Wu, Carrie Wheeler, Chamath Palihapitiya,*
*Steven Trieu, Ian Osborne, Adam Bain, David Spillane,*
*Cipora Herman, Pueo Keffer, Glenn Solomon, Jason Kilar,*
*and Jonathan Jaffe*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re Opendoor Technologies, Inc. Securities Litigation | Case No. 2:22-CV-01717-MTL<br><br>**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY RELATING TO DEFENDANTS' MOTION TO CERTIFY MAY 14 ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(B)** |

In support of Defendants' Motion to Certify May 14 Order for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (Doc. 104) ("Motion"), Defendants respectfully submit the recent decision in *Mehedi v. View, Inc.*, 2024 WL 3748012 (N.D. Cal. Aug. 8, 2024).

*Mehedi* involved the exact same procedural posture as the one here in the following respects—the court initially granted the defendants' motion to dismiss in full, the court granted the plaintiffs' motion for reconsideration and amended its dismissal order, and the defendants moved for relief under § 1292(b). *Id.* at *1-2. While the substantive issues were different, *Mehedi* addresses whether § 1292(b)'s second requirement—which Plaintiffs' Opposition to the Motion focused on (Doc. 105)—is satisfied in cases where a court reconsiders its prior decision on a point of law not squarely addressed by the Ninth Circuit.

The *Mehedi* court concluded that all three of § 1292(b)'s requirements for certification were met and granted the defendants' motion.[1] The court's decision is relevant to Defendants' Motion because the *Mehedi* court determined that § 1292(b)'s second requirement—"a substantial ground for difference of opinion"—was satisfied because (1) the Ninth Circuit had not yet addressed the precise causation/standing issue in question, and (2) the court had "issu[ed] two orders"—its original dismissal order and its order on the plaintiffs' reconsideration motion—"that reached opposit[e] conclusions." *Id*. at *2. The *Mehedi* court determined that these two grounds established that "the controlling law is unclear." *Id*. (quoting *Couch v. Telescope*, 611 F.3d 629, 633 (9th Cir. 2010)).

Instructively, the *Mehedi* court's holding shows that a substantial basis for a difference of opinion can exist even absent prior authority inconsistent with the district court's ruling, although Defendants' Motion not only satisfies both grounds on which the *Mehedi* court relied, but also made a showing of inconsistent authority. (Doc. 104 at 4-7.)

The decision in *Mehedi* was issued on August 8, 2024, after briefing on Defendants' Motion was completed. Defendants have attached a copy of the decision as Exhibit A hereto. The Court has set the Motion for oral argument on September 4, 2024.

---

[1] The *Mehedi* court certified the following issue: "Whether a lead plaintiff who lacks a viable loss causation theory can still have Article III standing to bring securities fraud claims." 2024 WL 3748012, at *3. The court directed the defendants to "petition the Ninth Circuit for leave to proceed with the interlocutory appeal" on this issue within 14 days. *Id*.

1

Dated: August 27, 2024

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: /s/ John C. Gray
Robert M. Kort (Bar No. 016602)
John C. Gray (Bar No. 028454)
201 East Washington Street, Suite 1200
Phoenix, Arizona 85004
Telephone: 602-262-5331
rkort@lewisroca.com
jgray@lewisroca.com

**ALLEN OVERY SHEARMAN STERLING US LLP**
Adam S. Hakki (*pro hac vice*)
599 Lexington Ave
New York, NY 10022
Telephone: (212) 848-4000
ahakki@aoshearman.com

Lyle Roberts (*pro hac vice*)
George E. Anhang (*pro hac vice*)
401 9th Street, NW, Suite 800
Washington, DC 20004
Telephone: (202) 508-8000
lyle.roberts@aoshearman.com
george.anhang@aoshearman.com

Billy Marsh (*pro hac vice*)
2601 Olive St., 17th Floor
Dallas, TX 75201
Telephone: (214) 271-5348
billy.marsh@aoshearman.com

*Counsel for Defendants Opendoor Technologies Inc., Eric Wu, Carrie Wheeler, Chamath Palihapitiya, Steven Trieu, Ian Osborne, Adam Bain, David Spillane, Cipora Herman, Pueo Keffer, Glenn Solomon, Jason Kilar, and Jonathan Jaffe*

2

**BEYERS FARRELL PLLC**

/s/ Michael J. Farrell
Michael J. Farrell (Arizona Bar. No. 028454)
Maureen Beyers (Arizona Bar No. 017134)
99 East Virginia Avenue, Suite 220
Phoenix, AZ 85004
Telephone: (602) 738-3022
mfarrell@bfazlaw.com
mbeyers@bfazlaw.com

**O'MELVENY & MYERS LLP**
Jonathon Rosenberg (*pro hac vice*)
William Sushon (*pro hac vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
jrosenberg@omm.com
wsushon@omm.com

Amy S. Park (*pro hac vice*)
2765 Sand Hill Road
Menlo Park, CA
Telephone: (650) 473-2600
apark@omm.com

*Counsel for Defendants Citigroup Global Markets, Inc., Goldman Sachs & Co., LLC, Barclays Capital Inc., Deutsche Bank Securities Inc., Oppenheimer & Co. Inc., BTIG, LLC, KeyBanc Capital Markets Inc., Wedbush Securities Inc., TD Securities (USA) LLC, Zelman Partners LLC, Academy Securities, Inc., Loop Capital Markets LLC, Samuel A. Ramirez & Company, Inc. and Siebert Williams Shank & Co., LLC*