**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
Robert M. Kort (Bar No. 016602)
John C. Gray (Bar No. 028454)
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Telephone: (602) 262-5311
Facsimile: (602) 262-5747
Email: rkort@lewisroca.com
      jgray@lewisroca.com

*Counsel for Defendants Opendoor Technologies Inc.,*
*Eric Wu, Carrie Wheeler, Chamath Palihapitiya,*
*Steven Trieu, Ian Osborne, Adam Bain, David Spillane,*
*Cipora Herman, Pueo Keffer, Glenn Solomon, Jason Kilar,*
*and Jonathan Jaffe*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re Opendoor Technologies, Inc. Securities Litigation | Case No. 2:22-CV-01717-MTL<br><br>**STIPULATION AND JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |

Lead Plaintiffs Indiana Public Retirement System, Oakland County Employees' Retirement System, and Oakland County Voluntary Employees' Beneficiary Association ("Lead Plaintiffs"), Additional Plaintiff Stuart Graham Hereford (together with Lead Plaintiffs, "Plaintiffs"), the Opendoor Defendants,[1] and the Underwriter Defendants[2] jointly stipulate and move this Court to enter the Stipulated Protective Order submitted herewith to facilitate the disclosure and exchange of confidential information in this action. As good cause for entry of the Stipulated Protective Order, the parties, through their counsel, state the following:

1.      Rule 26(c) authorizes a court to protect pretrial discovery where "good cause" is shown. *San Jose Mercury News, Inc. v. U.S. Dist. Ct.*, 187 F.3d 1096, 1103 (9th Cir. 1999).  Good cause exists for the entry of the attached Stipulated Protective Order.  If the order is not granted, then the parties could be required to produce documents and information that contain trade secret or other commercially sensitive information, or other proprietary or confidential information belonging to the parties.  Such documents and information warrant protection from public disclosure under Rule 26(c).  Fed. R. Civ. P 26(c) ("requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed in a specified way").

2.      Harm will result to the parties if this protective order is not granted. Specifically, if this protective order is not granted, a party would be permitted to disclose another party's highly sensitive confidential and/or financial information which is not publicly known, but which, if disclosed, could cause commercial or other injury.

---

[1] The Opendoor Defendants are Defendants Opendoor Technologies Inc. ("Opendoor" or the "Company"), Eric Wu, Carrie Wheeler, Adam Bain, Cipora Herman, Chamath Palihapitiya, Steven Trieu, Ian Osborne, David Spillane, Pueo Keffer, Glenn Solomon, Jason Kilar, and Jonathan Jaffe.

[2] The Underwriter Defendants are Defendants Citigroup Global Markets Inc.; Goldman Sachs & Co. LLC; Barclays Capital Inc.; Deutsche Bank Securities Inc.; Oppenheimer & Co. Inc.; BTIG, LLC; KeyBanc Capital Markets Inc.; Wedbush Securities Inc.; TD Securities (USA) LLC; Zelman Partners LLC; Academy Securities, Inc.; Loop Capital Markets LLC; Samuel A. Ramirez & Company, Inc.; and Siebert Williams Shank & Co., LLC.

1

3.    The Stipulated Protective Order requires that the parties seek leave from the Court to file documents under seal in accordance with the standard in the Ninth Circuit. *Kamakana v. Honolulu,* 447 F.3d 1172, 1178-87 (9th Cir. 2006); *see also* LRCiv. 5.6. Further, the parties acknowledge that the requested Order does not confer blanket protections on all disclosures or responses to discovery and that the protection it affords from public disclosure and use extends only to the documents or information that are entitled to confidential treatment under the Order or applicable legal principles.

The parties therefore respectfully request that the Court enter the attached Stipulated Protective Order.

Dated: September 5, 2024

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

Robert M. Kort (Bar No. 016602)
John C. Gray (Bar No. 028454)
201 East Washington Street, Suite 1200
Phoenix, Arizona 85004
Telephone: 602-262-5331
jgray@lewisroca.com
rkort@lewisroca.com

**ALLEN OVERY SHEARMAN STERLING US LLP**
Lyle Roberts (*pro hac vice*)
George E. Anhang (*pro hac vice*)
401 9th Street, NW, Suite 800
Washington, DC 20004
Telephone: (202) 508-8000
lyle.roberts@aoshearman.com
george.anhang@aoshearman.com

Billy Marsh (*pro hac vice*)
2601 Olive St., 17th Floor
Dallas, TX 75201
Telephone: (214) 271-5348
billy.marsh@aoshearman.com

*Counsel for Defendants Opendoor Technologies Inc., Eric Wu, Carrie Wheeler, Chamath Palihapitiya, Steven Trieu, Ian Osborne, Adam Bain, David Spillane, Cipora Herman, Pueo Keffer, Glenn Solomon, Jason Kilar, and Jonathan Jaffe*

Dated: September 5, 2024

**BEYERS FARRELL PLLC**

*/s/   Michael J. Farrell (with permission)*
Michael J. Farrell (Arizona Bar. No. 015056)
Maureen Beyers (Arizona Bar No. 017134)
99 East Virginia Avenue, Suite 220
Phoenix, AZ 85004
Telephone: (602) 738-3022
mfarrell@bfazlaw.com
mbeyers@bfazlaw.com

**O'MELVENY & MYERS LLP**
Jonathon Rosenberg (*pro hac vice*)
William Sushon (*pro hac vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
jrosenberg@omm.com
wsushon@omm.com

Amy S. Park (*pro hac vice*)
2765 Sand Hill Road
Menlo Park, CA
Telephone: (650) 473-2600
apark@omm.com

*Counsel for Defendants Citigroup Global Markets, Inc., Goldman Sachs & Co., LLC, Barclays Capital Inc., Deutsche Bank Securities Inc., Oppenheimer & Co. Inc., BTIG, LLC, KeyBanc Capital Markets Inc., Wedbush Securities Inc., TD Securities (USA) LLC, Zelman Partners LLC, Academy Securities, Inc., Loop Capital Markets LLC, Samuel A. Ramirez & Company, Inc. and Siebert Williams Shank & Co., LLC*

4

Dated: September 5, 2024

**LABATON KELLER SUCHAROW LLP**

/s/ *Michael P. Canty (with permission)*
Michael P. Canty
James T. Christie
Nicholas D. Manningham
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: mcanty@labaton.com
      jchristie@labaton.com
      nmanningham@labaton.com

*Counsel for Plaintiffs and the Class*

**CLARK HILL PLC**
Daniel P. Thiel, SBN #035831
14850 North Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: 480-684-1100
Fax: 480-684-1199
dthiel@clarkhill.com

*Local Counsel for Plaintiffs*

**VANOVERBEKE MICHAUD & TIMMONY P.C.**
Aaron L. Castle (admitted *pro hac vice*)
79 Alfred Street
Detroit, Michigan 48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201
acastle@vmtlaw.com

**GLANCY PRONGAY & MURRAY LLP**
Casey E. Sadler (*pro hac vice* motion forthcoming)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
clinehan@glancylaw.com

*Additional Counsel for Plaintiffs*

5