**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
Robert M. Kort (Bar No. 016602)
John C. Gray (Bar No. 028454)
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Telephone: (602) 262-5311
Facsimile: (602) 262-5747
Email: rkort@lewisroca.com
　　　　jgray@lewisroca.com

*Counsel for Defendants Opendoor Technologies Inc.,*
*Eric Wu, Carrie Wheeler, Chamath Palihapitiya,*
*Steven Trieu, Ian Osborne, Adam Bain, David Spillane,*
*Cipora Herman, Pueo Keffer, Glenn Solomon, Jason Kilar,*
*and Jonathan Jaffe*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| In re Opendoor Technologies, Inc. Securities Litigation | Case No. 2:22-CV-01717-MTL |
|---|---|
| | **JOINT STIPULATION OF DISMISSAL RE DEFENDANT SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. II** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the Court's order of September 4, 2024, all parties who have appeared in this action hereby stipulate to and jointly request entry of the proposed order lodged concurrently herewith, dismissing Defendant Social Capital Hedosophia Holdings Corp. II ("SCH") without prejudice.

The parties further stipulate and agree that:

1.  The dismissal of SCH shall not constitute or be deemed to constitute a dismissal of Defendant Opendoor Technologies Inc. ("Opendoor").

2.  In connection with the merger transaction that SCH entered into with Opendoor Labs Inc. (the "Merger Transaction"), SCH became known as "Opendoor Technologies, Inc."  Since that time, SCH has no longer existed separate and apart from Opendoor, which has appeared in this action, and SCH has not appeared as a separate entity in this action. Prior to the Merger Transaction, and as stated in SCH filings with the SEC: "Social Capital Hedosophia Holdings is a partnership between Chamath Palihapitiya, the founder and current Managing Partner of Social Capital, and Ian Osborne, a co-founder and the current CEO of Hedosophia."

3.  Plaintiffs may serve on Opendoor the same discovery requests that they could have served on SCH if it were not dismissed from this case pursuant to this stipulation.  Opendoor may not object to any such discovery, or fail to provide any such requested discovery, based on any of the following grounds or contentions: (1) SCH has been dismissed from this action, (2) such

1

discovery could only properly be served on SCH, (3) SCH no longer exists, (4) SCH and Opendoor are the same entity, or (5) SCH and Opendoor were previously not the same entity.

4. To extent that Plaintiffs seek the discovery of documents relating to the Merger Transaction from Social Capital, Hedosophia, any Individual Defendant, or any other related entity for which any Defendant has a controlling interest, no party or non-party may interpose any objection to, make any argument or submission to the Court in opposition to, or take any other actions to prevent or obstruct, the production of such documents based on any of the following grounds or contentions: (1) SCH has been dismissed from this action, (2) such documents could have been produced, or should have been produced, if at all, by SCH or Opendoor, (3) SCH no longer exists, (4) SCH and Opendoor are the same entity, or (5) SCH and Opendoor were previously not the same entity.

5. Except as set forth in paragraphs 3 and 4 herein, nothing in this stipulation shall constitute a waiver of, or shall otherwise prejudice (1) any party's or non-party's ability to assert any objection to any discovery request, or (2) any other party's or non-party's ability to oppose any such objection.

6. The Opendoor Defendants were required to produce insurance agreements in their possession, custody, or control, that SCH would have been required to produce to Plaintiffs pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iv) if SCH were

not dismissed from this action.  The Opendoor Defendants represent that they produced such agreements to Plaintiffs on September 11, 2024.

7.    No party shall be deemed to be a "prevailing party" or entitled to costs or fees solely as a result of this stipulation or the dismissal of SCH.

SO STIPULATED.

Dated: _September 13, 2024_        **Lewis Roca Rothgerber Christie LLP**

By: _____
Robert M. Kort
John C. Gray
201 East Washington Street, Suite 1200
Phoenix, Arizona 85004
Telephone: 602-262-5331
rkort@lewisroca.com
jgray@lewisroca.com

**Allen Overy Shearman Sterling US LLP**
Adam S. Hakki (pro hac vice)
599 Lexington Ave
New York, NY 10022
Telephone: (212) 848-4000
ahakki@aoshearman.com

Lyle Roberts (*pro hac vice*)
George E. Anhang (*pro hac vice*)
401 9th Street, NW, Suite 800
Washington, DC 20004
Telephone: (202) 508-8000
lyle.roberts@aoshearman.com
george.anhang@aoshearman.com

Billy Marsh (*pro hac vice*)
2601 Olive St., 17th Floor
Dallas, TX 75201
Telephone: (214) 271-5348
billy.marsh@aoshearman.com

*Counsel for Defendants Opendoor Technologies Inc., Eric Wu, Carrie Wheeler, Chamath Palihapitiya, Steven Trieu, Ian Osborne, Adam Bain, David Spillane, Cipora Herman, Pueo Keffer, Glenn Solomon, Jason Kilar, and Jonathan Jaffe*

4

Dated: ___September 13, 2024___          **Beyers Farrell PLLC**


By: ___Michael J. Farrell (with permission)___
Michael J. Farrell
Maureen Beyers
99 East Virginia Avenue, Suite 220
Phoenix, AZ 85004
Telephone: (602) 738-3022
mfarrell@bfazlaw.com
mbeyers@bfazlaw.com

**O'Melveny & Myers LLP**
Jonathon Rosenberg (*pro hac vice*)
William Sushon (*pro hac vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
jrosenberg@omm.com
wsushon@omm.com

Amy S. Park (*pro hac vice*)
2765 Sand Hill Road
Menlo Park, CA
Telephone: (650) 473-2600
apark@omm.com

*Counsel for Defendants Citigroup Global Markets, Inc., Goldman Sachs & Co., LLC, Barclays Capital Inc., Deutsche Bank Securities Inc., Oppenheimer & Co. Inc., BTIG, LLC, KeyBanc Capital Markets Inc., Wedbush Securities Inc., TD Securities (USA) LLC, Zelman Partners LLC, Academy Securities, Inc., Loop Capital Markets LLC, Samuel A. Ramirez & Company, Inc. and Siebert Williams Shank & Co., LLC*

5

Dated:  September 13, 2024                **Labaton Keller Sucharow LLP**


By:    Michael P. Canty (with permission)
Michael P. Canty (*pro hac vice*)
James T. Christie (*pro hac vice*)
Nicholas Manningham (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
mcanty@labaton.com
jchristie@labaton.com
nmanningham@labaton.com

*Counsel for Plaintiffs and the Class*

**Clark Hill PLC**
Daniel P. Thiel
14850 North Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: 480-684-1100
Fax: 480-684-1199
dthiel@clarkhill.com

*Local Counsel for Plaintiffs*

**VanOverbeke Michaud & Timmony P.C.**
Aaron L. Castle (*pro hac vice*)
79 Alfred Street
Detroit, Michigan 48201
Telephone: (313) 578-1200
acastle@vmtlaw.com

**Glancy Prongay & Murray LLP**
Casey E. Sadler (*pro hac vice* pending)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
rprongay@glancylaw.com
clinehan@glancylaw.com

*Additional Counsel for Plaintiffs*

6