**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re Opendoor Technologies, Inc. Securities Litigation | Case No. 2:22-CV-01717-MTL<br><br>**[PROPOSED] ORDER OF DISMISSAL RE DEFENDANT SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. II** |

126000110.1

The Court having considered the Joint Stipulation of Dismissal re Defendant Social Capital Hedosophia Holdings Corp. II filed by all parties who have appeared in this action, and good cause appearing,

IT IS HEREBY ORDERED THAT Defendant Social Capital Hedosophia Holdings Corp. II is hereby dismissed from this action without prejudice.

IT IS SO ORDERED.

126000110.1                                    1