# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sam Alich, | No. CV-22-01717-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Opendoor Technologies Incorporated, et al., | |
| Defendants. | |

Having considered the Parties' Joint Stipulation of Dismissal re Defendant Social Capital Hedosophia Holdings Corp. II (Doc. 127).

**IT IS ORDERED** dismissing Defendant Social Capital Hedosophia Holdings Corp. II without prejudice.

Dated this 16th day of September, 2024.

Michael T. Liburdi
Michael T. Liburdi
United States District Judge