**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
Robert M. Kort (Bar No. 016602)
John C. Gray (Bar No. 028454)
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Telephone:   (602) 262-5311
Facsimile:   (602) 262-5747
Email:   rkort@lewisroca.com
         jgray@lewisroca.com

*Counsel for Defendants Opendoor Technologies Inc., Eric Wu, Carrie Wheeler, Chamath Palihapitiya, Steven Trieu, Ian Osborne, Adam Bain, David Spillane, Cipora Herman, Pueo Keffer, Glenn Solomon, Jason Kilar, and Jonathan Jaffe*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re Opendoor Technologies, Inc. Securities Litigation | Case No. 2:22-CV-01717-MTL<br><br>**NOTICE OF SERVICE RE OPENDOOR DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES** |

Pursuant to LRCiv 5.2, the Opendoor Defendants[1] hereby give notice that, on September 16, 2024, their counsel served the following discovery requests on the respective counsel for all other parties to this action:

---

[1] The Opendoor Defendants are Opendoor Technologies Inc. ("Opendoor" or the "Company"), Eric Wu, Carrie Wheeler, Adam Bain, Cipora Herman, Chamath Palihapitiya, Steven Trieu, Ian Osborne, David Spillane, Pueo Keffer, Glenn Solomon, Jason Kilar, and Jonathan Jaffe.

- Opendoor Defendants' First Set of Interrogatories to Plaintiffs; and
- Opendoor Defendants' First Set of Requests to Plaintiffs for Production of Documents and Electronically Stored Information.

Dated:  September 16, 2024

**Lewis Roca Rothgerber Christie LLP**

By: _____
John C. Gray

**Allen Overy Shearman Sterling US LLP**
Adam S. Hakki (*pro hac vice*)
599 Lexington Ave.
New York, NY 10022
Telephone: (212) 848-4000
ahakki@aoshearman.com

Lyle Roberts (*pro hac vice*)
George E. Anhang (*pro hac vice*)
1101 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 508-8000
lyle.roberts@aoshearman.com
george.anhang@aoshearman.com

Billy Marsh (*pro hac vice*)
2601 Olive St., 17th Floor
Dallas, TX 75201
Telephone: (214) 271-5348
billy.marsh@aoshearman.com

*Counsel for Defendants Opendoor Technologies Inc., Eric Wu, Carrie Wheeler, Chamath Palihapitiya, Steven Trieu, Ian Osborne, Adam Bain, David Spillane, Cipora Herman, Pueo Keffer, Glenn Solomon, Jason Kilar, and Jonathan Jaffe*