# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sam Alich, | No. CV-22-01717-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Opendoor Technologies Incorporated, et al., | |
| Defendants. | |

The Court having considered the Stipulation for Extension of Time to File Motion for Class Certification, and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 141).

**IT IS FURTHER ORDERED** that the Court's Scheduling Order (Doc. 118) is amended as follows:

1.    Deadline for Plaintiffs to file their motion for class certification is extended to **February 21, 2025**.

2.    Deadline for Defendants to file their opposition to Plaintiffs' motion for class certification is extended to **April 11, 2025**.

3.    Deadline for Plaintiffs to file their reply in support of their motion for class certification is extended to **May 12, 2025**.

. . . .

. . . .

. . . .

**IT IS FINALLY ORDERED** that the Court's Scheduling Order (Doc. 118) is reaffirmed in all other respects.

Dated this 30th day of December, 2024.

Michael T. Liburdi
United States District Judge