# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sam Alich, | No. CV-22-01717-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Opendoor Technologies Incorporated, et al., | |
| Defendants. | |

The Court having considered the Joint Letter Updating the Court on Mediation and Requesting an Extension of Time to File Motion for Class Certification, and good cause appearing,

**IT IS ORDERED** granting the Joint Motion (Doc. 143).

**IT IS FURTHER ORDERED** that the Court's Scheduling Order (Doc. 118) is amended as follows:

1. Deadline for Plaintiffs to file their motion for class certification is extended to **February 28, 2025**.

2. Deadline for Defendants to file their opposition to Plaintiff's motion for class certification is extended to **April 18, 2025**.

3. Deadline for Plaintiffs to file their reply in support of their motion for class certification is extended to **May 19, 2025**.

. . . .

. . . .

**IT IS FINALLY ORDERED** that the Court's Scheduling Order (Doc. 118) is reaffirmed in all other respects.

Dated this 14th day of February, 2025.

Michael T. Liburdi
United States District Judge