**LABATON KELLER SUCHAROW LLP**
Michael P. Canty (admitted *pro hac vice*)
James T. Christie (admitted *pro hac vice*)
Guillaume Buell (admitted *pro hac vice*)
Nicholas Manningham (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com
jchristie@labaton.com
gbuell@labaton.com
nmanningham@labaton.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE OPENDOOR TECHNOLOGIES INC. SECURITIES LITIGATION | Case No. 2:22-CV-01717-MTL |
| | **DECLARATION OF MICHAEL P. CANTY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| | DEMAND FOR JURY TRIAL |
| | CLASS ACTION |

I, Michael P. Canty, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.      I am a member of the Bar of the State of New York, admitted *pro hac vice* to the United States District Court for the District of Arizona, and a partner of the law firm of Labaton Keller Sucharow LLP, Lead Counsel for Plaintiffs and the Proposed Class in the above-captioned action. I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification filed herewith.

2.      Attached hereto as **Exhibit 1** is a true and accurate copy of the Consolidated Amended Complaint for Violations of the Federal Securities Laws dated and filed on April 17, 2023. ECF No. 39.

3.      Attached hereto as **Exhibit 2** is a true and accurate copy of the Registration Statement filed on Form S-4, as amended, with the U.S. Securities and Exchange Commission ("SEC") and declared effective on November 27, 2020.

4.      Attached hereto as **Exhibit 3** is a true and accurate copy of the Proxy/Prospectus filed on Form 424(b)(3), as amended, with the SEC on November 30, 2020.

5.      Attached hereto as **Exhibit 4** is a true and accurate copy of the Registration Statement filed on Form S-1, as amended, with the SEC on February 4, 2021.

6.      Attached hereto as **Exhibit 5** is a true and accurate copy of the Prospectus filed on Form 424(b)(3), as amended, with the SEC on February 8, 2021.

7.      Attached hereto as **Exhibit 6** is a true and accurate copy of the is a true and correct copy of the Declaration of Joseph Rozell, on behalf of Oakland County Employees' Retirement System and Oakland County Voluntary Employees' Beneficiary Association System, in Support of Plaintiff's Motion for Class Certification, executed on February 28, 2025.

8.      Attached hereto as **Exhibit 7** is a true and accurate copy of the is a true and correct copy of the Declaration of Stuart Graham Hereford System in Support of Plaintiff's Motion for Class Certification, executed on February 24, 2025.

9.      Attached hereto as **Exhibit 8** is a true and accurate list of 220 institutional holders of Opendoor common stock as of March 31, 2021.

10.    Attached hereto as **Exhibit 9** is a true and accurate list of 426 institutional holders of Opendoor common stock as of September 30, 2022.

11.    Attached hereto as **Exhibit 10** is a true and accurate copy of Labaton Keller Sucharow LLP's firm resume.

12.    Attached hereto as **Exhibit 11** is a true and accurate copy of Glancy Prongay & Murray LLP's firm resume.

13.    I declare under penalty of perjury that the foregoing is true and correct.

Executed:    February 28, 2025          /s/*Michael P. Canty*
             New York, New York         —————————————
                                         Michael P. Canty