# EXHIBIT 6

**LABATON KELLER SUCHAROW LLP**
Michael P. Canty (admitted *pro hac vice*)
James T. Christie (admitted *pro hac vice*)
Guillaume Buell (admitted *pro hac vice*)
Nicholas Manningham (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com
jchristie@labaton.com
gbuell@labaton.com
nmanningham@labaton.com

*Counsel for Plaintiffs*

**CLARK HILL PLC**
Daniel P. Thiel, SBN #035831
14850 North Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: 480-684-1100
Facsimile: 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
dthiel@clarkhill.com

*Local Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE OPENDOOR TECHNOLOGIES INC. SECURITIES LITIGATION | Case No. 2:22-CV-01717-MTL<br><br>**DECLARATION OF JOSEPH ROZELL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>DEMAND FOR JURY TRIAL<br><br>CLASS ACTION |

I, Joseph Rozell, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I respectfully submit this declaration on behalf of Oakland County Employees' Retirement System ("Oakland County ERS") and Oakland County Voluntary Employees' Beneficiary Association ("Oakland County VEBA," together with Oakland County ERS, the "Oakland County Funds") in support of Plaintiffs' Motion for Class Certification in the above-captioned action. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2. I am the Chairman of the Oakland County Funds and am authorized to make this declaration on behalf of the Oakland County Funds.

3. Oakland County Funds provide retirement services and manage approximately $2.4 billion in net assets on behalf of thousands of members and their beneficiaries. Oakland County Funds are sophisticated institutional investors with a substantial financial stake in this litigation and have the ability, resources, and experience to direct the litigation.

4. Oakland County Funds purchased Opendoor Technologies Inc. ("Opendoor") common stock pursuant and/or traceable to the Offering Documents issued in connection with Opendoor's Secondary Public Offering and was damaged thereby. Oakland County Funds' transactions in Opendoor common stock during the relevant period are reflect in Exhibit A, attached hereto.

5. Oakland County Funds understand that they are serving as Lead Plaintiffs in this litigation pursuant to their appointment by the Court on February 1, 2023. Oakland County Funds understand that the Private Securities Litigation reform Act of 1995 ("PSLRA") was intended to encourage institutional investors and others with meaningful losses to direct securities class actions. Since it moved for appointment as Lead Plaintiffs, Oakland County Funds have been committed to vigorously prosecuting this litigation and taking an active role in maintaining this lawsuit.

6. On behalf of Oakland County Funds, I and others at Oakland County Funds understand that we are moving to be appointed as Class Representative in this action and to have Lead Counsel, Labaton Keller Sucharow LLP, appointed as Class Counsel. Oakland

County Funds further understand that Lead Counsel represents all of the proposed class representatives, including Oakland County Funds, and Oakland County Funds support the appointment of Lead Counsel as Class Counsel.

7. Oakland County Funds are aware that a class action lawsuit, like this one, is brought on behalf of other shareholders that are members of the class. Oakland County Funds understand that a class representative is a representative party who acts on behalf of other class members in directing the litigation and we are willing to serve as a class representative.

8. Oakland County Funds understand that, as class representative, they have the duty to oversee the litigation to ensure that counsel for the class prosecutes the case vigorously and in the best interest of all class members. Oakland County Funds further understand that, as class representative, their duties may include consulting with counsel on proposed strategies and tactics during the course of the litigation, making recommendations as to whether or not to accept a particular settlement offer, and testifying at deposition and trial if called upon to do so. Oakland County Funds are committed to vigorously prosecuting this litigation and intend to obtain the largest recovery for the class consistent with good faith and sound judgment.

9. Oakland County Funds have reviewed and monitored the progress of this litigation and have regularly conferred with counsel concerning the litigation and its prosecution. For example, Oakland County Funds have received and reviewed periodic updates and other correspondence from counsel regarding all aspects of the case, including the progress of discovery and the filing of significant pleadings and court orders. Oakland County Funds also participated in discussions with counsel regarding significant developments in the litigation and have searched for and produced documents to Defendants in advance of a mediation.

10. Moreover, a representative of Oakland County Funds attended a full-day mediation in New York, New York on February 7, 2025.

