# EXHIBIT 7

**LABATON KELLER SUCHAROW LLP**
Michael P. Canty (admitted *pro hac vice*)
James T. Christie (admitted *pro hac vice*)
Guillaume Buell (admitted *pro hac vice*)
Nicholas Manningham (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com
jchristie@labaton.com
gbuell@labaton.com
nmanningham@labaton.com

*Counsel for Plaintiffs*

**CLARK HILL PLC**
Daniel P. Thiel, SBN #035831
14850 North Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: 480-684-1100
Facsimile: 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
dthiel@clarkhill.com

*Local Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE OPENDOOR TECHNOLOGIES INC. SECURITIES LITIGATION | Case No. 2:22-CV-01717-MTL |
| | **DECLARATION OF STUART GRAHAM HEREFORD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| | DEMAND FOR JURY TRIAL |
| | <u>CLASS ACTION</u> |

I, Stuart Graham Hereford, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.    I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned action. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.    I purchased Opendoor Technologies Inc. ("Opendoor") common stock pursuant and/or traceable to Opendoor's Offering Documents issue in connection with Opendoor's De-SPAC Merger and was damaged thereby. My transactions in Opendoor common stock during the relevant period are reflect in Exhibit A, attached hereto.

3.    I understand that I am moving to be appointed as Class Representative in this action and to have Lead Counsel, Labaton Keller Sucharow LLP, appointed as Class Counsel. I further understand that Lead Counsel represents all of the proposed class representatives, including myself, and I support the appointment of Lead Counsel as Class Counsel.

4.    I am aware that a class action lawsuit, like this one, is brought on behalf other shareholders that are members of the class. I understand that a class representative is a representative party who acts on behalf of other class members in directing the litigation and I am willing to serve as a class representative.

5.    I understand that, as Class Representative, I have the duty to oversee the litigation to ensure that counsel for the class prosecutes the case vigorously and in the best interest of all class members. I understand that, as class representative, my duties may include consulting with counsel on proposed strategies and tactics during the course of the litigation, making recommendations as to whether or not to accept a particular settlement offer, and testifying at deposition and trial if called upon to do so. I am committed to vigorously prosecuting this litigation and intend to obtain the largest recovery for the class consistent with good faith and sound judgment.

6.    I have reviewed and monitored the progress of this litigation and have regularly conferred with counsel concerning the litigation and its prosecution. For example, I have received and reviewed periodic updates and other correspondence from counsel regarding all aspects of the case, including the progress of discovery and the filing of significant pleadings

and court orders. I also participated in discussions with counsel regarding significant developments in the litigation and have searched for and produced documents to Defendants in advance of a mediation.

7. In addition, I understand that as Class Representative I owe a fiduciary duty to all members of the proposed class to provide fair and adequate representation, and I will continue to work with counsel to obtain the maximum recovery possible for the class consistent with good faith and meritorious advocacy.

8. I will not accept any payment for service as class representative beyond my pro rata share of any recovery, except for reimbursement of such reasonable costs and expenses directly relating to the representation of the class, including lost wages, or other amounts expressly ordered and approved by the Court.

9. To the best of my knowledge, I have no conflict of interest with any member o the proposed class that would prevent me from fairly and adequately representing the best interests of the class.

10. I intend to continue to provide fair and adequate representation by, among other things, overseeing the efforts of counsel. In addition, I believe that Lead Counsel has substantial experience and expertise in prosecuting securities class actions and possesses the necessary financial and human resources to prosecute the case effectively.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this days of February 24 , 2025.

_____
Stuart Graham Hereford

2

## EXHIBIT A

### STUART GRAHAM HEREFORD'S TRANSACTIONS IN OPENDOOR TECHNOLOGIES, INC.

| Date | Transaction Type | Shares | Price Per Share |
|---|---|---|---|
| 12/18/2020 | Bought | 1,773 | $28.7500 |
| 12/28/2020 | Bought | 1,025 | $24.3500 |
| 12/31/2020 | Bought | 658 | $22.8500 |
| 2/11/2021 | Sold | -1,728 | $39.0000 |
| 2/16/2021 | Bought | 1,728 | $32.8900 |
| 4/8/2021 | Bought | 1,268 | $20.1600 |
| 11/29/2021 | Bought | 3,146 | $16.1400 |
| 1/24/2022 | Bought | 2,130 | $8.2694 |
| 6/16/2022 | Bought | 600 | $4.3450 |
| 6/16/2022 | Bought | 1,100 | $4.3450 |
| 9/13/2022 | Bought | 7,000 | $4.6250 |