# EXHIBIT 8

**13F Holders - Opendoor Technologies Inc. (OPEN)**

| # | Investor Name | 31-Mar-2021 | Investor Type | Investor Sub-Type | Equity Assets ($) | Investment Style | City | Country/Region | Region |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SB Investment Advisers (UK) Limited | 73,620,282 | Investment Managers | Investment Advisor | 10,838,722,274.12 | | London | United Kingdom | Europe |
| 2 | VK Services, LLC | 46,120,934 | Investment Managers | Venture Capital | 492,423,873.29 | VC/Private Equity | Menlo Park | United States | North America |
| 3 | Access Industries, Inc. | 34,639,442 | Strategic Entities | Corporation | 1,636,762,926.62 | | | United States | North America |
| 4 | Wu (Eric Chung-Wei) | 32,407,840 | Strategic Entities | Individual Investor | 35,942,376.96 | | | United States | North America |
| 5 | The Vanguard Group, Inc. | 28,718,984 | Investment Managers | Investment Advisor/Hedge Fund | 7,909,477,743,414.57 | Index | Malvern | United States | North America |
| 6 | GGV Capital LLC | 27,422,875 | Investment Managers | Venture Capital | 242,648,602.07 | VC/Private Equity | Menlo Park | United States | North America |
| 7 | Magnetar Capital Partners LP | 21,460,399 | Investment Managers | Investment Advisor/Hedge Fund | 4,646,121,686.57 | Hedge Fund | Evanston | United States | North America |
| 8 | General Atlantic LLC | 18,733,928 | Investment Managers | Private Equity | 3,347,945,140.25 | VC/Private Equity | Greenwich | United States | North America |
| 9 | Norwest Venture Partners | 16,758,248 | Investment Managers | Venture Capital | 309,545,728.37 | VC/Private Equity | Palo Alto | United States | North America |
| 10 | T. Rowe Price Associates, Inc. | 14,285,035 | Investment Managers | Investment Advisor | 1,127,341,973,545.20 | GARP | Baltimore | United States | North America |
| 11 | Lakestar (G.P.) Ltd | 11,912,732 | Investment Managers | Investment Advisor/Hedge Fund | 23,611,945.50 | | St. Peter Port | Guernsey | Europe |
| 12 | ARK Investment Management LLC | 11,641,318 | Investment Managers | Investment Advisor | 11,218,119,383.98 | Growth | New York | United States | North America |
| 13 | SCH Sponsor II LLC | 10,150,000 | Institutions | Institutions | 228,781,000.00 | | | United States | North America |
| 14 | Andreessen Horowitz | 8,601,063 | Investment Managers | Venture Capital | 2,394,823,352.21 | VC/Private Equity | Menlo Park | United States | North America |
| 15 | Hoi Ming (Wong Ian) | 7,307,162 | Strategic Entities | Individual Investor | 166,091,792.26 | | | United States | North America |
| 16 | New Enterprise Associates (NEA) | 6,666,548 | Investment Managers | Venture Capital | 2,068,902,807.41 | VC/Private Equity | Timonium | United States | North America |
| 17 | Wong (Ian) | 6,417,294 | Strategic Entities | Individual Investor | 0 | | | New Zealand | Asia / Pacific |
| 18 | BlackRock Institutional Trust Company, N.A. | 6,154,924 | Investment Managers | Investment Advisor | 4,158,040,768,369.69 | Index | San Francisco | United States | North America |
| 19 | Nikko Asset Management Co., Ltd. | 6,119,643 | Investment Managers | Investment Advisor/Hedge Fund | 128,710,199,522.30 | Core Growth | Minato-ku (Tokyo) | Japan | Asia / Pacific |
| 20 | Baron Capital Management, Inc. | 5,826,335 | Investment Managers | Investment Advisor/Hedge Fund | 39,033,909,972.07 | Growth | New York | United States | North America |
| 21 | Suvretta Capital Management, LLC | 5,565,317 | Investment Managers | Hedge Fund | 2,814,951,315.05 | Hedge Fund | New York | United States | North America |
| 22 | Low (Ah Kee Andrew) | 4,642,348 | Strategic Entities | Individual Investor | 0 | | | United States | North America |
| 23 | BlackRock Financial Management, Inc. | 3,272,151 | Investment Managers | Investment Advisor/Hedge Fund | 310,846,440,741.18 | Core Growth | New York | United States | North America |
| 24 | Geode Capital Management, L.L.C. | 3,141,909 | Investment Managers | Investment Advisor/Hedge Fund | 1,428,250,424,338.71 | Index | Boston | United States | North America |
| 25 | Morillo (Daniel) | 2,102,805 | Strategic Entities | Individual Investor | 575,833.32 | | | United States | North America |
| 26 | Candlestick Capital Management LP | 1,920,045 | Investment Managers | Hedge Fund | 2,441,674,220.37 | Hedge Fund | Greenwich | United States | North America |
