# EXHIBIT 9

**13F Holders - Opendoor Technologies Inc. (OPEN)**

| # | Investor Name | 30-Sep-2022 | Investor Type | Investor Sub-Type | Equity Assets ($) | Investment Style | City | Country/Region | Region |
|---|---|---|---|---|---|---|---|---|---|
| 1 | The Vanguard Group, Inc. | 62,954,216 | Investment Managers | Investment Advisor/Hedge Fund | 7,909,477,743,414.57 | Index | Malvern | United States | North America |
| 2 | Access Industries, Inc. | 53,598,914 | Strategic Entities | Corporation | 1,636,762,926.62 | | | United States | North America |
| 3 | T. Rowe Price Associates, Inc. | 32,781,658 | Investment Managers | Investment Advisor | 1,127,341,973,545.20 | GARP | Baltimore | United States | North America |
| 4 | Sylebra Capital LLC | 32,247,324 | Investment Managers | Investment Advisor | 3,187,522,515.71 | | Palo Alto | United States | North America |
| 5 | Wu (Eric Chung-Wei) | 30,881,455 | Strategic Entities | Individual Investor | 35,942,376.96 | | | United States | North America |
| 6 | GGV Capital LLC | 19,433,059 | Investment Managers | Venture Capital | 242,648,602.07 | VC/Private Equity | Menlo Park | United States | North America |
| 7 | BlackRock Institutional Trust Company, N.A. | 17,982,576 | Investment Managers | Investment Advisor | 4,158,040,768,369.69 | Index | San Francisco | United States | North America |
| 8 | D1 Capital Partners L.P. | 16,382,642 | Investment Managers | Hedge Fund | 5,176,913,421.31 | Hedge Fund | New York | United States | North America |
| 9 | Altimeter Capital Management, LP | 13,076,000 | Investment Managers | Hedge Fund | 6,731,036,875.80 | Hedge Fund | Boston | United States | North America |
| 10 | DWS Investments UK Limited | 11,655,672 | Investment Managers | Investment Advisor | 142,545,557,866.61 | Growth | London | United Kingdom | Europe |
| 11 | Fidelity Management & Research Company LLC | 11,325,529 | Investment Managers | Investment Advisor | 2,357,440,442,312.82 | GARP | Boston | United States | North America |
| 12 | Slate Path Capital LP | 11,180,000 | Investment Managers | Hedge Fund | 5,966,872,709.11 | Hedge Fund | New York | United States | North America |
| 13 | IEQ Capital LLC | 11,063,089 | Investment Managers | Investment Advisor | 7,426,953,427.88 | | Foster City | United States | North America |
| 14 | Morgan Stanley & Co. LLC | 9,300,876 | Brokerage Firms | Research Firm | 235,970,586,974.35 | Broker-Dealer | New York | United States | North America |
| 15 | 683 Capital Management LLC | 8,675,000 | Investment Managers | Hedge Fund | 914,316,504.72 | Hedge Fund | New York | United States | North America |
| 16 | First Trust Advisors L.P. | 7,780,185 | Investment Managers | Investment Advisor | 121,871,641,721.68 | Index | Wheaton | United States | North America |
| 17 | Geode Capital Management, L.L.C. | 7,416,690 | Investment Managers | Investment Advisor/Hedge Fund | 1,428,250,424,338.71 | Index | Boston | United States | North America |
| 18 | Hoi Ming (Wong Ian) | 7,307,162 | Strategic Entities | Individual Investor | 166,091,792.26 | | | United States | North America |
| 19 | State Street Global Advisors (US) | 7,147,903 | Investment Managers | Investment Advisor/Hedge Fund | 2,579,892,946,325.20 | Index | Boston | United States | North America |
| 20 | Goldman Sachs & Company, Inc. | 7,131,468 | Brokerage Firms | Research Firm | 164,431,520,414.55 | Broker-Dealer | New York | United States | North America |
| 21 | General Atlantic LLC | 6,321,519 | Investment Managers | Private Equity | 3,347,945,140.25 | VC/Private Equity | Greenwich | United States | North America |
| 22 | T. Rowe Price Investment Management, Inc. | 6,028,814 | Investment Managers | Investment Advisor | 193,236,117,458.59 | GARP | Baltimore | United States | North America |
| 23 | UBS Asset Management (Americas), Inc. | 5,940,588 | Investment Managers | Investment Advisor | 85,431,472,667.80 | Core Value | Chicago | United States | North America |
| 24 | Wong (Ian) | 5,606,087 | Strategic Entities | Individual Investor | 0 | | | New Zealand | Asia / Pacific |
| 25 | Citi Investment Research (US) | 5,376,435 | Brokerage Firms | Research Firm | 106,760,176,373.69 | Broker-Dealer | New York | United States | North America |
| 26 | Norges Bank Investment Management (NBIM) | 4,959,664 | Investment Managers | Sovereign Wealth Fund | 1,217,182,611,294.13 | Core Value | Oslo | Norway | Europe |
| 27 | Andreessen Horowitz | 4,838,098 | Investment Managers | Venture Capital | 2,394,823,352.21 | VC/Private Equity | Menlo Park | United States | North America |
| 28 | Renaissance Technologies LLC | 4,537,700 | Investment Managers | Hedge Fund | 66,472,156,470.09 | Hedge Fund | New York | United States | North America |
| 29 | Sachem Head Capital Management LP | 4,220,000 | Investment Managers | Hedge Fund | 1,922,430,871.13 | Hedge Fund | New York | United States | North America |
| 30 | BlackRock Financial Management, Inc. | 4,202,710 | Investment Managers | Investment Advisor/Hedge Fund | 310,846,440,741.18 | Core Growth | New York | United States | North America |
| 31 | TD Asset Management Inc. | 4,089,580 | Investment Managers | Investment Advisor | 129,415,477,009.99 | GARP | Toronto | Canada | North America |
| 32 | Susquehanna International Group, LLP | 4,018,089 | Investment Managers | Investment Advisor | 56,442,927,996.24 | Broker-Dealer | Bala Cynwyd | United States | North America |
| 33 | Point72 Asset Management, L.P. | 3,931,029 | Investment Managers | Hedge Fund | 30,434,750,393.74 | Hedge Fund | Stamford | United States | North America |
| 34 | Charles Schwab Investment Management, Inc. | 3,863,076 | Investment Managers | Investment Advisor | 623,925,801,734.90 | Index | San Francisco | United States | North America |
| 35 | Nikko Asset Management Americas, Inc. | 3,593,252 | Investment Managers | Investment Advisor/Hedge Fund | 4,435,693,163.09 | Core Value | New York | United States | North America |
| 36 | Atreides Management, LP | 3,426,887 | Investment Managers | Hedge Fund | 2,961,145,850.95 | Hedge Fund | Boston | United States | North America |
| 37 | Brightlight Capital Management LP | 3,349,800 | Investment Managers | Hedge Fund | 243,896,368.81 | Hedge Fund | Westport | United States | North America |
| 38 | Norwest Venture Partners | 3,073,377 | Investment Managers | Venture Capital | 309,545,728.37 | VC/Private Equity | Palo Alto | United States | North America |
| 39 | Bain Adam | 2,825,272 | Strategic Entities | Individual Investor | 5,479,391.20 | | | United States | North America |
| 40 | Hawk Ridge Capital Management LP | 2,677,500 | Investment Managers | Hedge Fund | 2,317,255,439.65 | Hedge Fund | Los Angeles | United States | North America |
| 41 | Lakestar (G.P.) Ltd | 2,567,751 | Investment Managers | Investment Advisor/Hedge Fund | 23,611,945.50 | | St. Peter Port | Guernsey | Europe |
| 42 | Millennium Management LLC | 2,532,669 | Investment Managers | Hedge Fund | 112,298,944,401.96 | Hedge Fund | New York | United States | North America |
| 43 | UBS Asset Management (UK) Ltd. | 2,372,720 | Investment Managers | Investment Advisor | 200,950,217,888.15 | Core Value | London | United Kingdom | Europe |
| 44 | Apollo Capital Management, L.P. | 2,257,813 | Investment Managers | Investment Advisor/Hedge Fund | 719,390,147.33 | Hedge Fund | New York | United States | North America |
| 45 | Qube Research & Technologies Ltd | 1,933,810 | Investment Managers | Hedge Fund | 54,470,908,476.00 | Hedge Fund | London | United Kingdom | Europe |
| 46 | Northern Trust Investments, Inc. | 1,842,900 | Investment Managers | Investment Advisor/Hedge Fund | 408,667,440,955.39 | Index | Chicago | United States | North America |
| 47 | Citadel Advisors LLC | 1,834,646 | Investment Managers | Hedge Fund | 94,333,159,596.04 | Hedge Fund | Miami | United States | North America |
| 48 | Deutsche Asset Management Americas | 1,824,864 | Investment Managers | Investment Advisor/Hedge Fund | 15,332,730,888.03 | Core Growth | New York | United States | North America |
| 49 | Think Investments LP | 1,773,500 | Investment Managers | Hedge Fund | 511,669,093.48 | Hedge Fund | San Francisco | United States | North America |
| 50 | LMDAGG, L.L.C | 1,563,617 | Investment Managers | Investment Advisor | 100,026,351.70 | | West Hollywood | United States | North America |
| 51 | Wheeler (Carrie A) | 1,542,577 | Strategic Entities | Individual Investor | 8,846,735.31 | | | United States | North America |
| 52 | Duquesne Family Office LLC | 1,538,085 | Investment Managers | Hedge Fund | 2,853,552,170.71 | Hedge Fund | New York | United States | North America |
