**CLARK HILL PLC**
Daniel P. Thiel, SBN #035831
14850 North Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: 480-684-1100
Fax: 480-684-1199
dthiel@clarkhill.com

*Local Counsel for Plaintiffs*

**LABATON KELLER SUCHAROW LLP**
Michael P. Canty (admitted *pro hac vice*)
James T. Christie (admitted *pro hac vice*)
Guillaume Buell (admitted *pro hac vice*)
Nicholas Manningham (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com
jchristie@labaton.com
gbuell@labaton.com
nmanningham@labaton.com

*Counsel for Plaintiffs*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re Opendoor Technologies, Inc. Securities Litigation | Case No. 2:22-CV-01717-MTL<br><br>**JOINT NOTICE REGARDING SETTLEMENT AND MOTION FOR STAY OF ALL PENDING DEADLINES** |

1    Plaintiffs,[1] the Opendoor Defendants,[2] and the Underwriter Defendants[3] (together, the "Parties") hereby submit this joint notice regarding their settlement and motion to stay all pending deadlines until any final approval by the Court of a settlement pursuant to Federal Rule of Civil Procedure 23.

As stated in their joint letter updating the Court on mediation (ECF. No. 143), the Parties failed to reach a settlement during a full-day mediation before David Murphy on February 7, 2025. The Parties continued negotiations with the assistance of Mr. Murphy, and on March 26, 2025, the Parties agreed in principle to settle this case subject to the Parties' execution of a term sheet and settlement stipulation (which the Parties are currently negotiating).

The Parties are actively working to document the terms of a class-wide settlement and to file the necessary motions and documentation with the Court for approval of the settlement. The Parties will execute a term sheet documenting the key terms of the settlement, and then will work together to prepare a stipulation of settlement. Once the stipulation is finalized, Plaintiffs will prepare a motion for preliminary approval of the

---

[1] Plaintiffs are Lead Plaintiffs Indiana Public Retirement System, Oakland County Employees' Retirement System, and Oakland County Voluntary Employees' Beneficiary Association, and Additional Plaintiff Stuart Graham Hereford.

[2] The Opendoor Defendants are Opendoor Technologies Inc., Eric Wu, Carrie Wheeler, Chamath Palihapitiya, Steven Trieu, Ian Osborne, Adam Bain, David Spillane, Cipora Herman, Pueo Keffer, Glenn Solomon, Jason Kilar, and Jonathan Jaffe.

[3] The Underwriter Defendants are Citigroup Global Markets Inc.; Goldman Sachs & Co. LLC; Barclays Capital Inc.; Deutsche Bank Securities Inc.; Oppenheimer & Co. Inc.; BTIG, LLC; KeyBanc Capital Markets Inc.; Wedbush Securities Inc.; TD Securities (USA) LLC; Zelman Partners LLC; Academy Securities, Inc.; Loop Capital Markets LLC; Samuel A. Ramirez & Company, Inc.; and Siebert Williams Shank & Co., LLC.

1

1  settlement. Plaintiffs' motion for preliminary approval of the Parties' settlement
2  ("Settlement") will ask that the Court issue an Order: (1) preliminarily approving the
3  proposed Settlement; (2) approving the form and manner of notice of the proposed
4  Settlement and related relief to the Settlement Class; and (3) scheduling a final Settlement
5  hearing before the Court to determine whether the proposed Settlement, proposed Plan of
6  Allocation for the proceeds of the Settlement, and Class Counsel's motion for attorneys'
7  fees and Litigation Expenses should be approved.

8  Therefore, in light of the foregoing, the Parties hereby stipulate and agree to the
9  following and respectfully request that the Court enter an Order staying all pending
10 deadlines until any final approval of a settlement in this case. The Parties request that the
11 Court enter an Order consistent with the Parties' agreement in substantially the form
12 submitted herewith:

13     a. The Parties shall file a joint status report by June 1, 2025, if Plaintiffs have
14        not yet filed a motion for preliminary approval.

15     b. Any pending deadlines in this matter are stayed pending any final approval
16        of such settlement.

