# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re Opendoor Technologies Inc. Securities Litigation | Case No. 2:22-cv-01717-MTL |
| | Hon. Michael T. Liburdi |
| | CLASS ACTION |
| | **[PROPOSED] ORDER GRANTING MOTION FOR STAY OF ALL PENDING DEADLINES** |

The Court having considered the Joint Notice regarding Settlement and Motion for Stay of All Pending Deadlines (the "Motion"), and for good cause appearing:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and that:

- The Parties shall file a joint status report by June 1, 2025, if Plaintiffs have not yet filed a motion for preliminary approval.

- Any pending deadlines in this matter are stayed pending final approval of such settlement.

**IT IS SO ORDERED**.

1