**CLARK HILL PLC**
Daniel P. Thiel, SBN #035831
14850 North Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: 480-684-1100
Facsimile: 480-684-1199
dthiel@clarkhill.com

*Local Counsel for Plaintiffs*

**LABATON KELLER SUCHAROW LLP**
Michael P. Canty (admitted *pro hac vice*)
James T. Christie (admitted *pro hac vice*)
Guillaume Buell (admitted *pro hac vice*)
Nicholas Manningham (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com
jchristie@labaton.com
gbuell@labaton.com
nmanningham@labaton.com

*Counsel for Plaintiffs*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| In re Opendoor Technologies, Inc. Securities Litigation | Case No. 2:22-CV-01717-MTL<br><br>**JOINT STATUS REPORT REGARDING STATUS OF SETTLEMENT** |
|---|---|

Plaintiffs,[1] the Opendoor Defendants,[2] and the Underwriter Defendants[3] (together, the "Parties") hereby submit this joint status report pursuant to the Court's April 2, 2025 Order. *See* ECF No. 150.

The Parties have made substantial progress on agreeing to the terms of a class-wide settlement and drafting the necessary documentation for approval of the settlement. The Parties have executed a term sheet memorializing the key terms of the settlement and are working together to finalize a stipulation of settlement. Although the Parties are close to finalizing all necessary settlement documentation, the Parties will be unable to execute the stipulation of settlement and move for preliminary approval of the settlement by June 1, 2025. Plaintiffs expect to file the executed stipulation of settlement and motion for preliminary approval on or before June 13, 2025.

Dated: May 30, 2025

**LABATON KELLER SUCHAROW LLP**

By: *Michael P. Canty*
Michael P. Canty (*pro hac vice*)
James T. Christie (*pro hac vice*)
Guillaume Buell (admitted *pro hac vice*)
Nicholas Manningham (*pro hac vice*)
140 Broadway
New York, New York 10005

---

[1] Plaintiffs are Lead Plaintiffs Indiana Public Retirement System, Oakland County Employees' Retirement System, and Oakland County Voluntary Employees' Beneficiary Association, and Additional Plaintiff Stuart Graham Hereford.

[2] The Opendoor Defendants are Opendoor Technologies Inc., Eric Wu, Carrie Wheeler, Chamath Palihapitiya, Steven Trieu, Ian Osborne, Adam Bain, David Spillane, Cipora Herman, Pueo Keffer, Glenn Solomon, Jason Kilar, and Jonathan Jaffe.

[3] The Underwriter Defendants are Citigroup Global Markets Inc.; Goldman Sachs & Co. LLC; Barclays Capital Inc.; Deutsche Bank Securities Inc.; Oppenheimer & Co. Inc.; BTIG, LLC; KeyBanc Capital Markets Inc.; Wedbush Securities Inc.; TD Securities (USA) LLC; Zelman Partners LLC; Academy Securities, Inc.; Loop Capital Markets LLC; Samuel A. Ramirez & Company, Inc.; and Siebert Williams Shank & Co., LLC.

Telephone: (212) 907-0700
mcanty@labaton.com
jchristie@labaton.com
gbuell@labaton.com
nmanningham@labaton.com

*Counsel for Plaintiffs and the Class*

**CLARK HILL PLC**
Daniel P. Thiel
14850 North Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: 480-684-1100
Fax: 480-684-1199
dthiel@clarkhill.com

*Local Counsel for Plaintiffs*

**VANOVERBEKE MICHAUD & TIMMONY P.C.**
Aaron L. Castle
79 Alfred Street
Detroit, Michigan 48201
Telephone: (313) 578-1200
acastle@vmtlaw.com

**GLANCY PRONGAY & MURRAY LLP**
Casey E. Sadler (*pro hac vice* pending)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
rprongay@glancylaw.com

*Additional Counsel for Plaintiffs*

Dated:  May 30, 2025            **WOMBLE BOND DICKINSON (US) LLP**

By: *John C. Gray*
John C. Gray (028454)
201 East Washington Street, Suite 1200
Phoenix, Arizona 85004
Telephone: 602-262-5331
john.gray@wbd-us.com

|   |   |   |
|---|---|---|
| 1 |  | **ALLEN OVERY SHEARMAN STERLING US LLP** |
| 2 |  | Adam S. Hakki (pro hac vice) |
|   |  | 599 Lexington Ave |
| 3 |  | New York, NY 10022 |
|   |  | Telephone: (212) 848-4000 |
| 4 |  | ahakki@aoshearman.com |
| 5 |  | Lyle Roberts (*pro hac vice*) |
|   |  | George E. Anhang (*pro hac vice*) |
| 6 |  | 1101 New York Ave., NW |
|   |  | Washington, DC 20005 |
| 7 |  | Telephone: (202) 508-8000 |
|   |  | lyle.roberts@aoshearman.com |
| 8 |  | george.anhang@aoshearman.com |
| 9 |  | Billy Marsh (*pro hac vice*) |
|   |  | 2601 Olive St., 17th Floor |
| 10 |  | Dallas, TX 75201 |
|   |  | Telephone: (214) 271-5348 |
| 11 |  | billy.marsh@aoshearman.com |
| 12 |  | *Counsel for Defendants Opendoor Technologies Inc., Eric Wu, Carrie Wheeler, Chamath Palihapitiya, Steven Trieu, Ian Osborne, Adam Bain, David Spillane, Cipora Herman, Pueo Keffer, Glenn Solomon, Jason Kilar, and Jonathan Jaffe* |
| 13 |  |  |
| 14 |  |  |
| 15 | Dated:  May 30, 2025 | **BEYERS FARRELL PLLC** |
| 16 |  |  |
|   |  | By: <u>*Michael J. Farrell*</u> |
| 17 |  | Michael J. Farrell |
|   |  | Maureen Beyers |
| 18 |  | 99 East Virginia Avenue, Suite 220 |
|   |  | Phoenix, AZ 85004 |
| 19 |  | Telephone: (602) 738-3022 |
|   |  | mfarrell@bfazlaw.com |
| 20 |  | mbeyers@bfazlaw.com |
| 21 |  | **O'MELVENY & MYERS LLP** |
|   |  | Jonathon Rosenberg (*pro hac vice*) |
| 22 |  | William Sushon (*pro hac vice*) |

1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
jrosenberg@omm.com
wsushon@omm.com

Amy S. Park (*pro hac vice*)
2765 Sand Hill Road
Menlo Park, CA
Telephone: (650) 473-2600
apark@omm.com

*Counsel for Defendants Citigroup Global Markets, Inc., Goldman Sachs & Co., LLC, Barclays Capital Inc., Deutsche Bank Securities Inc., Oppenheimer & Co. Inc., BTIG, LLC, KeyBanc Capital Markets Inc., Wedbush Securities Inc., TD Securities (USA) LLC, Zelman Partners LLC, Academy Securities, Inc., Loop Capital Markets LLC, Samuel A. Ramirez & Company, Inc. and Siebert Williams Shank & Co., LLC*