# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sam Alich, | No. CV-22-01717-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Opendoor Technologies Incorporated, et al., | |
| Defendants. | |

Having received the parties' Joint Status Report Regarding Status of Settlement (Doc. 152),

**IT IS ORDERED** that the parties shall file a joint status report by **June 13, 2025**, if Plaintiffs have not yet filed a motion for preliminary approval of the settlement.

**IT IS FURTHER ORDERED** denying as moot Plaintiffs' Motion for Class Certification (Doc. 145).

Dated this 2nd day of June, 2025.

Michael T. Liburdi
United States District Judge