# Exhibit 7

**CLARK HILL PLC**
Darrell E. Davis, SBN #011442
14850 North Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: (480) 684-1100
Facsimile: (480) 684-1199
ddavis@clarkhill.com

*Local Counsel for Plaintiffs and Settlement Class*

**LABATON KELLER SUCHAROW LLP**
Michael P. Canty (admitted *pro hac vice*)
James T. Christie (admitted *pro hac vice*)
Guillaume Buell (admitted *pro hac vice*)
Nicholas Manningham (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com
jchristie@labaton.com
gbuell@labaton.com
nmanningham@labaton.com

*Lead Counsel for Plaintiffs and Settlement Class*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE OPENDOOR TECHNOLOGIES INC. SECURITIES LITIGATION | Case No. 2:22-CV-01717-MTL<br><br>CLASS ACTION<br><br>**DECLARATION OF DARRELL E. DAVIS ON BEHALF OF CLARK HILL PLC IN SUPPORT OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES** |

I, Darrell E. Davis, declare as follows, pursuant to 28 U.S.C. §1746:

1.      I am a member of the law firm of Clark Hill PLC ("Clark Hill"). I am submitting this declaration in support of my firm's application for an award of attorneys' fees in connection with services rendered in the above-entitled action (the "Action") from inception through November 30, 2025 (the "Time Period").

2.      My firm, which served as local counsel in the Action, was involved at various points during the course of the litigation, which is described in the accompanying Declaration of Michael P. Canty in Support of (I) Motion for Final Approval of Class Action Settlement and Plan of Allocation and (II) Motion for an Award of Attorneys' Fees and Payment of Expenses, filed herewith.

3.      My firm has a written fee agreement with Lead Counsel, Labaton Keller Sucharow LLP.   A true and correct copy of that agreement is attached to the Canty Declaration.

4.      The information in this declaration regarding my firm's time is taken from time records prepared and maintained by the firm in the ordinary course of business. These records were reviewed by me or others at my firm, under my direction, to confirm both the accuracy of the entries, as well as the necessity for and reasonableness of the time committed to the Action. As a result of this review and the adjustments made in the exercise of "billing judgment," I believe that the time reflected in the firm's lodestar calculation is reasonable in amount and was necessary for the effective and efficient prosecution and resolution of the Action. We are not requesting reimbursement of expenses.

5.      After any adjustments referred to above, the number of hours spent on the litigation by my firm is 38.2. The lodestar amount for attorney time based on the firm's current hourly rates is $27,286.50. A summary of the lodestar is provided in Exhibit A and a breakdown of the work associated with the lodestar, by task code, is provided in Exhibit B. The hourly rates shown in Exhibit A are consistent with the hourly rates submitted by the firm in other contingent securities class action litigations. The firm's rates are set based on periodic analysis of rates used by firms performing comparable work both on the plaintiff and defense

side. The schedules were prepared from daily time records regularly prepared and maintained by my firm, copies of which are being emailed to the Court and filed herewith under seal. Time expended in preparing this application has not been included.

6. Clark Hill PLC staffed this matter with attorneys and professionals who performed tasks based on their skills, expertise, and experience. The attorneys who worked on this matter, and their qualifications and contributions to the litigation efforts, are described below.

(a) *Daniel Thiel,* Senior Associate, J.D., 2011 – Mr. Thiel was a senior associate for Clark Hill PLC while working on this action. He is an experienced litigator who obtained his J.D. from the University of Pennsylvania. Additional information about Mr. Thiel is set forth in his firm profile, attached hereto as Exhibit C. During the course of this litigation, Mr. Thiel worked as local counsel, reviewing and analyzing pleadings and assisting with certain motion filings.

(b) *Colin Quinn,* Junior Associate, J.D., 2021 – Mr. Quinn was a junior associate working in the litigation practice group. Additional information about Mr. Quinn is set forth his firm profile, attached hereto as Exhibit C. During the course of this litigation, Mr. Quinn assisted with answering questions regarding local rules and filing requirements.

