# Exhibit 9

***In re Opendoor Technologies Inc. Securities Litigation***
**No. 2:22-CV-01717-MTL (D. Ariz)**

## SUMMARY OF LODESTARS AND EXPENSES

| FIRM | HOURS | LODESTAR | EXPENSES |
|---|---|---|---|
| Labaton Keller Sucharow LLP | 7,348.7 | $4,427,518.00 | $462,219.55 |
| Glancy Prongay & Murray LLP | 1,314.7 | $705,422.50 | $40,667.49 |
| Clark Hill PLC | 38.2 | $27,286.50 | NA |
| **TOTAL** | **8,701.6** | **$5,160,227.00** | **$502,887.04** |