# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Sam Alich,

                Plaintiff,

v.

Opendoor Technologies Incorporated, et al.,

                Defendants.

**NO. CV-22-01717-PHX-MTL**

**JUDGMENT OF DISMISSAL IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed January 7, 2026, the Consolidated Amended Complaint for Violations of the Federal Securities Laws, filed on April 17, 2023 (the "Complaint"), is dismissed in its entirety, with prejudice, and without costs to any Party, except as otherwise provided in the Stipulation.

Lead Counsel is hereby awarded, on behalf of Plaintiffs' Counsel, attorneys' fees in the amount of $9,750,000, plus interest at the same rate earned by the Settlement Fund, i.e., 25% of the Settlement Fund, and payment of Litigation Expenses in the amount of $502,887.04, plus accrued interest.

Lead Plaintiff INPRS is hereby awarded $9,300 from the Settlement Fund, pursuant to the PSLRA.

Lead Plaintiffs the Oakland County Funds are hereby awarded $3,468.20 from the

Settlement Fund, pursuant to the PSLRA.

Lead Plaintiff Mr. Hereford is hereby awarded $6,000 from the Settlement Fund, pursuant to the PSLRA.

Debra D. Lucas
District Court Executive/Clerk of Court

January 7, 2026

s/ K. Gray
By    Deputy Clerk

- 2 -