11. Oakland County Funds understand that as Class Representative, they owe a fiduciary duty to all members of the proposed class to provide fair and adequate

2

representation, and Oakland County Funds will continue to work with counsel to obtain the maximum recovery possible for the class consistent with good faith and meritorious advocacy.

12.    Oakland County Funds will not accept any payment for service as class representative beyond their pro rata share of any recovery, except for reimbursement of such reasonable costs and expenses directly relating to the representation of the class, including lost wages, or other amounts expressly ordered and approved by the Court.

13.    To the best of my knowledge, Oakland County Funds have no conflict of interest with any member of the proposed class that would prevent them from fairly and adequately representing the best interests of the class.

14.    Oakland County Funds intend to continue to provide fair and adequate representation by, among other things, overseeing the efforts of counsel.  In addition, Oakland County Funds believe that Lead Counsel has substantial experience and expertise in prosecuting securities class actions and possesses the necessary financial and human resources to prosecute the case effectively.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this day 2/28/2025___ of February, 2025.

Signed by:

Joseph Rozell
—40EE5E8BFE3B431...
Joseph Rozell

3

## EXHIBIT A

### OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM
### TRANSACTIONS IN OPENDOOR TECHNOLOGIES, INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 2/5/2021 | 2,994 | $27.00 | ($80,838.00) |
| Sales | 8/2/2021 | -363 | $14.96 | $5,430.48 |
| Sales | 3/24/2022 | -627 | $9.03 | $5,661.81 |
| Sales | 8/11/2022 | -73 | $5.99 | $437.45 |
| Sales | 8/11/2022 | -428 | $5.95 | $2,548.65 |
| Sales | 8/12/2022 | -98 | $6.09 | $597.17 |
| Sales | 8/12/2022 | -5 | $6.26 | $31.32 |
| Sales | 8/12/2022 | -226 | $6.28 | $1,418.69 |
| Sales | 8/12/2022 | -2 | $6.29 | $12.57 |
| Sales | 8/12/2022 | -10 | $6.29 | $62.89 |
| Sales | 8/15/2022 | -5 | $6.04 | $30.18 |
| Sales | 8/15/2022 | -150 | $6.02 | $903.57 |
| Sales | 8/16/2022 | -303 | $5.73 | $1,736.07 |
| Sales | 8/17/2022 | -100 | $5.25 | $525.08 |
| Sales | 8/18/2022 | -48 | $5.10 | $244.56 |
| Sales | 8/18/2022 | -379 | $5.04 | $1,908.68 |
| Sales | 8/18/2022 | -68 | $4.94 | $335.58 |
| Sales | 8/18/2022 | -76 | $4.99 | $379.35 |
| Sales | 8/18/2022 | -33 | $4.95 | $163.49 |

### OAKLAND COUNTY VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION
### TRANSACTIONS IN OPENDOOR TECHNOLOGIES, INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 2/5/2021 | 5,763 | $27.00 | ($155,601.00) |
| Sales | 1/27/2022 | -1,200 | $8.50 | $10,200.00 |
| Sales | 8/11/2022 | -167 | $5.99 | $1,000.75 |
| Sales | 8/11/2022 | -974 | $5.95 | $5,799.98 |
| Sales | 8/12/2022 | -24 | $6.29 | $150.95 |
| Sales | 8/12/2022 | -11 | $6.26 | $68.91 |
| Sales | 8/12/2022 | -224 | $6.09 | $1,364.97 |
| Sales | 8/12/2022 | -4 | $6.29 | $25.14 |
| Sales | 8/12/2022 | -513 | $6.28 | $3,220.31 |
| Sales | 8/15/2022 | -11 | $6.04 | $66.39 |
| Sales | 8/15/2022 | -342 | $6.02 | $2,060.14 |
| Sales | 8/16/2022 | -689 | $5.73 | $3,947.69 |
| Sales | 8/17/2022 | -227 | $5.25 | $1,191.93 |
| Sales | 8/18/2022 | -172 | $4.99 | $858.54 |

| Sales | 8/18/2022 | -74 | $4.95 | $366.60 |
|-------|-----------|------|-------|----------|
| Sales | 8/18/2022 | -864 | $5.04 | $4,351.19 |
| Sales | 8/18/2022 | -110 | $5.10 | $560.45 |
| Sales | 8/18/2022 | -157 | $4.94 | $774.80 |