| 27 | Morgan Stanley Investment Management Inc. (US) | 1,700,050 | Investment Managers | Investment Advisor/Hedge Fund | 94,272,391,166.71 | GARP | New York | United States | North America |
| 28 | Sylebra Capital LLC | 1,376,748 | Investment Managers | Investment Advisor | 3,187,522,515.71 | | Palo Alto | United States | North America |
| 29 | Alphabet, Inc. | 1,250,997 | Investment Managers | Venture Capital | 2,084,781,964.15 | VC/Private Equity | Mountain View | United States | North America |
| 30 | Davidson Kempner Capital Management LP | 1,021,540 | Investment Managers | Hedge Fund | 1,923,208,673.56 | Hedge Fund | New York | United States | North America |
| 31 | Senator Investment Group LP | 1,000,000 | Investment Managers | Hedge Fund | 2,104,938,937.81 | Hedge Fund | New York | United States | North America |
| 32 | Susquehanna International Group, LLP | 929,850 | Investment Managers | Investment Advisor | 56,442,927,996.24 | Broker-Dealer | Bala Cynwyd | United States | North America |
| 33 | TD Asset Management Inc. | 862,483 | Investment Managers | Investment Advisor | 129,415,477,009.99 | GARP | Toronto | Canada | North America |
| 34 | Charles Schwab Investment Management, Inc. | 816,661 | Investment Managers | Investment Advisor | 623,925,801,734.90 | Index | San Francisco | United States | North America |
| 35 | T. Rowe Price Japan, Inc. | 742,112 | Investment Managers | Investment Advisor | 8,238,315,288.09 | | Chiyoda-ku (Tokyo) | Japan | Asia / Pacific |
| 36 | Soros Fund Management, L.L.C. | 699,512 | Investment Managers | Hedge Fund | 4,039,610,356.29 | Hedge Fund | New York | United States | North America |
| 37 | Northern Trust Investments, Inc. | 645,946 | Investment Managers | Investment Advisor/Hedge Fund | 408,667,440,955.39 | Index | Chicago | United States | North America |
| 38 | Stamina Capital Management LP | 505,000 | Investment Managers | Hedge Fund | 0 | Hedge Fund | New York | United States | North America |
| 39 | Athanor Capital, LP | 403,750 | Investment Managers | Hedge Fund | 4,066,629.98 | Hedge Fund | New York | United States | North America |
| 40 | Coatue Management, L.L.C. | 337,760 | Investment Managers | Hedge Fund | 27,052,385,859.83 | Hedge Fund | New York | United States | North America |
| 41 | Jane Street Capital, L.L.C. | 332,294 | Brokerage Firms | Research Firm | 91,762,032,149.41 | Broker-Dealer | New York | United States | North America |
| 42 | T. Rowe Price International Ltd | 280,027 | Investment Managers | Investment Advisor/Hedge Fund | 116,724,916,561.10 | GARP | London | United Kingdom | Europe |
| 43 | BlackRock Investment Management, LLC | 253,765 | Investment Managers | Investment Advisor/Hedge Fund | 165,690,124,818.80 | Deep Value | Princeton | United States | North America |
| 44 | Bain Adam | 250,610 | Strategic Entities | Individual Investor | 5,479,391.20 | | | United States | North America |
| 45 | Citadel Advisors LLC | 250,030 | Investment Managers | Hedge Fund | 94,333,159,596.04 | Hedge Fund | Miami | United States | North America |
| 46 | State Street Global Advisors (US) | 207,400 | Investment Managers | Investment Advisor/Hedge Fund | 2,579,892,946,325.20 | Index | Boston | United States | North America |
| 47 | Alyeska Investment Group, L.P. | 200,000 | Investment Managers | Hedge Fund | 17,276,399,237.80 | Hedge Fund | Chicago | United States | North America |
| 48 | Qube Research & Technologies Ltd | 194,350 | Investment Managers | Hedge Fund | 54,470,908,476.00 | Hedge Fund | London | United Kingdom | Europe |
| 49 | Morgan Stanley Smith Barney LLC | 181,226 | Investment Managers | Investment Advisor | 595,727,003,750.24 | Core Growth | Seattle | United States | North America |
| 50 | Penserra Capital Management LLC | 172,529 | Investment Managers | Investment Advisor | 9,423,648,382.68 | Index | New York | United States | North America |
| 51 | Millennium Management LLC | 163,374 | Investment Managers | Hedge Fund | 112,298,944,401.96 | Hedge Fund | New York | United States | North America |

| # | Investor Name | 31-Mar-2021 | Investor Type | Investor Sub-Type | Equity Assets ($) | Investment Style | City | Country/Region | Region |
|---|---|---|---|---|---|---|---|---|---|
| 52 | Virtu Americas LLC | 160,357 | Brokerage Firms | Research Firm | 1,816,952,611.96 | Broker-Dealer | Jersey City | United States | North America |
| 53 | Wells Fargo Advisors | 154,882 | Brokerage Firms | Research Firm | 306,543,355,337.46 | Broker-Dealer | Richmond | United States | North America |