| 53 | Solel Partners LP | 1,500,000 | Investment Managers | Investment Advisor/Hedge Fund | 490,885,509.23 | Hedge Fund | Boston | United States | North America |
| 54 | Squarepoint Capital LLP | 1,411,252 | Investment Managers | Investment Advisor/Hedge Fund | 30,317,629,093.79 | Hedge Fund | London | United Kingdom | Europe |

| # | Investor Name | 30-Sep-2022 | Investor Type | Investor Sub-Type | Equity Assets ($) | Investment Style | City | Country/Region | Region |
|---|---|---|---|---|---|---|---|---|---|
| 55 | Epoch Investment Partners, Inc. | 1,360,295 | Investment Managers | Investment Advisor | 27,192,065,333.48 | Growth | New York | United States | North America |
| 56 | Cubist Systematic Strategies, LLC | 1,346,080 | Investment Managers | Hedge Fund | 6,607,639,043.63 | Hedge Fund | Stamford | United States | North America |
| 57 | Parametric Portfolio Associates LLC | 1,257,854 | Investment Managers | Investment Advisor | 311,731,344,354.42 | Aggressive Growth | Seattle | United States | North America |
| 58 | Nuveen LLC | 1,255,626 | Investment Managers | Investment Advisor | 540,711,051,378.01 | GARP | New York | United States | North America |
| 59 | Wells Fargo Bank, N.A. | 1,169,773 | Investment Managers | Bank and Trust | 49,148,601,122.39 | Core Value | San Francisco | United States | North America |
| 60 | Altshuler Shaham Ltd. | 1,064,884 | Investment Managers | Investment Advisor/Hedge Fund | 3,072,725,545.49 | Core Value | Tel Aviv | Israel | Middle East |
| 61 | Perpetual Investment Management Limited | 1,025,700 | Investment Managers | Investment Advisor/Hedge Fund | 5,445,578,436.82 | Core Value | Sydney | Australia | Asia / Pacific |
| 62 | Nordea Funds Oy | 985,509 | Investment Managers | Investment Advisor | 129,442,495,623.75 | GARP | Helsinki | Finland | Europe |
| 63 | CAZ Investments, L.P. | 982,465 | Investment Managers | Investment Advisor/Hedge Fund | 142,080,120.55 | GARP | Houston | United States | North America |
| 64 | California Public Employees' Retirement System | 968,451 | Investment Managers | Pension Fund | 218,934,949,142.82 | Index | Sacramento | United States | North America |
| 65 | Schweizerische Nationalbank | 963,000 | Investment Managers | Bank and Trust | 159,746,852,796.53 | Index | Zurich | Switzerland | Europe |
| 66 | Invesco Capital Management LLC | 873,702 | Investment Managers | Investment Advisor | 269,238,104,198.38 | Index | Chicago | United States | North America |
| 67 | Eurizon Capital SGR S.p.A. | 851,814 | Investment Managers | Investment Advisor | 47,358,858,641.60 | Core Growth | Milan | Italy | Europe |
| 68 | Brookfield BHS Advisors LLC | 832,540 | Investment Managers | Hedge Fund | 2,642,393,461.82 | Hedge Fund | New York | United States | North America |
| 69 | BNY Mellon Asset Management | 831,432 | Investment Managers | Investment Advisor | 132,055,341,748.67 | Income Value | New York | United States | North America |
| 70 | Jane Street Capital, L.L.C. | 813,268 | Brokerage Firms | Research Firm | 91,762,032,149.41 | Broker-Dealer | New York | United States | North America |
| 71 | Ardmore Road Asset Management LP | 800,000 | Investment Managers | Hedge Fund | 775,690,354.74 | Hedge Fund | New York | United States | North America |
| 72 | Nomura Securities Co., Ltd. | 750,467 | Brokerage Firms | Research Firm | 21,723,851,821.28 | Broker-Dealer | Chiyoda-ku (Tokyo) | Japan | Asia / Pacific |
| 73 | Morgan Stanley Investment Management Inc. (US) | 717,091 | Investment Managers | Investment Advisor/Hedge Fund | 94,272,391,166.71 | GARP | New York | United States | North America |
| 74 | Stevens (Elizabeth Ann) | 698,501 | Strategic Entities | Individual Investor | 0 | | | United States | North America |
| 75 | Credit Suisse International | 689,915 | Brokerage Firms | Research Firm | 819,666,118.98 | Broker-Dealer | London | United Kingdom | Europe |
| 76 | Stamina Capital Management LP | 670,693 | Investment Managers | Hedge Fund | 0 | Hedge Fund | New York | United States | North America |
| 77 | California State Teachers Retirement System | 663,497 | Investment Managers | Pension Fund | 130,423,739,110.57 | Index | West Sacramento | United States | North America |
| 78 | BofA Global Research (US) | 648,621 | Brokerage Firms | Research Firm | 601,503,213,834.06 | Broker-Dealer | New York | United States | North America |
| 79 | AHL Partners LLP | 643,991 | Investment Managers | Hedge Fund | 10,571,860,157.23 | Hedge Fund | London | United Kingdom | Europe |
| 80 | Barclays Bank PLC | 624,593 | Investment Managers | Investment Advisor | 152,971,198,865.94 | Broker-Dealer | London | United Kingdom | Europe |
| 81 | Barrier Capital Management, LLC | 622,680 | Investment Managers | Hedge Fund | 107,793,912.33 | Hedge Fund | San Francisco | United States | North America |
| 82 | Low (Ah Kee Andrew) | 616,577 | Strategic Entities | Individual Investor | 0 | | | United States | North America |
| 83 | Mellon Investments Corporation | 575,775 | Investment Managers | Investment Advisor/Hedge Fund | 288,159,614,950.92 | GARP | Boston | United States | North America |
| 84 | Group One Trading, L.P. | 551,105 | Brokerage Firms | Research Firm | 2,528,821,935.19 | Broker-Dealer | Chicago | United States | North America |
| 85 | Caption Management, LLC | 532,479 | Investment Managers | Hedge Fund | 928,534,587.03 | Hedge Fund | Oklahoma City | United States | North America |
| 86 | New Jersey Division of Investment | 508,445 | Investment Managers | Pension Fund | 26,922,038,431.51 | Core Growth | Trenton | United States | North America |
| 87 | Ancient Art, L.P. | 500,000 | Investment Managers | Hedge Fund | 533,875,538.48 | Hedge Fund | Austin | United States | North America |
| 88 | Rhumbline Advisers Ltd. Partnership | 479,571 | Investment Managers | Investment Advisor | 110,877,237,512.63 | Core Growth | Boston | United States | North America |
| 89 | Hyperion Capital Advisors LP | 474,030 | Investment Managers | Investment Advisor/Hedge Fund | 212,864,854.57 | Hedge Fund | New York | United States | North America |
| 90 | T. Rowe Price International Ltd | 469,740 | Investment Managers | Investment Advisor/Hedge Fund | 116,724,916,561.10 | GARP | London | United Kingdom | Europe |
| 91 | Must Asset Management Inc. | 462,830 | Investment Managers | Hedge Fund | 41,968,131.85 | Hedge Fund | Seoul | South Korea | Asia / Pacific |
| 92 | New York State Common Retirement Fund | 456,800 | Investment Managers | Pension Fund | 75,277,295,796.90 | Index | Albany | United States | North America |
| 93 | Florida State Board of Administration | 456,713 | Investment Managers | Pension Fund | 83,607,130,555.40 | Index | Tallahassee | United States | North America |
| 94 | Manulife Investment Management (North America) Limited | 441,636 | Investment Managers | Investment Advisor | 187,324,666,059.91 | Core Value | Toronto | Canada | North America |
| 95 | Keffer (Pueo) | 415,388 | Strategic Entities | Individual Investor | 2,038,012.73 | | | United States | North America |
| 96 | Legal & General Investment Management Ltd. | 409,279 | Investment Managers | Investment Advisor/Hedge Fund | 578,676,657,134.15 | Index | London | United Kingdom | Europe |
| 97 | Morillo (Daniel) | 400,814 | Strategic Entities | Individual Investor | 575,833.32 | | | United States | North America |
| 98 | Wells Fargo Advisors | 372,863 | Brokerage Firms | Research Firm | 306,543,355,337.46 | Broker-Dealer | Richmond | United States | North America |
| 99 | Goldman Sachs Asset Management, L.P. | 370,303 | Investment Managers | Investment Advisor | 370,180,691,622.23 | Core Growth | New York | United States | North America |
| 100 | Owls Nest Partners | 357,500 | Investment Managers | Investment Advisor/Hedge Fund | 350,069,901.37 | | Chadds Ford | United States | North America |
| 101 | D. E. Shaw & Co., L.P. | 349,427 | Investment Managers | Hedge Fund | 70,861,212,140.21 | Hedge Fund | New York | United States | North America |
| 102 | T. Rowe Price Japan, Inc. | 347,213 | Investment Managers | Investment Advisor | 8,238,315,288.09 | | Chiyoda-ku (Tokyo) | Japan | Asia / Pacific |
| 103 | Cerity Partners LLC | 328,229 | Investment Managers | Investment Advisor | 36,848,989,894.36 | | Chicago | United States | North America |
| 104 | APG Asset Management N.V. | 321,543 | Investment Managers | Pension Fund | 96,037,365,544.39 | Core Growth | Heerlen | Netherlands | Europe |
| 105 | Peak 6 Capital Management, LLC | 317,084 | Investment Managers | Investment Advisor | 2,147,894,594.56 | | Chicago | United States | North America |
| 106 | UBS Fund Management (Switzerland) AG | 308,644 | Investment Managers | Investment Advisor/Hedge Fund | 126,781,240,777.91 | Core Growth | Basel | Switzerland | Europe |