17

Dated: April 2, 2025                            **LABATON KELLER SUCHAROW LLP**

By: *Michael P. Canty*
Michael P. Canty (*pro hac vice*)
James T. Christie (*pro hac vice*)
Guillaume Buell (admitted *pro hac vice*)
Nicholas Manningham (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700

2

mcanty@labaton.com
jchristie@labaton.com
gbuell@labaton.com
nmanningham@labaton.com

*Counsel for Plaintiffs and the Class*

**CLARK HILL PLC**
Daniel P. Thiel
14850 North Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: 480-684-1100
Fax: 480-684-1199
dthiel@clarkhill.com

*Local Counsel for Plaintiffs*

**VANOVERBEKE MICHAUD & TIMMONY P.C.**
Aaron L. Castle
79 Alfred Street
Detroit, Michigan 48201
Telephone: (313) 578-1200
acastle@vmtlaw.com

**GLANCY PRONGAY & MURRAY LLP**
Casey E. Sadler (*pro hac vice* pending)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
rprongay@glancylaw.com

*Additional Counsel for Plaintiffs*

Dated: April 2, 2025

**WOMBLE BOND DICKINSON (US) LLP**

By: *John C. Gray*
John C. Gray (028454)
201 East Washington Street, Suite 1200
Phoenix, Arizona 85004
Telephone: 602-262-5331
john.gray@wbd-us.com

3

| | |
|---|---|
| 1 | |
| 2 | **ALLEN OVERY SHEARMAN STERLING US LLP** |
|   | Adam S. Hakki (pro hac vice) |
| 3 | 599 Lexington Ave |
|   | New York, NY 10022 |
| 4 | Telephone: (212) 848-4000 |
|   | ahakki@aoshearman.com |
| 5 | |
|   | Lyle Roberts (*pro hac vice*) |
| 6 | George E. Anhang (*pro hac vice*) |
|   | 1101 New York Ave., NW |
| 7 | Washington, DC 20005 |
|   | Telephone: (202) 508-8000 |
| 8 | lyle.roberts@aoshearman.com |
|   | george.anhang@aoshearman.com |
| 9 | |
|   | Billy Marsh (*pro hac vice*) |
| 10 | 2601 Olive St., 17th Floor |
|   | Dallas, TX 75201 |
| 11 | Telephone: (214) 271-5348 |
|   | billy.marsh@aoshearman.com |
| 12 | |
|   | *Counsel for Defendants Opendoor* |
| 13 | *Technologies Inc., Eric Wu, Carrie Wheeler,* |
|   | *Chamath Palihapitiya, Steven Trieu, Ian* |
| 14 | *Osborne, Adam Bain, David Spillane, Cipora* |
|   | *Herman, Pueo Keffer, Glenn Solomon, Jason* |
| 15 | *Kilar, and Jonathan Jaffe* |
| 16 | Dated: April 2, 2025     **BEYERS FARRELL PLLC** |
| 17 | By: <u>*Michael J. Farrell*</u> |
|    | Michael J. Farrell |
| 18 | Maureen Beyers |
|    | 99 East Virginia Avenue, Suite 220 |
| 19 | Phoenix, AZ 85004 |
|    | Telephone: (602) 738-3022 |
| 20 | mfarrell@bfazlaw.com |
|    | mbeyers@bfazlaw.com |
| 21 | |
|    | **O'MELVENY & MYERS LLP** |
| 22 | Jonathon Rosenberg (*pro hac vice*) |

1   William Sushon (*pro hac vice*)
    1301 Avenue of the Americas, Suite 1700
2   New York, NY 10019
    Telephone: (212) 326-2000
3   jrosenberg@omm.com
    wsushon@omm.com
4
    Amy S. Park (*pro hac vice*)
5   2765 Sand Hill Road
    Menlo Park, CA
6   Telephone: (650) 473-2600
    apark@omm.com
7
    *Counsel for Defendants Citigroup Global*
8   *Markets, Inc., Goldman Sachs & Co., LLC,*
    *Barclays Capital Inc., Deutsche Bank Securities*
9   *Inc., Oppenheimer & Co. Inc., BTIG, LLC,*
    *KeyBanc Capital Markets Inc., Wedbush*
10  *Securities Inc., TD Securities (USA) LLC,*
    *Zelman Partners LLC, Academy Securities,*
11  *Inc., Loop Capital Markets LLC, Samuel A.*
    *Ramirez & Company, Inc. and Siebert Williams*
12  *Shank & Co., LLC*

13

14

15

16

17

18

19

20

21

22