(c) *Christopher Curran,* Senior Associate, J.D., 2015 – Mr. Curran has been working at Clark Hill in the litigation practice group since his clerkship at the Arizona Supreme Court ended in 2016. Additional information about Mr. Curran is set forth in his firm profile, attached hereto as Exhibit C. During the course of this litigation, Mr. Curran assisted with local counsel activities, including assisting with analysis and litigation strategies.

7. With respect to the standing of my firm, attached hereto as Exhibit C is a profile of my firm, as well as biographies of the attorneys involved in this litigation.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of December, 2025.

Darrell E. Davis

# Exhibit A

*In re Opendoor Tech. Inc. Sec. Litig.*

**EXHIBIT A**

**<u>LODESTAR REPORT</u>**

FIRM: CLARK HILL PLC
REPORTING PERIOD: INCEPTION THROUGH NOVEMBER 30, 2025

| TIMEKEEPER | POSITION | CURRENT RATE | HOURS | LODESTAR |
|---|---|---|---|---|
| Daniel Thiel | A | $735 | 35.8 | $26,313.00 |
| Colin Quinn | A | $385 | 2.1 | $808.50 |
| Christopher Curran | A | $550 | .3 | $165.00 |
| | | | | |
| **TOTALS** | | | 38.2 | $27,286.50 |

Associate    (A)

**Exhibit B**

*In re Opendoor Tech. Inc. Sec. Litig.*

**EXHIBIT B**

**LODESTAR BY TASK CODE**

Categories:

| | |
|---|---|
| (1) Initial Research and Factual Investigation | (6) Court Appearances |
| (2) Pleadings | (7) Experts/Consultants |
| (3) Discovery | (8) Litigation Strategy/Analysis |
| (4) Case Management | (9) Mediation/Settlement |
| (5) Motions and Legal Research | (10) Class Certification |

| Name | Position | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Total Hours | Current Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Christopher T. Curran | (A) | - | - | - | - | - | - | - | 0.3 | - | - | 0.3 | $550 | $165.00 |
| Colin Quinn | (A) | - | - | - | - | - | - | - | 1.9 | 0.2 | - | 2.1 | $385 | $808.50 |
| Daniel Thiel | (A) | 0.5 | 8.3 | - | 0.6 | - | 5.0 | - | 21.4 | - | - | 35.8 | $735 | $26,313.00 |
| | | | | | | | | | | | | | | |
| *TOTALS:* | | 0.5 | 8.3 | - | 0.6 | - | 5.0 | - | 23.6 | 0.2 | - | 38.2 | | $27,286.50 |

| | | |
|---|---|---|
| (P) Partner | (SA) Staff Attorney | (PL) Paralegal |
| (OC) Of Counsel | (LC) Law Clerk | |
| (A) Associate | (I) Investigator | |

# Exhibit C

*In re Opendoor Tech. Inc. Sec. Litig.*

**EXHIBIT C**

CLARK HILL PLC PROFILE

**Clark Hill PLC**

Clark Hill PLC was established in 1890 and has grown to over 750 attorneys worldwide. Clark Hill has international offices in Mexico and Ireland as well as over 20 offices across the United States. It serves as a full-service law firm that is able to address almost any client needs that may arise. Clark Hill prides itself on its expertise and client service.

**Darrell Davis:**

Darrell E. Davis protects the interests of business owners through advising his clients on all aspects of their operations. He supports entrepreneurial clients involved in several markets and industries.

As outside General Counsel to numerous companies since 1987, Darrell directs and advises his clients on their operations, including but not limited to business planning, acquisition opportunities, franchise disputes, negotiating with governmental agencies, employment issues, state, federal and administrative compliance, business contract negotiation and litigation.