| 54 | BNY Mellon Asset Management | 150,250 | Investment Managers | Investment Advisor | 132,055,341,748.67 | Income Value | New York | United States | North America |
| 55 | Wheeler (Carrie A) | 150,000 | Strategic Entities | Individual Investor | 8,846,735.31 | | | United States | North America |
| 56 | William Blair & Company, L.L.C. (Research) | 141,803 | Brokerage Firms | Research Firm | 32,408,343,533.57 | Broker-Dealer | Chicago | United States | North America |
| 57 | Jefferies LLC | 134,757 | Brokerage Firms | Research Firm | 4,765,069,478.54 | Broker-Dealer | New York | United States | North America |
| 58 | Baillie Gifford & Co. | 132,499 | Investment Managers | Investment Advisor | 211,236,572,584.41 | Core Growth | Edinburgh | United Kingdom | Europe |
| 59 | Graham Capital Management, L.P. | 120,155 | Investment Managers | Investment Advisor/Hedge Fund | 1,587,857,049.00 | Hedge Fund | Rowayton | United States | North America |
| 60 | Herman (Cipora) | 113,342 | Strategic Entities | Individual Investor | 774,252.31 | | | United States | North America |
| 61 | UBS Asset Management (Americas), Inc. | 103,792 | Investment Managers | Investment Advisor | 85,431,472,667.80 | Core Value | Chicago | United States | North America |
| 62 | Spillane David M | 100,000 | Strategic Entities | Individual Investor | 2,254,000.00 | | | United States | North America |
| 63 | TD Cowen (Research) | 100,000 | Brokerage Firms | Research Firm | 3,586,431,051.53 | | New York | United States | North America |
| 64 | Goldman Sachs & Company, Inc. | 97,634 | Brokerage Firms | Research Firm | 164,431,520,414.55 | Broker-Dealer | New York | United States | North America |
| 65 | Columbia Threadneedle Investments (US) | 92,738 | Investment Managers | Investment Advisor/Hedge Fund | 373,084,178,006.76 | Core Value | Boston | United States | North America |
| 66 | RBC Dominion Securities, Inc. | 91,399 | Investment Managers | Investment Advisor | 89,043,028,437.84 | Broker-Dealer | Toronto | Canada | North America |
| 67 | Seven Eight Capital, LP | 90,864 | Investment Managers | Hedge Fund | 957,731,861.95 | Hedge Fund | New York | United States | North America |
| 68 | Engineers Gate Manager, L.P. | 88,900 | Investment Managers | Hedge Fund | 4,434,893,521.19 | Hedge Fund | New York | United States | North America |
| 69 | Commonwealth Financial Network | 85,850 | Investment Managers | Investment Advisor | 65,955,981,728.86 | Core Growth | Waltham | United States | North America |
| 70 | Raymond James & Associates, Inc. | 81,934 | Brokerage Firms | Research Firm | 164,041,577,336.71 | Broker-Dealer | St. Petersburg | United States | North America |
| 71 | USCA RIA LLC | 81,465 | Investment Managers | Investment Advisor | 1,644,913,344.91 | Yield | Houston | United States | North America |
| 72 | UBS Financial Services, Inc. | 81,437 | Investment Managers | Investment Advisor | 330,181,938,471.86 | Broker-Dealer | Weehawken | United States | North America |
| 73 | Meyer Capital Group | 80,000 | Investment Managers | Investment Advisor | 660,447,418.89 | GARP | Marlton | United States | North America |
| 74 | Marathon Trading Investment Management LLC | 76,473 | Investment Managers | Hedge Fund | 214,649,579.56 | Hedge Fund | Radnor | United States | North America |
| 75 | Cohen Capital Management, Inc. | 70,400 | Investment Managers | Investment Advisor | 616,500,980.57 | Core Value | Corte Madera | United States | North America |
| 76 | Emerald Advisers LLC | 69,200 | Investment Managers | Investment Advisor | 4,318,813,836.69 | Growth | Lancaster | United States | North America |
| 77 | Altshuler Shaham Ltd. | 67,200 | Investment Managers | Investment Advisor/Hedge Fund | 3,072,725,545.49 | Core Value | Tel Aviv | Israel | Middle East |
| 78 | Verition Fund Management LLC | 65,667 | Investment Managers | Hedge Fund | 13,110,554,363.92 | Hedge Fund | Greenwich | United States | North America |
| 79 | Advisory Services Network, LLC | 64,917 | Investment Managers | Investment Advisor | 4,830,895,251.66 | | Atlanta | United States | North America |
| 80 | Cutler Group, LP | 62,053 | Investment Managers | Investment Advisor | 198,591,834.46 | | San Francisco | United States | North America |
| 81 | Squarepoint Capital LLP | 58,218 | Investment Managers | Investment Advisor/Hedge Fund | 30,317,629,093.79 | Hedge Fund | London | United Kingdom | Europe |
| 82 | Cubist Systematic Strategies, LLC | 55,954 | Investment Managers | Hedge Fund | 6,607,639,043.63 | Hedge Fund | Stamford | United States | North America |