| 107 | BlackRock Investment Management (UK) Ltd. | 308,486 | Investment Managers | Investment Advisor/Hedge Fund | 635,017,386,753.63 | Core Growth | London | United Kingdom | Europe |
| 108 | Signaturefd, LLC | 296,609 | Investment Managers | Investment Advisor | 5,242,251,301.66 | Yield | Atlanta | United States | North America |
| 109 | Chimera Capital Management, LLC | 293,301 | Investment Managers | Hedge Fund | 196,828,514.28 | Hedge Fund | New York | United States | North America |
| 110 | Temasek Holdings Pte. Ltd. | 285,011 | Investment Managers | Sovereign Wealth Fund | 121,990,114,338.93 | Core Growth | Singapore | Singapore | Asia / Pacific |

| # | Investor Name | 30-Sep-2022 | Investor Type | Investor Sub-Type | Equity Assets ($) | Investment Style | City | Country/Region | Region |
|---|---|---|---|---|---|---|---|---|---|
| 111 | Loomis, Sayles & Company, L.P. | 283,003 | Investment Managers | Investment Advisor/Hedge Fund | 77,187,208,196.30 | GARP | Boston | United States | North America |
| 112 | JP Morgan Asset Management | 260,021 | Investment Managers | Investment Advisor | 810,288,149,268.14 | GARP | New York | United States | North America |
| 113 | J.P. Morgan Investment Management, Inc. (SI) | 246,724 | Investment Managers | Investment Advisor | 26,410,170,248.12 | | Singapore | Singapore | Asia / Pacific |
| 114 | BlackRock Investment Management, LLC | 246,308 | Investment Managers | Investment Advisor/Hedge Fund | 165,690,124,818.80 | Deep Value | Princeton | United States | North America |
| 115 | Nordea Investment Management AB (Denmark) | 243,743 | Investment Managers | Investment Advisor | 89,791,898,335.83 | Core Value | Copenhagen | Denmark | Europe |
| 116 | Tennessee Consolidated Retirement System | 233,538 | Investment Managers | Pension Fund | 27,204,459,995.96 | Core Growth | Nashville | United States | North America |
| 117 | Ohio Public Employees Retirement System | 231,058 | Investment Managers | Pension Fund | 23,512,805,439.56 | GARP | Columbus | United States | North America |
| 118 | ExodusPoint Capital Management, LP | 217,379 | Investment Managers | Hedge Fund | 9,122,613,303.45 | Hedge Fund | New York | United States | North America |
| 119 | BlackRock Asset Management Ireland Limited | 206,802 | Investment Managers | Investment Advisor | 427,715,008,155.14 | Index | Dublin | Ireland | Europe |
| 120 | Invesco Advisers, Inc. | 206,337 | Investment Managers | Investment Advisor/Hedge Fund | 305,678,066,017.58 | GARP | Atlanta | United States | North America |
| 121 | Aperio Group, LLC | 205,668 | Investment Managers | Investment Advisor | 86,917,539,729.01 | Index | Sausalito | United States | North America |
| 122 | CIBC World Markets Corp. | 205,360 | Brokerage Firms | Research Firm | 15,209,398,151.81 | Broker-Dealer | New York | United States | North America |
| 123 | Jump Financial, LLC | 203,925 | Investment Managers | Investment Advisor | 4,894,127,014.31 | | Chicago | United States | North America |
| 124 | Two Sigma Investments, LP | 203,581 | Investment Managers | Hedge Fund | 87,889,438,884.47 | Hedge Fund | New York | United States | North America |
| 125 | AJ Wealth Strategies, LLC | 202,817 | Investment Managers | Investment Advisor | 2,069,431,261.12 | | New York | United States | North America |
| 126 | AllianceBernstein L.P. | 201,709 | Investment Managers | Investment Advisor/Hedge Fund | 341,122,098,596.25 | Core Growth | New York | United States | North America |
| 127 | Meyer Capital Group | 200,000 | Investment Managers | Investment Advisor | 660,447,418.89 | GARP | Marlton | United States | North America |
| 128 | The Treasurer of the State of North Carolina | 197,303 | Investment Managers | Pension Fund | 23,577,722,310.21 | | Raleigh | United States | North America |
| 129 | Bluefin Trading, LLC | 193,257 | Investment Managers | Investment Advisor | 91,233,099.81 | | New York | United States | North America |
| 130 | UBS Asset Management (Switzerland) | 190,473 | Investment Managers | Investment Advisor | 265,659,158,634.62 | Core Value | Zurich | Switzerland | Europe |
| 131 | General Equity Holdings LP | 184,433 | Investment Managers | Investment Advisor | 170,912,758.80 | | Brooklyn | United States | North America |
| 132 | RBF Capital, LLC | 183,100 | Investment Managers | Hedge Fund | 1,716,510,096.17 | Hedge Fund | San Francisco | United States | North America |
| 133 | Guggenheim Investments | 182,257 | Investment Managers | Investment Advisor/Hedge Fund | 16,006,009,580.45 | Core Value | Rockville | United States | North America |
| 134 | Virtu Americas LLC | 174,861 | Brokerage Firms | Research Firm | 1,816,952,611.96 | Broker-Dealer | Jersey City | United States | North America |
| 135 | Magnetar Capital Partners LP | 174,400 | Investment Managers | Investment Advisor/Hedge Fund | 4,646,121,686.57 | Hedge Fund | Evanston | United States | North America |
| 136 | Morgan Stanley Smith Barney LLC | 169,900 | Investment Managers | Investment Advisor | 595,727,003,750.24 | Core Growth | Seattle | United States | North America |
| 137 | Jennison Associates LLC | 165,678 | Investment Managers | Investment Advisor/Hedge Fund | 173,574,512,366.98 | Growth | New York | United States | North America |
| 138 | Barclays Capital Inc. | 162,807 | Brokerage Firms | Research Firm | 5,299,548,738.76 | Broker-Dealer | New York | United States | North America |
| 139 | Apogem Capital LLC | 162,449 | Investment Managers | Investment Advisor | 302,898.57 | | New York | United States | North America |
| 140 | UBS Financial Services, Inc. | 160,825 | Investment Managers | Investment Advisor | 330,181,938,471.86 | Broker-Dealer | Weehawken | United States | North America |
| 141 | LPL Financial LLC | 158,678 | Investment Managers | Investment Advisor | 200,577,632,980.54 | GARP | Boston | United States | North America |
| 142 | Brighton Jones LLC | 151,874 | Investment Managers | Investment Advisor | 2,659,781,478.93 | Core Growth | Seattle | United States | North America |
| 143 | TD Securities, Inc. | 150,532 | Brokerage Firms | Research Firm | 47,496,857,273.60 | Broker-Dealer | New York | United States | North America |
| 144 | Northern Trust Global Investments | 137,761 | Investment Managers | Investment Advisor | 211,769,269,179.79 | Core Growth | Chicago | United States | North America |
| 145 | Ensign Peak Advisors, Inc. | 137,510 | Investment Managers | Foundation | 56,890,751,091.66 | Specialty | Salt Lake City | United States | North America |
| 146 | Gilder Gagnon Howe & Co. LLC | 136,996 | Investment Managers | Hedge Fund | 7,983,448,517.89 | Hedge Fund | New York | United States | North America |
| 147 | Herman (Cipora) | 136,054 | Strategic Entities | Individual Investor | 774,252.31 | | | United States | North America |
| 148 | Point72 Hong Kong Limited | 134,623 | Investment Managers | Hedge Fund | 1,389,966,214.57 | Hedge Fund | Central (Hong Kong) | Hong Kong | Asia / Pacific |
| 149 | Walleye Trading, LLC | 133,405 | Brokerage Firms | Research Firm | 5,070,340,996.47 | Broker-Dealer | Plymouth | United States | North America |
| 150 | Kilar (Jason) | 131,854 | Strategic Entities | Individual Investor | 449,206.59 | | | United States | North America |
| 151 | Occudo Quantitative Strategies LP | 129,792 | Investment Managers | Investment Advisor | 564,160,341.72 | | White Plains | United States | North America |
| 152 | ProFund Advisors LLC | 126,536 | Investment Managers | Investment Advisor | 2,763,735,540.76 | Index | Bethesda | United States | North America |
| 153 | Founders Fund | 125,000 | Investment Managers | Venture Capital | 46,536,872.37 | VC/Private Equity | San Francisco | United States | North America |
| 154 | Amundi Asset Management, SAS | 124,559 | Investment Managers | Investment Advisor/Hedge Fund | 345,623,373,273.02 | GARP | Paris | France | Europe |
| 155 | Michigan Department of Treasury | 124,554 | Investment Managers | Pension Fund | 19,600,347,837.94 | Core Value | East Lansing | United States | North America |
| 156 | Vetamer Capital Management, L.P. | 122,389 | Investment Managers | Investment Advisor/Hedge Fund | 0 | | San Francisco | United States | North America |
| 157 | Rafferty Asset Management LLC | 121,451 | Investment Managers | Investment Advisor/Hedge Fund | 47,418,060,050.06 | Index | New York | United States | North America |
| 158 | Balyasny Asset Management LP | 114,433 | Investment Managers | Hedge Fund | 37,970,638,521.18 | Hedge Fund | Chicago | United States | North America |
| 159 | Arizona State Retirement System | 110,354 | Investment Managers | Pension Fund | 14,980,170,447.99 | Core Growth | Phoenix | United States | North America |