Darrell advises numerous entrepreneurial clients involved in commerce in several markets and industries, including but not limited to automotive, real estate, and retail. Darrell consults with business owners and decision makers with respect to strategic planning, business succession, protection of confidentiality and competitive rights, as well as risk analysis and reduction. Darrell also represents automobile dealers and their dealerships.

For more than 30 years, Darrell has successfully tried business disputes. As lead trial counsel in state and federal courts in Arizona and elsewhere, as well as in numerous arbitration tribunals, Darrell successfully defends his clients' rights in cases involving contract disputes, federal and state statutory claims, products liability, covenants not to compete, and shareholder claims, as well as disputes arising from the purchase and sale of businesses. When firm clients' rights have been threatened, Darrell has pursued claims on their behalf. Particularly sensitive to the risks and costs of litigation to business owners and closely held entities, Darrell proactively counsels firm clients to pursue and defend claims in a manner tailored uniquely to accomplish their required goal.

**Daniel Thiel:**

An experienced litigator, Dan advocates for transportation clients in a wide variety of complex commercial cases.

Dan represents transportation industry participants including shippers, carriers, brokers (3PLs), motor carriers, freight forwarders, intermediaries, NVOCCs, warehouses, and ocean vessels in commercial litigation matters. His work encompasses Carmack Amendment cases,

Federal Aviation Administration Authorization Act (FAAAA) and Carriage of Goods by Sea Act (COGSA) matters, freight loss and damage claims, and other disputes involving intrastate, interstate, and international commerce. Dan also advises clients on regulatory compliance matters in transportation law, and he devotes a portion of his practice to litigation involving autonomous vehicles or "driverless cars." He's passionate about practicing in a cutting edge, niche area of law.

Prior to developing his transportation focus, Dan had more than a decade of experience as a general commercial litigator, where he managed all phases of litigation in both state and federal courts, up to and including trial to verdict. Dan has also defended class action cases, and he has achieved success for clients in matters with tens of millions at stake. His competitive nature means that he loves to win—and loves to strategize. Dan understands that cases are won not at the end but in the beginning, when the first pieces of strategy are put in place.

Known for his client-centered approach, Dan carefully aligns his tactics with each client's specific goals and preferred level of assertiveness. He sees transparency as key, conducting thorough initial assessments and providing honest evaluations of each case's strengths and weaknesses. His goal is always to deliver the best possible results that align with clients' overall litigation strategy and business objectives.

**Colin Quinn:**

Colin Quinn is an attorney in Dickinson Wright's Phoenix office, where he maintains a diverse practice encompassing business litigation, transactional matters, and intellectual property. He advises clients across a range of industries—including entertainment, real estate, technology, sports, and automotive—on issues such as business planning, contract negotiation, and dispute resolution. His litigation experience includes handling matters involving trademark, copyright, trade secret, breach of contract, LLC membership disputes, fiduciary duties, and general liability.

Colin's background includes working in the legal and public relations departments of National Hockey League teams and serving as a music manager for Grammy-winning artists. During law school, he was Content Editor of the *Belmont Entertainment Law Journal*, published a note on electronic dance music and copyright law, and competed nationally as captain of Belmont's Moot Court team. He also assisted in drafting a Tennessee bench book on legal privileges.

Colin has been recognized by *Best Lawyers in America: Ones to Watch* for his work in commercial litigation. He draws on his wide-ranging experience to deliver strategic and effective counsel tailored to each client's needs.

**Christopher Curran:**

Christopher Curran supports clients in various phases of litigation matters.

Prior to joining Clark Hill, Christopher served as a judicial clerk to Justice Ann A. Scott Timmer and Justice Clint Bolick on the Arizona Supreme Court. The rare opportunity of working with two Supreme Court Justices has given Christopher valuable insight into the reasoning and thought processes that are incorporated into judicial decisions.

Reported decision: Saguaro Healing LLC v. State of Arizona, Et Al. (2020) CV-1 9-0129-PR