| 83 | Sumitomo Mitsui DS Asset Management (Hong Kong) Limited | 47,865 | Investment Managers | Investment Advisor/Hedge Fund | 1,075,045,653.19 | | Central (Hong Kong) | Hong Kong | Asia / Pacific |
| 84 | Citi Investment Research (US) | 47,654 | Brokerage Firms | Research Firm | 106,760,176,373.69 | Broker-Dealer | New York | United States | North America |
| 85 | Morgan Stanley & Co. LLC | 42,220 | Brokerage Firms | Research Firm | 235,970,586,974.35 | Broker-Dealer | New York | United States | North America |
| 86 | HAP Trading, LLC | 41,087 | Brokerage Firms | Research Firm | 197,162,376.00 | Broker-Dealer | New York | United States | North America |
| 87 | Creative Planning, Inc. | 40,198 | Investment Managers | Investment Advisor/Hedge Fund | 93,648,136,212.43 | Deep Value | Overland Park | United States | North America |
| 88 | Bank Vontobel AG | 39,300 | Brokerage Firms | Research Firm | 3,364,115,907.29 | | Zurich | Switzerland | Europe |
| 89 | Amundi Asset Management, SAS | 39,283 | Investment Managers | Investment Advisor/Hedge Fund | 345,623,373,273.02 | GARP | Paris | France | Europe |
| 90 | Société Générale Gestion | 39,283 | Investment Managers | Investment Advisor | 4,010,761,649.33 | Core Growth | Paris | France | Europe |
| 91 | Bel Air Investment Advisors, LLC | 38,360 | Investment Managers | Investment Advisor/Hedge Fund | 64,129,680.90 | GARP | Los Angeles | United States | North America |
| 92 | Raymond James Financial Services Advisors, Inc. | 35,483 | Investment Managers | Investment Advisor | 75,004,996,556.75 | | St. Petersburg | United States | North America |
| 93 | Franklin Street Capital Partners LLC | 35,202 | Investment Managers | Hedge Fund | 0 | Hedge Fund | New York | United States | North America |
| 94 | ExodusPoint Capital Management, LP | 34,346 | Investment Managers | Hedge Fund | 9,122,613,303.45 | Hedge Fund | New York | United States | North America |
| 95 | Ceresio Investors | 34,272 | Investment Managers | Investment Advisor/Hedge Fund | 480,319,876.13 | Specialty | London | United Kingdom | Europe |
| 96 | Snowden Capital Advisors LLC | 33,967 | Investment Managers | Investment Advisor | 3,360,934,093.02 | | New York | United States | North America |
| 97 | Stifel, Nicolaus & Company, Incorporated | 33,494 | Investment Managers | Investment Advisor/Hedge Fund | 69,743,526,174.28 | GARP | St. Louis | United States | North America |
| 98 | Stevens (Elizabeth Ann) | 32,941 | Strategic Entities | Individual Investor | 0 | | | United States | North America |
| 99 | Osaic Holdings, Inc. | 32,664 | Investment Managers | Investment Advisor | 42,311,255,691.40 | | New York | United States | North America |
| 100 | Nomura Securities Co., Ltd. | 32,492 | Brokerage Firms | Research Firm | 21,723,851,821.28 | Broker-Dealer | Chiyoda-ku (Tokyo) | Japan | Asia / Pacific |
| 101 | GLG LLC | 32,228 | Investment Managers | Hedge Fund | 1,656,053,722.42 | Hedge Fund | New York | United States | North America |
| 102 | Bluefin Trading, LLC | 31,313 | Investment Managers | Investment Advisor | 91,233,099.81 | | New York | United States | North America |
| 103 | Wolverine Trading, LLC | 30,963 | Investment Managers | Investment Advisor | 6,105,410,766.10 | Broker-Dealer | Chicago | United States | North America |
| 104 | RBC Capital Markets Wealth Management | 28,743 | Brokerage Firms | Research Firm | 118,550,061,679.92 | Broker-Dealer | Minneapolis | United States | North America |

| # | Investor Name | 31-Mar-2021 | Investor Type | Investor Sub-Type | Equity Assets ($) | Investment Style | City | Country/Region | Region |
|---|---|---|---|---|---|---|---|---|---|
| 105 | Crystal Rock Capital Management, LLC | 27,325 | Investment Managers | Investment Advisor | 167,130,623.82 | Deep Value | Bannockburn | United States | North America |
| 106 | Greylin Investment Management, Inc. | 27,200 | Investment Managers | Investment Advisor | 566,021,923.62 | Core Value | Orange County | United States | North America |
| 107 | LPL Financial LLC | 24,063 | Investment Managers | Investment Advisor | 200,577,632,980.54 | GARP | Boston | United States | North America |
| 108 | Griffin Asset Management, Inc. | 22,549 | Investment Managers | Investment Advisor/Hedge Fund | 893,997,068.90 | Core Growth | New York | United States | North America |
| 109 | Morgan Stanley & Co. International Plc | 22,053 | Brokerage Firms | Research Firm | 13,239,335,406.53 | Broker-Dealer | London | United Kingdom | Europe |