| 160 | Miller Value Partners, LLC | 103,000 | Investment Managers | Investment Advisor | 311,630,444.54 | Core Value | Baltimore | United States | North America |
| 161 | Lavaca Capital, LLC | 101,802 | Investment Managers | Investment Advisor | 221,278,155.97 | | Houston | United States | North America |
| 162 | Wedmont Private Capital LLC | 97,280 | Investment Managers | Investment Advisor | 1,774,872,576.45 | | West Chester | United States | North America |
| 163 | Voya Investment Management LLC | 95,455 | Investment Managers | Investment Advisor/Hedge Fund | 97,846,195,149.93 | Core Growth | New York | United States | North America |
| 164 | Amundi Deutschland GmbH | 95,117 | Investment Managers | Investment Advisor | 7,886,901,532.49 | Core Growth | Munich | Germany | Europe |
| 165 | Mercer Global Investments Management Ltd | 93,689 | Investment Managers | Investment Advisor | 26,522,967,414.17 | | Dublin | Ireland | Europe |
| 166 | CW Advisors, LLC | 93,358 | Investment Managers | Investment Advisor/Hedge Fund | 6,290,267,241.63 | Hedge Fund | Boston | United States | North America |

| # | Investor Name | 30-Sep-2022 | Investor Type | Investor Sub-Type | Equity Assets ($) | Investment Style | City | Country/Region | Region |
|---|---|---|---|---|---|---|---|---|---|
| 167 | The Regents of the University of California | 91,802 | Investment Managers | Endowment Fund | 221,096,934.52 | Core Value | Oakland | United States | North America |
| 168 | Cutler Group, LP | 90,628 | Investment Managers | Investment Advisor | 198,591,834.46 | | San Francisco | United States | North America |
| 169 | Amalgamated Bank Institutional Asset Management & Custody | 89,282 | Investment Managers | Bank and Trust | 11,740,807,853.84 | Core Value | New York | United States | North America |
| 170 | Delphia (USA) Inc | 88,197 | Investment Managers | Investment Advisor | 0 | | Toronto | Canada | North America |
| 171 | Nikko Asset Management Co., Ltd. | 87,836 | Investment Managers | Investment Advisor/Hedge Fund | 128,710,199,522.30 | Core Growth | Minato-ku (Tokyo) | Japan | Asia / Pacific |
| 172 | Corton Capital Inc | 86,589 | Investment Managers | Investment Advisor | 205,654,096.45 | | Caraquet | Canada | North America |
| 173 | Janus Henderson Investors | 85,941 | Investment Managers | Investment Advisor/Hedge Fund | 238,287,421,281.68 | Core Growth | London | United Kingdom | Europe |
| 174 | Amalgamated Financial Corp._NLE | 85,512 | Investment Managers | Investment Advisor | 36,823,261.65 | | New York | United States | North America |
| 175 | Northern Trust Global Investments Limited | 85,295 | Investment Managers | Investment Advisor | 67,663,711,520.79 | Index | London | United Kingdom | Europe |
| 176 | IMC Chicago, LLC | 84,512 | Investment Managers | Investment Advisor | 3,464,834,485.97 | | Chicago | United States | North America |
| 177 | XTX Markets LLC | 83,491 | Investment Managers | Venture Capital | 1,168,149,184.50 | VC/Private Equity | New York | United States | North America |
| 178 | Handelsbanken Kapitalförvaltning AB | 81,600 | Investment Managers | Investment Advisor/Hedge Fund | 84,531,107,708.20 | Core Growth | Stockholm | Sweden | Europe |
| 179 | USCA RIA LLC | 80,990 | Investment Managers | Investment Advisor | 1,644,913,344.91 | Yield | Houston | United States | North America |
| 180 | Dynamic Wealth Advisors | 80,954 | Investment Managers | Investment Advisor | 3,358,590,992.75 | | Phoenix | United States | North America |
| 181 | Mackenzie Investments | 78,730 | Investment Managers | Investment Advisor/Hedge Fund | 102,570,432,911.33 | Core Growth | Toronto | Canada | North America |
| 182 | Bardin Hill Investment Partners LP | 77,067 | Investment Managers | Investment Advisor/Hedge Fund | 454,631,471.31 | Hedge Fund | New York | United States | North America |
| 183 | EPIQ Capital Group, LLC | 75,840 | Investment Managers | Investment Advisor | 345,387,863.73 | | San Francisco | United States | North America |
| 184 | State of Wisconsin Investment Board | 75,276 | Investment Managers | Pension Fund | 39,714,738,021.53 | Core Growth | Madison | United States | North America |
| 185 | Freestone Capital Management, LLC | 75,200 | Investment Managers | Investment Advisor/Hedge Fund | 2,915,899,432.08 | Core Value | Seattle | United States | North America |
| 186 | Vanguard Investments Australia Ltd. | 74,378 | Investment Managers | Investment Advisor | 84,374,076,468.26 | Index | Melbourne | Australia | Asia / Pacific |
| 187 | KLP Fondsforvaltning AS | 74,100 | Investment Managers | Investment Advisor | 30,485,727,254.01 | | Oslo | Norway | Europe |
| 188 | Public Employees' Retirement Association of CO | 72,390 | Investment Managers | Pension Fund | 23,931,251,738.35 | Index | Denver | United States | North America |
| 189 | Osaic Holdings, Inc. | 71,878 | Investment Managers | Investment Advisor | 42,311,255,691.40 | | New York | United States | North America |
| 190 | EMJ Capital Ltd. | 70,000 | Investment Managers | Investment Advisor | 0 | | Toronto | Canada | North America |
| 191 | JFG Wealth Management, LLC | 70,000 | Investment Managers | Investment Advisor | 364,505,775.84 | | Denver | United States | North America |
| 192 | DWS Investment Management Americas, Inc. | 64,435 | Investment Managers | Investment Advisor/Hedge Fund | 20,532,523,327.59 | Core Value | New York | United States | North America |
| 193 | ProShare Advisors LLC | 61,092 | Investment Managers | Investment Advisor | 41,041,223,728.21 | Index | Bethesda | United States | North America |
| 194 | Mirabella Financial Services LLP | 60,806 | Investment Managers | Hedge Fund | 1,906,592,761.14 | Hedge Fund | London | United Kingdom | Europe |
| 195 | Wrona Investment Management, LLC | 60,000 | Investment Managers | Investment Advisor | 17,720,668.28 | | Pinehurst | United States | North America |
| 196 | Catalyst Private Wealth, L.L.C. | 60,000 | Investment Managers | Investment Advisor | 203,942,289.04 | | San Francisco | United States | North America |
| 197 | International Assets Investment Management, LLC | 59,867 | Investment Managers | Investment Advisor | 1,769,754,267.76 | | Orlando | United States | North America |
| 198 | Cresset Asset Management, LLC | 59,021 | Investment Managers | Investment Advisor/Hedge Fund | 23,636,959,371.43 | Hedge Fund | Chicago | United States | North America |
| 199 | Wolverine Trading, LLC | 58,884 | Investment Managers | Investment Advisor | 6,105,410,766.10 | Broker-Dealer | Chicago | United States | North America |
| 200 | Teacher Retirement System of Texas | 58,392 | Investment Managers | Pension Fund | 22,297,198,811.86 | GARP | Austin | United States | North America |
| 201 | CaaS Capital Management LP | 58,000 | Investment Managers | Hedge Fund | 146,346,876.55 | Hedge Fund | New York | United States | North America |
| 202 | RBC Dominion Securities, Inc. | 56,356 | Investment Managers | Investment Advisor | 89,043,028,437.84 | Broker-Dealer | Toronto | Canada | North America |
| 203 | CAPTRUST Financial Advisors | 56,021 | Investment Managers | Investment Advisor | 32,001,784,837.48 | Yield | Raleigh | United States | North America |
| 204 | SG Americas Securities, L.L.C. | 55,428 | Brokerage Firms | Research Firm | 26,078,299,949.68 | Broker-Dealer | New York | United States | North America |
| 205 | William Blair & Company, L.L.C. (Research) | 55,304 | Brokerage Firms | Research Firm | 32,408,343,533.57 | Broker-Dealer | Chicago | United States | North America |
| 206 | Victory Capital Management Inc. | 52,841 | Investment Managers | Investment Advisor/Hedge Fund | 115,209,246,891.15 | Core Growth | Brooklyn | United States | North America |
| 207 | Principal Global Investors (Equity) | 52,470 | Investment Managers | Investment Advisor | 248,968,860,887.69 | Core Growth | Des Moines | United States | North America |
| 208 | Gotham Asset Management, LLC | 51,220 | Investment Managers | Investment Advisor/Hedge Fund | 7,738,711,303.77 | Hedge Fund | New York | United States | North America |
| 209 | Marshall Wace LLP | 51,036 | Investment Managers | Investment Advisor/Hedge Fund | 70,041,369,209.38 | Hedge Fund | London | United Kingdom | Europe |
| 210 | Schonfeld Strategic Advisors LLC | 50,700 | Investment Managers | Hedge Fund | 12,916,355,055.21 | Hedge Fund | New York | United States | North America |
| 211 | Wellington Management Company, LLP | 49,959 | Investment Managers | Investment Advisor/Hedge Fund | 670,114,632,056.35 | Core Value | Boston | United States | North America |
| 212 | CSS, LLC | 49,502 | Investment Managers | Investment Advisor | 691,377,279.04 | | Chicago | United States | North America |