| 110 | Exos Asset Management LLC | 22,034 | Investment Managers | Investment Advisor/Hedge Fund | 98,438,425.12 | Hedge Fund | New York | United States | North America |
| 111 | Rockefeller Capital Management | 21,595 | Investment Managers | Investment Advisor | 36,299,398,036.34 | Core Growth | New York | United States | North America |
| 112 | Gerber Kawasaki Wealth & Investment Management | 21,510 | Investment Managers | Investment Advisor | 1,998,220,842.18 | | Santa Monica | United States | North America |
| 113 | Pentwater Capital Management LP | 20,000 | Investment Managers | Hedge Fund | 4,790,474,129.20 | Hedge Fund | Evanston | United States | North America |
| 114 | NEXT Financial Group, Inc. | 19,458 | Investment Managers | Investment Advisor | 1,517,221,779.98 | | Houston | United States | North America |
| 115 | Cambridge Investment Research Advisors, Inc. | 18,866 | Investment Managers | Investment Advisor | 27,043,606,988.53 | Core Growth | Fairfield | United States | North America |
| 116 | Wiley Brothers-Aintree Capital, L.L.C. | 17,975 | Brokerage Firms | Research Firm | 2,279,094,104.13 | | Nashville | United States | North America |
| 117 | TradeLink Capital LLC | 15,600 | Investment Managers | Hedge Fund | 1,993,080.00 | Hedge Fund | Chicago | United States | North America |
| 118 | Alpine Global Management, LLC | 15,154 | Investment Managers | Investment Advisor | 487,288,345.59 | | New York | United States | North America |
| 119 | Miller Value Partners, LLC | 15,000 | Investment Managers | Investment Advisor | 311,630,444.54 | Core Value | Baltimore | United States | North America |
| 120 | Pearl River Capital, LLC | 14,375 | Investment Managers | Investment Advisor | 0 | | Niles | United States | North America |
| 121 | IMC Chicago, LLC | 14,304 | Investment Managers | Investment Advisor | 3,464,834,485.97 | | Chicago | United States | North America |
| 122 | Tudor Investment Corporation | 13,928 | Investment Managers | Hedge Fund | 9,027,555,416.50 | Hedge Fund | Greenwich | United States | North America |
| 123 | Apollon Wealth Management, LLC | 13,803 | Investment Managers | Investment Advisor | 3,284,047,144.74 | | Mount Pleasant | United States | North America |
| 124 | BlackRock Investment Management (Australia) Ltd. | 13,589 | Investment Managers | Investment Advisor | 93,872,917,807.84 | Index | Melbourne | Australia | Asia / Pacific |
| 125 | HSBC Global Asset Management (UK) Limited | 13,505 | Investment Managers | Investment Advisor/Hedge Fund | 203,813,577,490.28 | Core Growth | London | United Kingdom | Europe |
| 126 | Ratan Capital Management LP | 13,405 | Investment Managers | Hedge Fund | 371,428,475.50 | Hedge Fund | Miami | United States | North America |
| 127 | Rothschild Investment Corporation | 13,350 | Investment Managers | Investment Advisor | 1,527,691,977.93 | Core Growth | Chicago | United States | North America |
| 128 | Rice (E John Jr) | 13,342 | Strategic Entities | Individual Investor | 3,377,700.13 | | | United States | North America |
| 129 | Credit Suisse International | 13,332 | Brokerage Firms | Research Firm | 819,666,118.98 | Broker-Dealer | London | United Kingdom | Europe |
| 130 | GLG Partners LP | 13,178 | Investment Managers | Investment Advisor/Hedge Fund | 13,871,103,762.44 | Hedge Fund | London | United Kingdom | Europe |
| 131 | Stratos Wealth Advisors, LLC | 13,120 | Investment Managers | Investment Advisor | 2,180,561,120.88 | | Beachwood | United States | North America |
| 132 | B. Riley Wealth Advisors, Inc. | 12,900 | Investment Managers | Investment Advisor | 3,921,519,688.12 | Hedge Fund | Orlando | United States | North America |
| 133 | Paloma Partners Management Company | 12,257 | Investment Managers | Hedge Fund | 930,296,467.63 | Hedge Fund | Greenwich | United States | North America |
| 134 | Thrive Capital Management, LLC (NY) | 12,134 | Investment Managers | Venture Capital | 852,478,437.24 | VC/Private Equity | New York | United States | North America |
| 135 | Blueshift Asset Management, LLC | 11,995 | Investment Managers | Investment Advisor | 403,653,046.17 | | Red Bank | United States | North America |
| 136 | International Assets Investment Management, LLC | 10,750 | Investment Managers | Investment Advisor | 1,769,754,267.76 | | Orlando | United States | North America |