| 213 | Zürcher Kantonalbank (Asset Management) | 49,321 | Investment Managers | Bank and Trust | 108,724,662,953.99 | Growth | Zurich | Switzerland | Europe |
| 214 | Lazard Asset Management, L.L.C. | 48,400 | Investment Managers | Investment Advisor/Hedge Fund | 129,571,891,936.18 | Core Value | New York | United States | North America |
| 215 | Parallax Volatility Advisers, L.P. | 48,266 | Investment Managers | Hedge Fund | 3,465,103,473.89 | Hedge Fund | San Francisco | United States | North America |
| 216 | Mariner Wealth Advisors | 47,917 | Investment Managers | Investment Advisor | 51,582,968,935.06 | GARP | Overland Park | United States | North America |
| 217 | Virginia Retirement System | 47,300 | Investment Managers | Pension Fund | 10,188,231,590.94 | Core Growth | Richmond | United States | North America |
| 218 | Goldman Sachs Bank AG | 46,929 | Investment Managers | Investment Advisor | 6,107,005,596.44 | Growth | Zurich | Switzerland | Europe |
| 219 | Russell Investments Trust Company | 46,814 | Investment Managers | Investment Advisor | 54,534,007,838.43 | Core Growth | Seattle | United States | North America |
| 220 | HSBC Global Asset Management (UK) Limited | 46,735 | Investment Managers | Investment Advisor/Hedge Fund | 203,813,577,490.28 | Core Growth | London | United Kingdom | Europe |
| 221 | HarbourVest Partners, L.L.C. | 46,707 | Investment Managers | Private Equity | 257,950,887.95 | VC/Private Equity | Boston | United States | North America |
| 222 | Hightower Advisors, LLC | 45,875 | Investment Managers | Investment Advisor | 64,636,829,004.79 | Core Growth | Chicago | United States | North America |

| # | Investor Name | 30-Sep-2022 | Investor Type | Investor Sub-Type | Equity Assets ($) | Investment Style | City | Country/Region | Region |
|---|---|---|---|---|---|---|---|---|---|
| 223 | Holocene Advisors, LP | 45,870 | Investment Managers | Hedge Fund | 23,927,020,902.81 | Hedge Fund | New York | United States | North America |
| 224 | Columbia Threadneedle Investments (US) | 44,042 | Investment Managers | Investment Advisor/Hedge Fund | 373,084,178,006.76 | Core Value | Boston | United States | North America |
| 225 | Greenwich Ivy Capital LLC | 43,952 | Investment Managers | Hedge Fund | 28,812,812.50 | Hedge Fund | Greenwich | United States | North America |
| 226 | State Street Global Advisors Ireland Limited | 43,493 | Investment Managers | Investment Advisor | 68,922,792,915.42 | Index | Dublin | Ireland | Europe |
| 227 | BlackRock (Netherlands) B.V. | 43,111 | Investment Managers | Investment Advisor | 109,233,559,600.86 | GARP | Amsterdam | Netherlands | Europe |
| 228 | Goldman Sachs Asset Management B.V. | 42,400 | Investment Managers | Investment Advisor | 41,095,903,829.96 | | The Hague | Netherlands | Europe |
| 229 | Hexagon Capital Partners LLC | 42,000 | Investment Managers | Investment Advisor | 511,615,592.08 | | Rogers | United States | North America |
| 230 | Liberty Mutual Insurance Group | 41,711 | Investment Managers | Insurance Company | 660,128,979.44 | Specialty | Boston | United States | North America |
| 231 | Raymond James & Associates, Inc. | 41,655 | Brokerage Firms | Research Firm | 164,041,577,336.71 | Broker-Dealer | St. Petersburg | United States | North America |
| 232 | Stifel Independent Advisors, LLC | 39,211 | Investment Managers | Investment Advisor | 1,450,883,161.04 | Core Growth | St. Louis | United States | North America |
| 233 | BNY Wealth | 38,099 | Investment Managers | Investment Advisor/Hedge Fund | 82,211,538,317.73 | Core Growth | New York | United States | North America |
| 234 | Jaffe (Jonathan M) | 37,820 | Strategic Entities | Individual Investor | 198,973,104.78 | | | United States | North America |
| 235 | BMO Capital Markets (US) | 37,700 | Brokerage Firms | Research Firm | 69,202,104,636.37 | Broker-Dealer | New York | United States | North America |
| 236 | American Century Investment Management, Inc. | 36,608 | Investment Managers | Investment Advisor | 220,518,564,302.84 | Core Growth | Kansas City | United States | North America |
| 237 | MFS Investment Management | 36,460 | Investment Managers | Investment Advisor/Hedge Fund | 531,566,395,519.56 | Core Growth | Boston | United States | North America |
| 238 | Verition Fund Management LLC | 34,214 | Investment Managers | Hedge Fund | 13,110,554,363.92 | Hedge Fund | Greenwich | United States | North America |
| 239 | Jasper Ridge Partners, L.P. | 33,300 | Investment Managers | Hedge Fund | 3,509,866,800.09 | Hedge Fund | Fort Worth | United States | North America |
| 240 | Bel Air Investment Advisors, LLC | 32,480 | Investment Managers | Investment Advisor/Hedge Fund | 64,129,680.90 | GARP | Los Angeles | United States | North America |
| 241 | Rice (E John Jr) | 31,250 | Strategic Entities | Individual Investor | 3,377,700.13 | | | United States | North America |
| 242 | Woodline Partners LP | 30,517 | Investment Managers | Hedge Fund | 10,459,580,521.09 | Hedge Fund | San Francisco | United States | North America |
| 243 | Sutton Wealth Advisors, Inc. | 30,294 | Investment Managers | Investment Advisor | 203,290,231.76 | | Tampa | United States | North America |
| 244 | Phoenix Investment and Finances Ltd | 30,209 | Investment Managers | Investment Advisor | 12,976,970,737.11 | | Givatayim | Israel | Middle East |
| 245 | Fortis Capital Management, L.L.C. | 28,493 | Investment Managers | Investment Advisor | 496,487,849.34 | | Bellevue | United States | North America |
| 246 | GLG LLC | 27,871 | Investment Managers | Hedge Fund | 1,656,053,722.42 | Hedge Fund | New York | United States | North America |
| 247 | Apollon Wealth Management, LLC | 27,856 | Investment Managers | Investment Advisor | 3,284,047,144.74 | | Mount Pleasant | United States | North America |
| 248 | The CAPROCK Group, LLC | 27,788 | Investment Managers | Family Office | 2,456,401,275.91 | | Boise | United States | North America |
| 249 | Pictet Asset Management Ltd. | 27,627 | Investment Managers | Investment Advisor/Hedge Fund | 142,083,351,110.69 | Core Growth | London | United Kingdom | Europe |
| 250 | Raymond James Financial Services Advisors, Inc. | 26,848 | Investment Managers | Investment Advisor | 75,004,996,556.75 | | St. Petersburg | United States | North America |
| 251 | Yorktown Management & Research Company, Inc. | 26,540 | Investment Managers | Investment Advisor | 240,219,748.19 | Core Value | Forest | United States | North America |
| 252 | State of Wyoming | 25,740 | Investment Managers | Investment Advisor | 607,430,187.67 | | Cheyenne | United States | North America |
| 253 | B. Riley Wealth Advisors, Inc. | 25,658 | Investment Managers | Investment Advisor | 3,921,519,688.12 | Hedge Fund | Orlando | United States | North America |
| 254 | Solomon (Glenn) | 25,543 | Strategic Entities | Individual Investor | 37,188,549.44 | | | United States | North America |
| 255 | NEXT Financial Group, Inc. | 25,130 | Investment Managers | Investment Advisor | 1,517,221,779.98 | | Houston | United States | North America |
| 256 | J.P. Morgan Private Wealth Advisors LLC | 25,078 | Investment Managers | Investment Advisor | 16,875,075,971.27 | Growth | San Francisco | United States | North America |
| 257 | Cambridge Investment Research Advisors, Inc. | 24,840 | Investment Managers | Investment Advisor | 27,043,606,988.53 | Core Growth | Fairfield | United States | North America |
| 258 | Bloombergsen Investment Partners | 24,750 | Investment Managers | Investment Advisor | 1,219,534,177.65 | Core Growth | Toronto | Canada | North America |
| 259 | Utah Retirement Systems | 24,400 | Investment Managers | Pension Fund | 8,476,285,689.41 | Index | Salt Lake City | United States | North America |
| 260 | Consilium Associates | 23,870 | Investment Managers | Investment Advisor | 4,469,296,070.40 | | Alpharetta | United States | North America |
| 261 | Simplex Trading, LLC | 23,567 | Brokerage Firms | Research Firm | 2,966,065,954.28 | Broker-Dealer | Chicago | United States | North America |
| 262 | Syntal Capital Partners, LLC | 23,051 | Investment Managers | Investment Advisor | 9,015,170.04 | | Midland | United States | North America |
| 263 | CIBC Asset Management Inc. | 22,811 | Investment Managers | Investment Advisor | 39,571,914,539.64 | Core Value | Toronto | Canada | North America |
| 264 | AQR Capital Management, LLC | 22,601 | Investment Managers | Investment Advisor/Hedge Fund | 83,040,083,620.49 | Hedge Fund | Greenwich | United States | North America |
| 265 | CPP Investment Board | 22,128 | Investment Managers | Pension Fund | 167,920,265,960.70 | Core Value | Toronto | Canada | North America |
| 266 | Quilter Cheviot Investment Management | 21,769 | Investment Managers | Investment Advisor/Hedge Fund | 8,974,815,257.67 | GARP | London | United Kingdom | Europe |