| 137 | Schonfeld Strategic Advisors LLC | 10,500 | Investment Managers | Hedge Fund | 12,916,355,055.21 | Hedge Fund | New York | United States | North America |
| 138 | Robert Cowen Investments (Pty) Ltd. | 10,281 | Investment Managers | Investment Advisor/Hedge Fund | 49,746,685.97 | Hedge Fund | Sandton | South Africa | Africa |
| 139 | Cetera Advisors LLC | 10,252 | Investment Managers | Investment Advisor | 12,679,463,682.07 | Core Growth | Denver | United States | North America |
| 140 | Guggenheim Investments | 10,050 | Investment Managers | Investment Advisor/Hedge Fund | 16,006,009,580.45 | Core Value | Rockville | United States | North America |
| 141 | American Portfolios Advisors, Inc | 10,000 | Investment Managers | Investment Advisor | 2,351,277,041.67 | | Holbrook | United States | North America |
| 142 | Steward Partners Investment Advisory, LLC | 9,950 | Investment Managers | Investment Advisor | 9,491,874,632.92 | | Clearwater | United States | North America |
| 143 | Capula Investment Management LLP | 9,625 | Investment Managers | Hedge Fund | 8,952,693,437.87 | Hedge Fund | London | United Kingdom | Europe |
| 144 | SG Americas Securities, L.L.C. | 8,775 | Brokerage Firms | Research Firm | 26,078,299,949.68 | Broker-Dealer | New York | United States | North America |
| 145 | Simplex Trading, LLC | 6,854 | Brokerage Firms | Research Firm | 2,966,065,954.28 | Broker-Dealer | Chicago | United States | North America |
| 146 | Maven Investment Partners Ltd | 6,675 | Investment Managers | Investment Advisor | 536,811,454.03 | | Central (Hong Kong) | Hong Kong | Asia / Pacific |
| 147 | Walleye Trading, LLC | 6,469 | Brokerage Firms | Research Firm | 5,070,340,996.47 | Broker-Dealer | Plymouth | United States | North America |
| 148 | American Century Investment Management, Inc. | 6,259 | Investment Managers | Investment Advisor | 220,518,564,302.84 | Core Growth | Kansas City | United States | North America |
| 149 | Valeo Financial Advisors LLC | 5,984 | Investment Managers | Investment Advisor | 4,063,104,874.71 | | Carmel | United States | North America |
| 150 | Invesco Advisers, Inc. | 5,974 | Investment Managers | Investment Advisor/Hedge Fund | 305,678,066,017.58 | GARP | Atlanta | United States | North America |
| 151 | Arkadios Wealth Advisors LLC | 5,500 | Investment Managers | Investment Advisor | 1,763,561,343.97 | | Atlanta | United States | North America |
| 152 | Wrona Investment Management, LLC | 5,000 | Investment Managers | Investment Advisor | 17,720,668.28 | | Pinehurst | United States | North America |
| 153 | Stelac Advisory Services LLC | 5,000 | Investment Managers | Investment Advisor | 246,544,748.84 | | New York | United States | North America |
| 154 | Mellon Investments Corporation | 3,518 | Investment Managers | Investment Advisor/Hedge Fund | 288,159,614,950.92 | GARP | Boston | United States | North America |
| 155 | AFH Wealth Management | 3,449 | Investment Managers | Investment Advisor | 1,300,551,194.33 | | Worcester(Worcestershire) | United Kingdom | Europe |
| 156 | Hyposwiss Private Bank Genève SA | 2,625 | Investment Managers | Investment Advisor/Hedge Fund | 69,430,949.88 | Hedge Fund | Geneva | Switzerland | Europe |
| 157 | Carson Wealth Management Group | 2,420 | Investment Managers | Investment Advisor | 23,227,959,653.91 | Growth | Omaha | United States | North America |

| # | Investor Name | 31-Mar-2021 | Investor Type | Investor Sub-Type | Equity Assets ($) | Investment Style | City | Country/Region | Region |
|---|---|---|---|---|---|---|---|---|---|
| 158 | Wells Fargo Bank, N.A. | 2,208 | Investment Managers | Bank and Trust | 49,148,601,122.39 | Core Value | San Francisco | United States | North America |
| 159 | EasyAssetManagement (Pty) Ltd | 2,156 | Investment Managers | Hedge Fund | 3,092,971.11 | Hedge Fund | Johannesburg | South Africa | Africa |
| 160 | Center for Financial Planning, Inc. | 2,000 | Investment Managers | Investment Advisor | 737,007,379.13 | | Southfield | United States | North America |
| 161 | Arrow Capital Management Inc. | 1,710 | Investment Managers | Investment Advisor/Hedge Fund | 263,286,235.76 | Hedge Fund | Toronto | Canada | North America |
| 162 | PNC Investments LLC | 1,655 | Investment Managers | Investment Advisor | 135,394,483,188.25 | Core Growth | Philadelphia | United States | North America |
| 163 | Desjardins Securities Inc. | 1,600 | Brokerage Firms | Research Firm | 14,874,383,540.47 | | Montreal | Canada | North America |