| 267 | Xponance, Inc. | 21,769 | Investment Managers | Hedge Fund | 10,362,269,172.22 | Hedge Fund | Philadelphia | United States | North America |
| 268 | Vanguard Personalized Indexing Management, LLC | 21,389 | Investment Managers | Investment Advisor | 5,339,267,225.79 | | Oakland | United States | North America |
| 269 | Dynamic Technology Lab Pte. Ltd. | 20,956 | Investment Managers | Investment Advisor | 885,407,250.53 | | Singapore | Singapore | Asia / Pacific |
| 270 | The Commerce Trust Company | 20,193 | Investment Managers | Investment Advisor | 16,331,619,904.09 | GARP | Clayton | United States | North America |
| 271 | American Portfolios Advisors, Inc | 20,022 | Investment Managers | Investment Advisor | 2,351,277,041.67 | | Holbrook | United States | North America |
| 272 | Credit Suisse Securities (USA) LLC | 19,502 | Brokerage Firms | Research Firm | 196,471,744.62 | Broker-Dealer | New York | United States | North America |
| 273 | Robertson Stephens Wealth Management, LLC | 19,300 | Investment Managers | Investment Advisor | 2,713,783,499.60 | | San Francisco | United States | North America |
| 274 | Advisory Services Network, LLC | 19,007 | Investment Managers | Investment Advisor | 4,830,895,251.66 | | Atlanta | United States | North America |
| 275 | Creative Planning, Inc. | 18,997 | Investment Managers | Investment Advisor/Hedge Fund | 93,648,136,212.43 | Deep Value | Overland Park | United States | North America |
| 276 | DuPont Capital Management Corporation | 18,378 | Investment Managers | Pension Fund | 1,222,486,196.03 | Core Value | Wilmington | United States | North America |
| 277 | Commonwealth Financial Network | 18,309 | Investment Managers | Investment Advisor | 65,955,981,728.86 | Core Growth | Waltham | United States | North America |
| 278 | Ethic Inc. | 18,156 | Investment Managers | Investment Advisor | 4,022,344,942.59 | | New York | United States | North America |

| # | Investor Name | 30-Sep-2022 | Investor Type | Investor Sub-Type | Equity Assets ($) | Investment Style | City | Country/Region | Region |
|---|---|---|---|---|---|---|---|---|---|
| 279 | Private Advisor Group LLC | 18,032 | Investment Managers | Investment Advisor | 16,088,943,306.27 | | Morristown | United States | North America |
| 280 | D.A. Davidson & Co.(Research) | 18,000 | Brokerage Firms | Research Firm | 11,278,728,757.41 | Broker-Dealer | Lake Oswego | United States | North America |
| 281 | Deuterium Capital Management, LLC | 18,000 | Investment Managers | Investment Advisor | 54,511,443.26 | | Florida | United States | North America |
| 282 | Zacks Investment Management, Inc. | 17,575 | Investment Managers | Investment Advisor/Hedge Fund | 8,911,135,056.66 | Core Growth | Chicago | United States | North America |
| 283 | Ruane, Cunniff & Goldfarb L.P. | 17,500 | Investment Managers | Investment Advisor | 8,161,525,470.98 | GARP | New York | United States | North America |
| 284 | PFG Advisors, LLC | 17,338 | Investment Managers | Investment Advisor | 1,585,609,413.20 | | Phoenix | United States | North America |
| 285 | PGIM Quantitative Solutions LLC | 17,190 | Investment Managers | Investment Advisor | 62,417,414,080.93 | Core Growth | Newark | United States | North America |
| 286 | Cipher Capital LP | 16,776 | Investment Managers | Investment Advisor/Hedge Fund | 216,076,886.77 | Hedge Fund | New York | United States | North America |
| 287 | Procyon Advisors, LLC | 16,705 | Investment Managers | Investment Advisor | 1,454,169,247.41 | | Shelton | United States | North America |
| 288 | Quantamental Technologies LLC | 16,660 | Investment Managers | Investment Advisor/Hedge Fund | 106,124,210.74 | Hedge Fund | White Plains | United States | North America |
| 289 | Marcum Wealth, LLC | 16,438 | Investment Managers | Investment Advisor | 1,075,792,005.20 | | Cleveland | United States | North America |
| 290 | Blueshift Asset Management, LLC | 16,043 | Investment Managers | Investment Advisor | 403,653,046.17 | | Red Bank | United States | North America |
| 291 | BlackRock Investment Management (Australia) Ltd. | 15,487 | Investment Managers | Investment Advisor | 93,872,917,807.84 | Index | Melbourne | Australia | Asia / Pacific |
| 292 | Franklin Advisers, Inc. | 15,278 | Investment Managers | Investment Advisor/Hedge Fund | 195,995,859,954.73 | Income Value | San Mateo | United States | North America |
| 293 | Clear Harbor Asset Management, LLC | 15,000 | Investment Managers | Investment Advisor/Hedge Fund | 1,217,845,308.65 | Core Value | New York | United States | North America |
| 294 | Tidal Investments LLC | 14,968 | Investment Managers | Investment Advisor | 11,102,963,322.62 | GARP | Milwaukee | United States | North America |
| 295 | Danske Bank Asset Management | 14,800 | Investment Managers | Investment Advisor | 37,663,274,062.97 | Core Growth | Lyngby | Denmark | Europe |
| 296 | MetLife Investment Management, LLC | 14,720 | Investment Managers | Investment Advisor/Hedge Fund | 17,106,358,307.41 | Hedge Fund | Whippany | United States | North America |
| 297 | Evergreen Capital Management, LLC | 14,500 | Investment Managers | Investment Advisor | 2,760,798,064.11 | Income Value | Bellevue | United States | North America |
| 298 | Perot Investments | 14,268 | Investment Managers | Investment Advisor/Hedge Fund | 1,071,149,629.06 | Specialty | Plano | United States | North America |
| 299 | DoubleLine Capital LP | 13,673 | Investment Managers | Investment Advisor/Hedge Fund | 4,212,036,130.37 | Growth | Los Angeles | United States | North America |
| 300 | RBC Capital Markets Wealth Management | 13,347 | Brokerage Firms | Research Firm | 118,550,061,679.92 | Broker-Dealer | Minneapolis | United States | North America |
| 301 | SVB Wealth LLC | 12,937 | Investment Managers | Investment Advisor | 117,961,368.81 | | Boston | United States | North America |
| 302 | GSA Capital Partners LLP | 12,837 | Investment Managers | Hedge Fund | 1,430,244,959.50 | Hedge Fund | London | United Kingdom | Europe |
| 303 | BMO Family Office, LLC | 12,755 | Investment Managers | Investment Advisor/Hedge Fund | 3,609,428,356.24 | Core Growth | Palo Alto | United States | North America |
| 304 | InterOcean Capital Group, LLC | 12,616 | Investment Managers | Investment Advisor | 4,169,375,712.26 | Yield | Chicago | United States | North America |
| 305 | Wedbush Securities, Inc. | 12,068 | Brokerage Firms | Research Firm | 2,802,418,022.12 | Broker-Dealer | Los Angeles | United States | North America |
| 306 | Rothschild Investment Corporation | 12,000 | Investment Managers | Investment Advisor | 1,527,691,977.93 | Core Growth | Chicago | United States | North America |
| 307 | Sage Rhino Capital, LLC | 11,985 | Investment Managers | Investment Advisor | 451,541,533.29 | | Menlo Park | United States | North America |
| 308 | AM Investment Strategies, LLC | 11,600 | Investment Managers | Investment Advisor | 411,921,432.91 | | Chattanooga | United States | North America |
| 309 | Sumitomo Mitsui DS Asset Management (Hong Kong) Limited | 11,465 | Investment Managers | Investment Advisor/Hedge Fund | 1,075,045,653.19 | | Central (Hong Kong) | Hong Kong | Asia / Pacific |
| 310 | Neuberger Berman, LLC | 11,423 | Investment Managers | Investment Advisor/Hedge Fund | 133,860,526,522.21 | GARP | New York | United States | North America |
| 311 | EPIQ Partners, LLC | 11,333 | Investment Managers | Investment Advisor | 180,560,121.71 | Core Value | Minneapolis | United States | North America |
| 312 | Prospera Financial Services, Inc. | 10,905 | Investment Managers | Investment Advisor | 3,591,558,107.54 | Core Growth | Dallas | United States | North America |
| 313 | Cantor Fitzgerald, L.P | 10,700 | Investment Managers | Investment Advisor | 1,147,413,365.78 | | New York | United States | North America |
| 314 | Korea Investment Management Co., Ltd. | 10,700 | Investment Managers | Investment Advisor | 8,151,146,978.79 | Core Value | Seoul | South Korea | Asia / Pacific |
| 315 | Trevian Wealth Management LLC | 10,000 | Investment Managers | Investment Advisor | 121,996,729.27 | | Weston | United States | North America |
| 316 | Vaughan Nelson Investment Management, L.P. | 9,899 | Investment Managers | Investment Advisor | 16,416,070,000.74 | Core Growth | Houston | United States | North America |
| 317 | Principal Management Corporation_NLE | 9,810 | Strategic Entities | Holding Company | 8,553,404,155.83 | | Des Moines | United States | North America |
| 318 | K2 Advisors L.L.C. | 9,513 | Investment Managers | Investment Advisor/Hedge Fund | 174,984,989.77 | Hedge Fund | Stamford | United States | North America |