| 164 | Allworth Financial, L.P. | 1,300 | Investment Managers | Investment Advisor | 16,415,609,495.27 | Growth | Sacramento | United States | North America |
| 165 | AnBro Capital Investments (Pty) Ltd | 1,018 | Investment Managers | Investment Advisor | 2,932,806.12 | Core Value | Johannesburg | South Africa | Africa |
| 166 | Baldwin Brothers, LLC. | 1,000 | Investment Managers | Investment Advisor/Hedge Fund | 1,466,031,984.74 | Core Growth | Marion | United States | North America |
| 167 | U.S. Bancorp Asset Management, Inc. | 1,000 | Investment Managers | Investment Advisor | 74,237,703,860.40 | Core Growth | Minneapolis | United States | North America |
| 168 | BMO Nesbitt Burns Inc. | 879 | Investment Managers | Investment Advisor | 52,797,208,942.48 | Growth | Toronto | Canada | North America |
| 169 | CAPTRUST Financial Advisors | 840 | Investment Managers | Investment Advisor | 32,001,784,837.48 | Yield | Raleigh | United States | North America |
| 170 | Bay Point Wealth | 800 | Investment Managers | Investment Advisor | 337,783,457.87 | | Annapolis | United States | North America |
| 171 | Brown Brothers Harriman & Company | 800 | Investment Managers | Bank and Trust | 13,608,812,290.92 | Core Growth | New York | United States | North America |
| 172 | Tower Research Capital LLC | 800 | Investment Managers | Hedge Fund | 5,922,884,021.70 | Hedge Fund | New York | United States | North America |
| 173 | Independent Financial Partners | 763 | Investment Managers | Family Office | 2,511,992,713.84 | Growth | Tampa | United States | North America |
| 174 | Ranch Capital Advisors | 610 | Investment Managers | Investment Advisor | 211,955,562.22 | | Haddonfield | United States | North America |
| 175 | AdvisorNet Wealth Partners | 600 | Investment Managers | Investment Advisor | 1,338,236,295.74 | | Minneapolis | United States | North America |
| 176 | BofA Global Research (US) | 600 | Brokerage Firms | Research Firm | 601,503,213,834.06 | Broker-Dealer | New York | United States | North America |
| 177 | NewSquare Capital LLC | 600 | Investment Managers | Investment Advisor | 1,267,610,199.29 | Yield | Newtown Square | United States | North America |
| 178 | Prime Capital Investment Advisors LLC | 594 | Investment Managers | Investment Advisor | 7,015,065,381.57 | | Overland Park | United States | North America |
| 179 | Endurance Wealth Management, Inc. | 513 | Investment Managers | Investment Advisor | 728,782,424.82 | Core Growth | Providence | United States | North America |
| 180 | BMO Harris Bank N.A. | 480 | Investment Managers | Bank and Trust | 20,565,082,530.50 | GARP | Chicago | United States | North America |
| 181 | Wolverine Asset Management, LLC | 476 | Investment Managers | Hedge Fund | 1,201,025,780.17 | Hedge Fund | Chicago | United States | North America |
| 182 | Clearview Wealth Advisors LLC | 442 | Investment Managers | Investment Advisor | 129,746,992.44 | | Salem | United States | North America |
| 183 | Whittier Trust Company | 439 | Investment Managers | Bank and Trust | 7,504,403,658.27 | Core Growth | South Pasadena | United States | North America |
| 184 | Geneos Wealth Management Inc | 410 | Investment Managers | Investment Advisor | 2,620,062,483.81 | | Centennial | United States | North America |
| 185 | First Manhattan Co. LLC | 400 | Investment Managers | Investment Advisor | 31,169,717,814.16 | Deep Value | New York | United States | North America |
| 186 | Evolution Wealth Advisors, LLC | 360 | Investment Managers | Investment Advisor | 554,365,109.28 | | Aventura | United States | North America |
| 187 | Winch Financial | 298 | Investment Managers | Investment Advisor | 361,615,175.10 | | Appleton | United States | North America |
| 188 | Atlas Capital Advisors LLC | 250 | Investment Managers | Investment Advisor | 768,524,851.45 | | San Francisco | United States | North America |
| 189 | Sandy Spring Bank | 247 | Investment Managers | Bank and Trust | 2,429,220,298.00 | Core Growth | Olney | United States | North America |
| 190 | Central Trust & Investment Company | 200 | Investment Managers | Investment Advisor | 4,265,532,830.08 | Core Value | St. Louis | United States | North America |
| 191 | The MassMutual Trust Company, FSB | 200 | Investment Managers | Investment Advisor | 3,511,124,447.29 | Growth | Enfield | United States | North America |
| 192 | Westside Investment Management, LLC | 200 | Investment Managers | Investment Advisor | 436,504,279.05 | Hedge Fund | Santa Monica | United States | North America |