| 319 | Vanguard Global Advisers LLC | 9,339 | Investment Managers | Investment Advisor | 58,963,827,265.34 | | Malvern | United States | North America |
| 320 | Tower Research Capital LLC | 9,279 | Investment Managers | Hedge Fund | 5,922,884,021.70 | Hedge Fund | New York | United States | North America |
| 321 | U.S. Bancorp Asset Management, Inc. | 9,071 | Investment Managers | Investment Advisor | 74,237,703,860.40 | Core Growth | Minneapolis | United States | North America |
| 322 | RBC Wealth Management, International | 8,988 | Investment Managers | Bank and Trust | 65,349,027,632.60 | Core Growth | New York | United States | North America |
| 323 | Capital Investment Trust Corporation | 8,756 | Investment Managers | Investment Advisor | 10,097,371,275.92 | Aggressive Growth | Taipei | Taiwan | Asia / Pacific |
| 324 | Concourse Financial Group Securities, Inc | 8,418 | Investment Managers | Investment Advisor | 1,705,160,846.61 | | Birmingham | United States | North America |
| 325 | BlackRock Fund Advisors | 7,173 | Investment Managers | Investment Advisor | 60,590,899,797.07 | | San Francisco | United States | North America |
| 326 | BlackRock Advisors (UK) Limited | 6,764 | Investment Managers | Investment Advisor/Hedge Fund | 315,472,212,446.98 | Index | London | United Kingdom | Europe |
| 327 | Wilmington Trust, National Association | 6,613 | Investment Managers | Investment Advisor/Hedge Fund | 10,888,170,803.16 | Growth | North Palm Beach | United States | North America |
| 328 | Carson Wealth Management Group | 6,563 | Investment Managers | Investment Advisor | 23,227,959,653.91 | Growth | Omaha | United States | North America |
| 329 | Stifel, Nicolaus & Company, Incorporated | 6,172 | Investment Managers | Investment Advisor/Hedge Fund | 69,743,526,174.28 | GARP | St. Louis | United States | North America |
| 330 | Wilmington Funds Management Corporation | 5,850 | Investment Managers | Investment Advisor/Hedge Fund | 1,013,745,718.42 | Core Growth | Wilmington | United States | North America |
| 331 | SunAmerica Asset Management, LLC | 5,484 | Investment Managers | Investment Advisor | 35,145,945,138.37 | Growth | Jersey City | United States | North America |
| 332 | BlackRock Asset Management Canada Limited | 5,372 | Investment Managers | Investment Advisor/Hedge Fund | 102,931,098,927.64 | Index | Toronto | Canada | North America |
| 333 | First Quadrant L.P. | 5,270 | Investment Managers | Investment Advisor/Hedge Fund | 85,772,816.76 | Core Value | Pasadena | United States | North America |
| 334 | Allworth Financial, L.P. | 4,498 | Investment Managers | Investment Advisor | 16,415,609,495.27 | Growth | Sacramento | United States | North America |

| # | Investor Name | 30-Sep-2022 | Investor Type | Investor Sub-Type | Equity Assets ($) | Investment Style | City | Country/Region | Region |
|---|---|---|---|---|---|---|---|---|---|
| 335 | Optimum Investment Advisors, LLC | 4,300 | Investment Managers | Investment Advisor | 231,311,671.06 | GARP | Chicago | United States | North America |
| 336 | Samsung Asset Management Co., Ltd. | 4,150 | Investment Managers | Investment Advisor | 25,960,185,954.65 | Core Value | Seoul | South Korea | Asia / Pacific |
| 337 | Desjardins Securities Inc. | 4,010 | Brokerage Firms | Research Firm | 14,874,383,540.47 | | Montreal | Canada | North America |
| 338 | Resolute Partners Group | 3,705 | Investment Managers | Investment Advisor | 487,127,562.65 | | San Francisco | United States | North America |
| 339 | Wilmington Trust Investment Advisors, Inc. | 3,400 | Investment Managers | Investment Advisor | 7,267,856,530.11 | Core Value | Baltimore | United States | North America |
| 340 | Mirae Asset Global Investments Co., Ltd. | 3,008 | Investment Managers | Investment Advisor/Hedge Fund | 31,522,914,391.46 | Core Value | Seoul | South Korea | Asia / Pacific |
| 341 | BTG Pactual Serviços Financeiros S/A DTVM | 2,969 | Investment Managers | Investment Advisor | 730,682,274.77 | | Sao Paulo | Brazil | Latin America |
| 342 | Plante Moran Financial Advisors, LLC | 2,915 | Investment Managers | Investment Advisor | 1,000,140,670.69 | Growth | Southfield | United States | North America |
| 343 | PNC Investments LLC | 2,793 | Investment Managers | Investment Advisor | 135,394,483,188.25 | Core Growth | Philadelphia | United States | North America |
| 344 | Wipfli Financial Advisors, LLC | 2,720 | Investment Managers | Investment Advisor | 0 | | Milwaukee | United States | North America |
| 345 | EMC Capital Management LLC | 2,500 | Investment Managers | Investment Advisor | 153,188,892.31 | | Houston | United States | North America |
| 346 | Los Angeles Capital Management LLC | 2,468 | Investment Managers | Investment Advisor/Hedge Fund | 25,405,980,519.84 | Deep Value | Los Angeles | United States | North America |
| 347 | TimeScale Financial, Inc. | 2,398 | Investment Managers | Investment Advisor | 463,155,927.93 | | Danvers | United States | North America |
| 348 | Fiduciary Trust International, LLC | 2,330 | Investment Managers | Investment Advisor/Hedge Fund | 2,113,437,437.21 | GARP | Lincoln | United States | North America |
| 349 | Goldman Sachs Asset Management International | 2,147 | Investment Managers | Investment Advisor | 45,788,947,249.55 | Growth | London | United Kingdom | Europe |
| 350 | Global Beta Advisors LLC | 2,127 | Investment Managers | Investment Advisor | 13,544,333.87 | | North Wales | United States | North America |
| 351 | TCI Wealth Advisors, Inc. | 2,006 | Investment Managers | Investment Advisor | 1,186,281,538.12 | Core Growth | Tucson | United States | North America |
| 352 | Center for Financial Planning, Inc. | 2,000 | Investment Managers | Investment Advisor | 737,007,379.13 | | Southfield | United States | North America |
| 353 | Wilmington Trust Investment Management LLC | 1,991 | Investment Managers | Bank and Trust | 11,668,870,846.61 | Core Value | Atlanta | United States | North America |
| 354 | Chatham Asset Management, L.L.C. | 1,930 | Investment Managers | Hedge Fund | 306,847,128.58 | Hedge Fund | Chatham | United States | North America |
| 355 | National Bank of Canada | 1,612 | Investment Managers | Bank and Trust | 64,253,154,879.26 | Broker-Dealer | Montreal | Canada | North America |
| 356 | Whittier Trust Company | 1,579 | Investment Managers | Bank and Trust | 7,504,403,658.27 | Core Growth | South Pasadena | United States | North America |
| 357 | Barclays Capital | 1,516 | Brokerage Firms | Research Firm | 49,026,415,455.54 | Broker-Dealer | London | United Kingdom | Europe |
| 358 | First Manhattan Co. LLC | 1,400 | Investment Managers | Investment Advisor | 31,169,717,814.16 | Deep Value | New York | United States | North America |
| 359 | Nykredit Bank AS | 1,379 | Investment Managers | Bank and Trust | 21,898,045,291.45 | Growth | Copenhagen | Denmark | Europe |
| 360 | Meeder Asset Management, Inc | 1,308 | Investment Managers | Investment Advisor | 2,319,579,260.87 | Deep Value | Dublin | United States | North America |
| 361 | Hantz Financial Services Inc | 1,300 | Investment Managers | Investment Advisor | 5,181,109,127.46 | | Southfield | United States | North America |
| 362 | Humankind Investments LLC | 1,291 | Investment Managers | Investment Advisor | 306,108,530.56 | | New York | United States | North America |
| 363 | Parallel Advisors, LLC | 1,183 | Investment Managers | Investment Advisor | 3,899,775,116.95 | | San Francisco | United States | North America |
| 364 | Berman Capital Advisors, LLC | 1,090 | Investment Managers | Investment Advisor | 636,734,471.49 | | Atlanta | United States | North America |
| 365 | Covestor, Ltd. | 1,082 | Investment Managers | Investment Advisor | 154,274,289.63 | | Boston | United States | North America |
| 366 | Macquarie Investment Management | 1,047 | Investment Managers | Investment Advisor | 106,416,718,302.33 | Growth | Philadelphia | United States | North America |
| 367 | Morgan Stanley & Co. International Plc | 1,044 | Brokerage Firms | Research Firm | 13,239,335,406.53 | Broker-Dealer | London | United Kingdom | Europe |
| 368 | CA Indosuez (Switzerland) S.A. | 1,000 | Investment Managers | Bank and Trust | 997,459,312.33 | GARP | Geneva | Switzerland | Europe |
| 369 | Invesco Canada Ltd. | 944 | Investment Managers | Investment Advisor | 13,356,849,976.47 | Core Growth | Toronto | Canada | North America |
| 370 | Independent Financial Partners | 941 | Investment Managers | Family Office | 2,511,992,713.84 | Growth | Tampa | United States | North America |
| 371 | Parkside Financial Bank & Trust | 903 | Investment Managers | Investment Advisor | 636,349,205.00 | Yield | St. Louis | United States | North America |