| 193 | Northwestern Mutual Capital, LLC | 197 | Investment Managers | Investment Advisor | 101,439,564,355.00 | Core Growth | Milwaukee | United States | North America |
| 194 | Fidelity Management & Research Company LLC | 181 | Investment Managers | Investment Advisor | 2,357,440,442,312.82 | GARP | Boston | United States | North America |
| 195 | The Patriot Financial Group, LLC | 180 | Investment Managers | Investment Advisor | 744,869,297.41 | | Walpole | United States | North America |
| 196 | McIlrath & Eck, LLC | 156 | Investment Managers | Investment Advisor | 776,380,203.77 | | Arlington | United States | North America |
| 197 | Eudaimonia Partners, LLC | 155 | Investment Managers | Investment Advisor | 420,344,795.21 | | Tullahoma | United States | North America |
| 198 | Fourthought Financial, LLC | 150 | Investment Managers | Investment Advisor | 0 | | Venice | United States | North America |
| 199 | Spire Wealth Management, LLC | 150 | Investment Managers | Investment Advisor | 2,965,348,953.61 | | Reston | United States | North America |
| 200 | Huntington Private Financial Group | 145 | Investment Managers | Bank and Trust | 12,887,606,784.89 | Core Value | Columbus | United States | North America |
| 201 | RBC Private Counsel (USA) Inc. | 139 | Investment Managers | Investment Advisor | 2,811,235,532.66 | Growth | Toronto | Canada | North America |
| 202 | Glen Eagle Advisors, LLC | 120 | Investment Managers | Investment Advisor | 592,544,232.13 | | Kingston | United States | North America |
| 203 | Aspire Private Capital, LLC | 100 | Investment Managers | Investment Advisor | 419,995,657.31 | | Cornelius | United States | North America |
| 204 | Concourse Financial Group Securities, Inc | 100 | Investment Managers | Investment Advisor | 1,705,160,846.61 | | Birmingham | United States | North America |
| 205 | Tucker Asset Management LLC | 100 | Investment Managers | Investment Advisor | 445,765,166.90 | | Littleton | United States | North America |
| 206 | Charter Oak Capital Management, LLC | 65 | Investment Managers | Investment Advisor | 1,070,303,991.93 | | Portsmouth | United States | North America |
| 207 | Clearstead Advisors LLC | 60 | Investment Managers | Investment Advisor/Hedge Fund | 5,858,085,421.06 | Hedge Fund | Cleveland | United States | North America |
| 208 | HORAN Wealth Management | 50 | Investment Managers | Investment Advisor | 258,609,430.06 | Growth | Cincinnati | United States | North America |
| 209 | Tradewinds Capital Management, LLC | 50 | Investment Managers | Investment Advisor | 373,780,985.63 | | Bellingham | United States | North America |
| 210 | Kistler-Tiffany Advisors | 48 | Investment Managers | Investment Advisor | 616,096,451.30 | Core Growth | Berwyn | United States | North America |

| # | Investor Name | 31-Mar-2021 | Investor Type | Investor Sub-Type | Equity Assets ($) | Investment Style | City | Country/Region | Region |
|---|---|---|---|---|---|---|---|---|---|
| 211 | Sugarloaf Wealth Management, LLC | 48 | Investment Managers | Investment Advisor | 593,283,585.33 | | Duluth | United States | North America |
| 212 | Seasons of Advice Wealth Management | 21 | Investment Managers | Investment Advisor | 524,350,843.59 | | New York | United States | North America |
| 213 | HHM Wealth Advisors, LLC | 20 | Investment Managers | Investment Advisor | 704,983,481.47 | | Chattanooga | United States | North America |
| 214 | Crewe Advisors LLC | 15 | Investment Managers | Investment Advisor | 862,158,973.19 | | Salt Lake City | United States | North America |
| 215 | State of Wyoming | 11 | Investment Managers | Investment Advisor | 607,430,187.67 | | Cheyenne | United States | North America |
| 216 | AHL Partners LLP | 6 | Investment Managers | Hedge Fund | 10,571,860,157.23 | Hedge Fund | London | United Kingdom | Europe |
| 217 | Credit Suisse Securities (USA) LLC | 4 | Brokerage Firms | Research Firm | 196,471,744.62 | Broker-Dealer | New York | United States | North America |
| 218 | DuPont Capital Management Corporation | 1 | Investment Managers | Pension Fund | 1,222,486,196.03 | Core Value | Wilmington | United States | North America |
| 219 | Maplelane Capital, LLC | 1 | Investment Managers | Hedge Fund | 858,275,253.03 | Hedge Fund | New York | United States | North America |
| 220 | Wells Fargo Securities, LLC | 1 | Brokerage Firms | Research Firm | 6,626,872,919.42 | Broker-Dealer | San Francisco | United States | North America |