| 372 | Crewe Advisors LLC | 881 | Investment Managers | Investment Advisor | 862,158,973.19 | | Salt Lake City | United States | North America |
| 373 | Spire Wealth Management, LLC | 840 | Investment Managers | Investment Advisor | 2,965,348,953.61 | | Reston | United States | North America |
| 374 | Bell Investment Advisors, Inc. | 805 | Investment Managers | Investment Advisor | 545,224,976.65 | Growth | Oakland | United States | North America |
| 375 | Brown Brothers Harriman & Company | 800 | Investment Managers | Bank and Trust | 13,608,812,290.92 | Core Growth | New York | United States | North America |
| 376 | Evoke Advisors | 764 | Investment Managers | Investment Advisor | 3,359,887,528.15 | | Los Angeles | United States | North America |
| 377 | Avantis Investors | 749 | Investment Managers | Investment Advisor | 6,969,797,927.24 | Growth | Los Angeles | United States | North America |
| 378 | L2 Asset Management, LLC | 685 | Investment Managers | Investment Advisor/Hedge Fund | 382,326,381.71 | Hedge Fund | Wayland | United States | North America |
| 379 | AdvisorNet Wealth Partners | 600 | Investment Managers | Investment Advisor | 1,338,236,295.74 | | Minneapolis | United States | North America |
| 380 | Clearstead Advisors LLC | 600 | Investment Managers | Investment Advisor/Hedge Fund | 5,858,085,421.06 | Hedge Fund | Cleveland | United States | North America |
| 381 | Glassman Wealth Services LLC | 600 | Investment Managers | Investment Advisor | 586,180,253.50 | | Vienna | United States | North America |
| 382 | Barings LLC | 593 | Investment Managers | Investment Advisor/Hedge Fund | 4,466,578,190.28 | Core Value | Boston | United States | North America |
| 383 | Rockefeller Capital Management | 530 | Investment Managers | Investment Advisor | 36,299,398,036.34 | Core Growth | New York | United States | North America |
| 384 | Endurance Wealth Management, Inc. | 513 | Investment Managers | Investment Advisor | 728,782,424.82 | Core Growth | Providence | United States | North America |
| 385 | Westside Investment Management, LLC | 500 | Investment Managers | Investment Advisor | 436,504,279.05 | Hedge Fund | Santa Monica | United States | North America |
| 386 | Clearview Wealth Advisors LLC | 450 | Investment Managers | Investment Advisor | 129,746,992.44 | | Salem | United States | North America |
| 387 | Mascoma Wealth Management LLC | 445 | Investment Managers | Investment Advisor | 401,736,166.83 | | Hanover | United States | North America |
| 388 | Steward Partners Investment Advisory, LLC | 385 | Investment Managers | Investment Advisor | 9,491,874,632.92 | | Clearwater | United States | North America |
| 389 | J.P. Morgan Securities plc | 360 | Brokerage Firms | Research Firm | 52,620,075,222.40 | Broker-Dealer | London | United Kingdom | Europe |
| 390 | DIXON HUGHES GOODMAN WEALTH ADVISORS LLC | 350 | Investment Managers | Investment Advisor | 348,635,498.62 | | Asheville | United States | North America |

| # | Investor Name | 30-Sep-2022 | Investor Type | Investor Sub-Type | Equity Assets ($) | Investment Style | City | Country/Region | Region |
|---|---|---|---|---|---|---|---|---|---|
| 391 | BMO Nesbitt Burns Inc. | 303 | Investment Managers | Investment Advisor | 52,797,208,942.48 | Growth | Toronto | Canada | North America |
| 392 | Bay Point Wealth | 300 | Investment Managers | Investment Advisor | 337,783,457.87 | | Annapolis | United States | North America |
| 393 | FinTrust Capital Advisors, LLC | 245 | Investment Managers | Investment Advisor | 592,120,685.21 | Yield | Greenville | United States | North America |
| 394 | Contravisory Investment Management, Inc. | 210 | Investment Managers | Investment Advisor/Hedge Fund | 467,528,106.98 | Core Growth | Norwell | United States | North America |
| 395 | Castle Wealth Management, LLC | 208 | Investment Managers | Investment Advisor | 243,538,727.22 | | West Palm Beach | United States | North America |
| 396 | GHP Investment Advisors Inc | 200 | Investment Managers | Investment Advisor/Hedge Fund | 2,181,188,203.57 | GARP | Denver | United States | North America |
| 397 | Capital Advisors, Ltd., LLC | 182 | Investment Managers | Investment Advisor | 806,301,004.43 | | Shaker Heights | United States | North America |
| 398 | McIlrath & Eck, LLC | 156 | Investment Managers | Investment Advisor | 776,380,203.77 | | Arlington | United States | North America |
| 399 | Trustcore Financial Services, LLC | 149 | Investment Managers | Investment Advisor | 0 | | Brentwood | United States | North America |
| 400 | Huntington Private Financial Group | 145 | Investment Managers | Bank and Trust | 12,887,606,784.89 | Core Value | Columbus | United States | North America |
| 401 | Lindbrook Capital, LLC | 137 | Investment Managers | Investment Advisor | 1,064,222,626.65 | | Calabasas | United States | North America |
| 402 | Global Retirement Partners, LLC | 114 | Investment Managers | Investment Advisor | 3,309,730,830.41 | | San Rafael | United States | North America |
| 403 | Glen Eagle Advisors, LLC | 109 | Investment Managers | Investment Advisor | 592,544,232.13 | | Kingston | United States | North America |
| 404 | Duncker, Streett & Co., L.L.C. | 100 | Investment Managers | Investment Advisor | 547,998,680.63 | GARP | St. Louis | United States | North America |
| 405 | Ellis Investment Partners, LLC | 100 | Investment Managers | Investment Advisor | 513,034,316.85 | | Berwyn | United States | North America |
| 406 | MainStreet Advisors | 100 | Investment Managers | Investment Advisor | 27,076,209,287.51 | | Chicago | United States | North America |
| 407 | Rise Advisors, LLC | 100 | Investment Managers | Investment Advisor | 208,663,244.10 | | Rochester | United States | North America |
| 408 | Migdal Insurance and Financial Holdings Ltd | 97 | Investment Managers | Insurance Company | 7,788,591,231.80 | | Petah Tikva | Israel | Middle East |
| 409 | Missouri Trust & Investment Company | 90 | Investment Managers | Investment Advisor | 286,547,897.08 | | Springfield | United States | North America |
| 410 | Northwestern Mutual Capital, LLC | 82 | Investment Managers | Investment Advisor | 101,439,564,355.00 | Core Growth | Milwaukee | United States | North America |
| 411 | Seasons of Advice Wealth Management | 81 | Investment Managers | Investment Advisor | 524,350,843.59 | | New York | United States | North America |
| 412 | Quadrant Family Wealth Advisors | 79 | Investment Managers | Investment Advisor/Hedge Fund | 1,346,700,093.40 | Hedge Fund | Cincinnati | United States | North America |
| 413 | Ten Capital Wealth Advisors, LLC | 70 | Investment Managers | Investment Advisor | 344,585,754.49 | | Spokane | United States | North America |
| 414 | Ronald Blue Trust, Inc. | 66 | Investment Managers | Investment Advisor | 8,097,807,972.81 | | Atlanta | United States | North America |
| 415 | Kistler-Tiffany Advisors | 60 | Investment Managers | Investment Advisor | 616,096,451.30 | Core Growth | Berwyn | United States | North America |
| 416 | People's United Bank_NLE | 50 | Investment Managers | Bank and Trust | 2,596,167,395.93 | | Bridgeport | United States | North America |
| 417 | HORAN Wealth Management | 50 | Investment Managers | Investment Advisor | 258,609,430.06 | Growth | Cincinnati | United States | North America |
| 418 | Prestige Wealth Management Group, LLC | 50 | Investment Managers | Investment Advisor | 479,078,856.27 | | Flemington | United States | North America |
| 419 | Tradewinds Capital Management, LLC | 50 | Investment Managers | Investment Advisor | 373,780,985.63 | | Bellingham | United States | North America |
| 420 | Sugarloaf Wealth Management, LLC | 48 | Investment Managers | Investment Advisor | 593,283,585.33 | | Duluth | United States | North America |
| 421 | West Paces Advisors Inc. | 45 | Investment Managers | Investment Advisor | 408,296,052.28 | | Atlanta | United States | North America |
| 422 | Howe and Rusling, Inc. | 44 | Investment Managers | Investment Advisor | 1,096,665,365.00 | GARP | Rochester | United States | North America |
| 423 | CI Global Asset Management | 24 | Investment Managers | Investment Advisor/Hedge Fund | 51,114,258,214.60 | Core Value | Toronto | Canada | North America |
| 424 | Money Concepts Capital Corp | 20 | Investment Managers | Investment Advisor | 1,314,425,575.23 | | Palm Beach | United States | North America |
| 425 | Financial Synergies Wealth Advisors, Inc. | 18 | Investment Managers | Investment Advisor | 805,300,125.21 | | Houston | United States | North America |
| 426 | Berkshire Capital Holdings, Inc. | 10 | Investment Managers | Investment Advisor | 235,456,873.40 | Growth | San Jose | United States | North America |